UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J.K. IDEMA, EDWARD CARABALLO, and BRENT BENNETT,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br>UNITED STATES DEPARTMENT OF JUSTICE,<br>FEDERAL BUREAU OF INVESTIGATION,<br>UNITED STATES MARSHALS SERVICE,<br>DEPARTMENT OF DEFENSE, and<br>DEFENSE INTELLIGENCE AGENCY,<br><br>    Defendants. | No. 05 CV 01334 (EGS) |

**DEFENDANTS' UNOPPOSED MOTION TO SET THE DATE
TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendants hereby move for entry of an order providing them until August 1, 2005 to file an answer or other appropriate response to the Complaint in this action. The reasons supporting this motion are set forth below.

Plaintiffs filed this Freedom of Information Act ("FOIA") case in the Southern District of New York on June 6, 2005. See Docket Sheet, attached as Exh. A. The U.S. Attorney's Office in New York was served with the Complaint on June 14, 2005. On June 22, 2005, the court in New York sua sponte transferred the case to this Court. See Transfer Order, attached as Exh. B. The Transfer Order was filed by the Clerk of this Court on July 1, 2005, see Exh. B, and the case did not appear on this Court's public docket (PACER) until July 5, 2005.

Plaintiffs' Complaint names six different federal agencies as defendants. Attached as Exhibit 1 to the Complaint is a chart listing 31 different "FOIA letters" allegedly delivered to

these various agencies. The other exhibits to the Complaint include various written FOIA requests and correspondence purporting to represent the FOIA requests listed in Exhibit 1. A comparison of the chart attached as Exhibit 1 to the Complaint with the correspondence attached as Exhibits 3-10 thereto, however, reveals that many of the alleged FOIA requests set forth in the chart are not attached as Exhibits and at least one of the Exhibits is not listed in the chart. Moreover, even those Exhibits that appear in some respects to match the entries in the chart often have different dates than those entries, making it difficult to identify precisely which Exhibit corresponds to which entry.

Given the number of defendants and the volume and disarray of the alleged FOIA requests at issue, and in light of the fact that the case was only docketed in this Court on July 1, 2005, defendants respectfully request to and including August 1, 2005 to file their answer or otherwise respond to the Complaint. That date represents 30 days from the date the case was docketed in the District of Columbia.

Pursuant to LCvR 7(m), the undersigned contacted John Tiffany, counsel for plaintiff Idema, who has indicated that all three plaintiffs do not oppose this motion.[1]

WHEREFORE, defendants respectfully request that the instant motion be granted and that their answer or other response to the Complaint be due on August 1, 2005.

A proposed order is attached hereto for the Court's consideration.

Dated: July 12, 2005.                    Respectfully submitted,

---

[1] The Complaint lists Mr. Tiffany as counsel for plaintiff Idema, and is signed by plaintiffs Caraballo and Bennett *pro se*. Mr. Tiffany, however, represented to the undersigned that all three plaintiffs do not oppose this motion, and that he would accept service of this motion on behalf of all plaintiffs.

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

ELIZABETH SHAPIRO
Assistant Branch Director

_____/s/_____
ORI LEV  (D.C. Bar No. 452565)
U.S. Department of Justice
Civil Division/Federal Programs Branch
Mail:   P.O. Box 883
            Washington, D.C.  20044
Street: 20 Massachusetts Ave., N.W.
            Room 7330
            Washington, DC  20001
Ph:     (202) 514-2395
Fax:    (202) 318-7589
Email: ori.lev@usdoj.gov

*Attorneys for Respondents*

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 12, 2005, I caused a copy of the foregoing DEFENDANTS' UNOPPOSED MOTION TO SET THE DATE TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT to be served via U.S. Mail, postage-prepaid, on:

John Edwards Tiffany,
P.O. Box 190
55 Washington Street
Bloomfield, NJ  07003

                                                  \_\_\_\_\_/s/_____
                                                  Ori Lev