UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J.K. IDEMA, EDWARD CARABALLO, and BRENT BENNETT, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE, UNITED STATES DEPARTMENT OF JUSTICE, FEDERAL BUREAU OF INVESTIGATION, UNITED STATES MARSHALS SERVICE, DEPARTMENT OF DEFENSE, and DEFENSE INTELLIGENCE AGENCY, <br><br> Defendants. | No. 05 CV 01334 (EGS) |

[Proposed] **ORDER**

THIS MATTER having come before the Court on Defendants' Unopposed Motion to Set The Date to Answer or Otherwise Respond to Complaint, and for good cause shown, it is hereby

ORDERED that Defendants shall have to and including August 1, 2005 to file an Answer or otherwise respond to the Complaint in this action.

**SO ORDERED.**

Dated: _____        _____
                                      EMMET G. SULLIVAN
                                      UNITED STATES DISTRICT JUDGE