# A

CLOSED, ECF, RELATED

## U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:05-cv-05358-AKH

| | |
|---|---|
| Idema et al v. United States Department of State Office of Information Programs and Services et al<br>Assigned to: Judge Alvin K. Hellerstein<br>Related Case: 1:05-cv-02497-AKH<br>Cause: 05:552 Freedom of Information Act | Date Filed: 06/06/2005<br>Jury Demand: None<br>Nature of Suit: 895 Freedom of Information Act<br>Jurisdiction: Federal Question |

**Plaintiff**

J.K. Idema                              represented by   **John E. Tiffany**
                                                         Law Offices of John E. Tiffany, P.C.
                                                         55 Washington Street, P.O. Box 190
                                                         Bloomfield, NJ 07003
                                                         973/759-7591
                                                         Fax: (973)-566-0007
                                                         Email: jet4444@verizon.net
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

Edward Caraballo                        represented by   **John E. Tiffany**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

Brent Bennett                           represented by   **John E. Tiffany**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**United States Department of State Office of Information Programs and Services**
*U.S. Department of State SA-2,*
*Washington, DC 20522-8100*

**Defendant**

**United States Department of Justice, Executive Office for United States Attorneys**

*Freedom of Information/Privacy Act Unit, 600 E. Street, N.W., Room 7300, Washington, DC 20530*

**Defendant**

**Federal Bureau of Investigation**
*FOIPA Section, 935 Pennsylvania Avenue, NW, Washington, DC 20535-0001*

**Defendant**

**United States Marshals Service**
*US Department of Justice, Washington, DC 20530-1000*

**Defendant**

**Department of Defense**
*Chief FOIA/PA Office, 400 Army Navy Dr. Room 405, Arlington, VA 22202-2884*

**Defendant**

**Defense Intelligence Agency**
*Freedom of Information Act Staff, Washington, DC 20340-5100*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/06/2005 | 1 | COMPLAINT against Department of Defense, Defense Intelligence Agency, United States Department of State Office of Information Programs and Services, United States Department of Justice, Executive Office for United States Attorneys, Federal Bureau of Investigation, United States Marshals Service. (Filing Fee $ 250.00, Receipt Number 545606)Document filed by J.K. Idema, Edward Caraballo, Brent Bennett. (jeh, ) (Entered: 06/09/2005) |
| 06/06/2005 |  | SUMMONS ISSUED as to Department of Defense, Defense Intelligence Agency, United States Department of State Office of Information Programs and Services, United States Department of Justice, Executive Office for United States Attorneys, Federal Bureau of Investigation, United States Marshals Service. (jeh, ) (Entered: 06/09/2005) |
| 06/06/2005 |  | Case Designated ECF. (jeh, ) (Entered: 06/09/2005) |
| 06/06/2005 |  | CASE REFERRED TO Judge Alvin K. Hellerstein as possibly Related to 05cv2947. (jeh, ) (Entered: 06/09/2005) |
| 06/06/2005 | 2 | Vaugh MOTION; to provide plaintiff within 20 days of the date of the Court's Order, with an index of withheld documents and withheld portions of documents at issue in this case, pursuant to Vaughn v. Rosen, |

