UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| J.K. IDEMA, EDWARD CARABALLO, and BRENT BENNETT, | ) ) ) | |
| Plaintiffs, | ) ) | No. 05 CV 01334 (EGS) |
| v. | ) ) ) | |
| UNITED STATES DEPARTMENT OF STATE, UNITED STATES DEPARTMENT OF JUSTICE, FEDERAL BUREAU OF INVESTIGATION, UNITED STATES MARSHALS SERVICE, DEPARTMENT OF DEFENSE, and DEFENSE INTELLIGENCE AGENCY, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**NOTICE REGARDING SERVICE**

The undersigned hereby informs the Court of the following with respect to service of the Answer in this matter:

1.      On Friday, July 29, 2005, the undersigned filed the Answer in this matter via the Court's ECF system, after regular business hours. Pursuant to this Court's Order, the Answer or other response to the Complaint was due on August 1, 2005.

2.      On Monday, August 1, 2005, the undersigned caused a copy of the Answer to be served via U.S. mail, on John Tiffany, counsel for plaintiff Idema, at the address for Mr. Tiffany listed on the Complaint. Mr. Tiffany had previously consented to, and agreed to accept service of, Defendants' Unopposed Motion to Set the Date to Answer or Otherwise Respond to Complaint, on behalf of all plaintiffs.

3.      On Thursday, August 4, 2005, the undersigned received an undated letter from

plaintiff Brent Bennett via facsimile. A copy of that letter is attached hereto as Exhibit A. In the letter, Mr. Bennett indicates that he will not accept service on Mr. Tiffany as proper service on him in this case, and requests that he be individually served with all papers in this case. Mr. Bennett purports to request the same for the other two plaintiffs in this matter, Mr. Caraballo and Mr. Idema. See Exhibit A.

4. Plaintiffs are currently incarcerated in Pul-e-Charkhi prison in Afghanistan. As an accommodation to plaintiffs, and in accordance with the Department of State's Foreign Affairs Manual (FAM), the United States Embassy in Afghanistan has agreed to deliver to plaintiffs mail sent to plaintiffs that is addressed to the Embassy and sent to the Embassy via regular international mail, FedEx or DHL. Mr. Bennett and the other two plaintiffs in this action were informed of the Embassy's willingness to provide this accommodation in a letter dated February 22, 2005, before the filing of the instant lawsuit. See February 22, 2005 Letter from Consul Russel J. Brown to Jonathan Idema, Eduardo Caraballo, and Brent Bennett ("Feb. 22, 2005 Letter"), with attached excerpts from FAM, attached hereto as Exhibit B. Mail addressed in this way is currently delivered to plaintiffs when Embassy personnel make visits to the prison on a regular basis.

5. Mr. Bennett's letter is on letterhead carrying a Dulles, Virginia address. That same address appears in the signature block of the Complaint for Mr. Bennett. The Dulles, Virginia address listed by Mr. Bennett in his letter and on the Complaint is the address for mail to be delivered to the United States Embassy in Afghanistan via the diplomatic pouch.

6. In the same letter advising Mr. Bennett and the other two plaintiffs in this action that, as an accommodation, the Embassy would deliver to them mail sent to the Embassy via

2

regular international mail, Mr. Bennett and his co-plaintiffs were informed that "[a]s non-US Government personnel are not to use the diplomatic pouch . . . we [i.e., the Embassy] will not accept packages or letters that arrive through the diplomatic pouch." See Feb. 22, 2005 Letter, attached as Exhibit B.  It is the undersigned's understanding that mail addressed to plaintiffs at the Dulles, Virginia address is returned to sender.

7. In light of the above, and in response to Mr. Bennett's letter requesting separate service of all papers in this action, on August 22, 2005, the undersigned responded to Mr. Bennett's letter and agreed to serve all papers in this action on Mr. Bennett via U.S. mail at the address provided in the February 22 Letter from the Embassy, as that address constitutes Mr. Bennett's "last known address," Fed. R. Civ. P. 5(b)(2)(B).  A copy of the undersigned's response to Mr. Bennett's letter is attached hereto as Exhibit C.  As the Complaint states that Mr. Caraballo is also proceeding *pro se*, the undersigned also agreed to serve Mr. Caraballo in the same manner.  See Exhibit C.  Because Mr. Idema is represented by counsel in this action, the undersigned will continue to serve Mr. Idema's counsel, Mr. Tiffany, until such time as Mr. Tiffany registers for the Court's ECF system and begins receiving electronic service from the Court.  Id.

8. On the same date that the undersigned responded to Mr. Bennett's letter, August 22, 2005, the undersigned also caused a copy of the Answer to be served on Messrs. Bennet and Caraballo at the address provided in the February 22 Letter from the Embassy.  Similarly, the undersigned has caused a copy of this Notice Regarding Service to be served on Mr. Tiffany, and separately on plaintiffs Bennett and Caraballo at the address provided in the February 22 Letter from the Embassy.

9. The undersigned hereby apprizes the Court of the above so that there is no confusion as to which papers are being served on whom and at which address.

Dated: August 22, 2005.        Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

ELIZABETH J. SHAPIRO
Assistant Branch Director

_____
ORI LEV, DC # 452565
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
Mail:        P.O. Box 883, Washington, DC  20044
Delivery:    20 Massachusetts Ave., NW, Rm 7330
             Washington, DC 20001
Tel: (202) 514-2395
Fax: (202) 318-7589

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he has, this 22nd day of August 2005, caused a copy of the foregoing **NOTICE REGARDING SERVICE** to be served, via U.S. mail, postage prepaid, upon the following persons at the following addresses:

John Edwards Tiffany, counsel for plaintiff Idema:

> John Edwards Tiffany
> PO Box 190
> 55 Washington Street
> Bloomfield, NJ  07003

Edward Caraballo, plaintiff pro se:

> Consular Section
> Adrienne Harchik, Consul
> American Embassy
> Great Massoud Road
> Kabul, Afghanistan

Brent Bennett, plaintiff pro se:

> Consular Section
> Adrienne Harchik, Consul
> American Embassy
> Great Massoud Road
> Kabul, Afghanistan

_____/s/_____
Ori Lev