

*Brent Bennett*
Special Advisor – Afghanistan

PETER D. KEISLER, Assistant Attorney General          Via Fax: (202) 318-7589
KENNETH L. WAINSTEIN, United States Attorney
ELIZABETH J. SHAPIRO, Assistant Branch Director
ORI LEV, DC # 452565, Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883, Washington, DC 20044
20 Massachusetts Ave., NW, Rm 7330, Washington, DC 20001

Reference:   *Idema, et al, vs. DOS*, et al., Case 1:05-cv-01334-EGS
Subject:     Service of Answer of Defendants; Improper Mailing and Service

Dear Mr. Lev,

This letter is to inform you that I will **not** accept your service on Mr. Tiffany, nor will Mr. Caraballo, as proper service in this case. Both I and Mr. Caraballo are proceeding *pro se* until such time as the court provides us with counsel. Therefore, we demand to be served and noticed properly, and to participate in any and all meet and confers, conferences, pre-trial hearings, etc.

By and through the government's Machiavellian machinations, you have first orchestrated the transfer of the case to a district in which Mr. Tiffany is not admitted, thereby depriving Mr. Idema of his right to counsel. Second, you have usurped the FOIA laws, which provide for plaintiff's choice of venue in this case, where one of the plaintiffs resides. Third, you have already begun submitting disingenuous papers to the court. Fourth, you have attempted to circumvent the Department of States' denial of mail rights guaranteed under the Constitution by using Mr. Tiffany as *de facto* counsel for all plaintiffs, and finally, sixth, you have violated my *Faretta* rights to represent myself until such time as the court appoints independent counsel on my behalf and on Mr. Caraballo's behalf.

None of this will stand. You are herby noticed to serve each and every paper, individually, upon myself and Mr. Caraballo, and Mr. Idema, until such time as Mr. Tiffany is admitted to the DC bar, at which time you can serve him instead of Mr. Idema, and until such time as the court appoints counsel for myself and Mr. Caraballo. Absent that, I will seek to file a *Bivens* action against you personally and a collateral *Writ of Mandamus* if needed.

As separate plaintiffs, it is our decision and our decision alone as to whether or not to file separate pleadings, motions, memoranda, and responses, or to join in a co-plaintiff's pleading. Therefore, you are herby instructed to serve me personally with any and all documents you file with the court, or send to another party, or submit to the Judge presiding. Thank you for your compliance with the Federal Rules and consideration of your ethical obligations.

Brent Bennett
Co-Plaintiff

                                                  cc: *All parties, the Clerk of Courts, DCDC; and*
                                                  *The Honorable Emmet G. Sullivan, USDC Judge*

---

Brent Bennett, Prisoner of War, c/o United States Consul
United States Embassy   Afghanistan, 6180 Kabul Place, Dulles, VA 20189-6180

---

Incoming and Outgoing Mail POSTAGE EXEMPT Under Article 110 of the Geneva Convention of 1949
And Under the Universal Postal Convention of 1947/Universal Postal Union
Mark Mail in Upper Right Corner of Boxes and Envelopes:
Prisoner of War Mail – Postage Free – Article 110 Geneva Convention of 1949/Universal Postal Convention of 1947