| | | |
|---|---|---|
| | | 484 F.2d 820. Document filed by J.K. Idema, Edward Caraballo, Brent Bennett. (jeh, ) (Entered: 06/09/2005) |
| 06/06/2005 | 3 | MEMORANDUM OF LAW in Support re: [2] Vaugh MOTION. Document filed by J.K. Idema, Edward Caraballo, Brent Bennett. (jeh, ) (Entered: 06/09/2005) |
| 06/17/2005 | 4 | NOTICE OF CASE ASSIGNMENT to Judge Alvin K. Hellerstein. Judge Unassigned no longer assigned to the case. (laq, ) Additional attachment(s) added on 6/22/2005 (jeh, ). (Entered: 06/21/2005) |
| 06/17/2005 | | CASE ACCEPTED AS RELATED TO 1:05-cv-2947. (laq, ) (Entered: 06/21/2005) |
| 06/17/2005 | | Magistrate Judge Andrew J. Peck is so designated. (laq, ) (Entered: 06/21/2005) |
| 06/21/2005 | | Mailed notice to the attorney(s) of record. (laq, ) (Entered: 06/21/2005) |
| 06/22/2005 | 5 | ORDER that all pending motions are hereby denied; the clerk of the court shall transfer this case to the United States District Court for the District of Columbia for further proceedings. . (Signed by Judge Alvin K. Hellerstein on 6/15/05) (dle, ) (Entered: 06/22/2005) |
| 06/22/2005 | | ***NOTE TO ATTORNEY TO E-MAIL PDF. ECF clerks phoned Attorney John E. Tiffany to E-MAIL the PDF for Document [1] Complaint, [2] MOTION Vaugh Motion., [3] Memorandum of Law in Support of Motion to: case_openings@nysd.uscourts.gov. (jeh, ) (Entered: 06/22/2005) |
| 06/22/2005 | | CASE TRANSFERRED OUT from the U.S.D.C. Southern District of New York to the United States District Court - District of Columbia. Sent original file along with certified copy of docket entries and transfer order. (dle, ) (Entered: 06/22/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/11/2005 13:12:35 | | | |
| PACER Login: | dj0009 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:05-cv-05358-AKH |
| Billable Pages: | 2 | Cost: | 0.16 |

**B**

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
IDEMA, et al.,

                    Plaintiffs,              ORDER DENYING MOTION
                                             AND TRANSFERRING VENUE
        -against-

UNITED STATES DEPARTMENT                     CASE NUMBER 1:05CV01334
OF STATE, et al.,
                                             JUDGE: Emmet G. Sullivan
                    Defendants.
                                             DECK TYPE: FOIA/Privacy Act
------------------------------------X
ALVIN K. HELLERSTEIN, U.S.D.J.:              DATE STAMP: 07/01/2005
```

In a case recently before me, Idema, et al. v. Rice, et al., 05 Civ. 2947(AKH), the petitioners, who claimed to be three United States citizens and an Afghan national arrested in Afghanistan in July 2004, and incarcerated there currently, filed a petition for habeas corpus pursuant to 28 U.S.C. § 2241. I transferred that case to the United States District Court for the District of Columbia, 28 U.S.C. § 1406(a), in an Order dated May 18, 2005. I subsequently denied a motion for reconsideration, made by petitioners, in an Order dated June 1, 2005.

On June 6, 2005, plaintiffs in the above-captioned case, who are the same three United States citizens whose petition I transferred, and who are represented by the same counsel as in the transferred case, filed a lawsuit under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), against several defendant federal agencies. Plaintiffs also filed, on the same date, a motion for a Vaughn index, see Vaughn v. Rosen, 484 F.2d 820 (D.C. Cir. 1973). I accepted this case as related to the transferred case.

FOIA authorizes those requesting records under the statute to challenge agency responses in the district court, and it provides a relatively broad slate of options for

1

venue. See 5 U.S.C. § 552(a)(4)(B) ("On complaint, the district court of the United States in the district in which the complainant resides, or has his principal place of business, or in which the agency records are situated, or in the District of Columbia, has jurisdiction to enjoin the agency from withholding agency records and to order the production of any agency records improperly withheld from the complainant.").

I hold that this case raises issues substantially related to the issues raised by the case I already transferred to the District of Columbia, and therefore, that it is in the interest of justice to transfer this case to that same court, 28 U.S.C. § 1404(a), to be consolidated with the earlier case. Accordingly, it is hereby

ORDERED, that all pending motions are hereby denied; and it is further

ORDERED that the clerk of the court shall transfer this case to the United States District Court for the District of Columbia for further proceedings.

SO ORDERED.

Dated:   New York, New York
         June 15, 2005

_____
ALVIN K. HELLERSTEIN
United States District Judge