**B**

Case 1:05-cv-01334-EGS    Document 6-3    Filed 08/22/2005    Page 1 of 6



*Embassy of the United States of America*

Kabul, Afghanistan
February 22, 2005

Mr. Jonathan Idema
Mr. Eduardo Caraballo
Mr. Brent Bennett
Pul-e-Charkhi Prison
Kabul, Afghanistan

Dear Mr. Idema, Mr. Caraballo, and Mr. Bennett:

   I would like to inform you in writing of the procedure by which this office will henceforth deliver mail, both package and letter, to you in the prison, as well as send mail, both package and letter, from you in the prison to your relatives and associates.

   Based on the citation from the State Department's Foreign Affairs Manual (FAM) regulating prisoner mail (which I have included with this letter), this office will deliver mail to you that arrives at the Embassy via regular international mail or by FedEx or DHL. The boxes must be addressed in the following manner:

Consular Section
Russel Brown, Consul or Dawn Schrepel, Vice Consul
American Embassy
Great Massoud Road
Kabul, Afghanistan

   As non-US Government personnel are not to use the diplomatic pouch (nor the APO) we will not accept packages or letters that arrive through the diplomatic pouch and we will not send items back through the diplomatic pouch or APO. This was a system set up by my predecessor, Sandra Ingram, and continued by me until it was brought to my attention that this is not consistent with the FAM.

   We will send out your mail via international mail or via FedEx or DHL. This is your choice, but costs associated with sending this mail must be furnished by you through your OCS Trust funds or by your giving an amount which will cover the cost of shipping to Bashir Mamnoon or Waheed Yaqubi. They will then furnish you a receipt and any change on the next prison visit. Your return address on any correspondence will be the Embassy street address as stated above.

-2-                                                                                              February 22, 2005

  Consistent with the FAM, we will also open and examine all incoming and outgoing mail. Your family members and Mr. Tiffany have been apprised of this new mail regimen and have agreed to this procedure. Mr. Tiffany is in negotiation with our legal office about what constitutes attorney-client privileged mail, so until we receive a definitive answer about this, please understand and expect that ALL mail, including that which you consider to be attorney-client privilege, will be opened and examined BY CONSULAR PERSONNEL ONLY. No other entity within or without the Embassy will have or ever has had access to your mail. This examination also includes CD-ROMs, so please understand that anything which is encrypted will be returned to you.

  Please understand that my office is obligated by law to comply with the regulations set forth in the Foreign Affairs Manual.

Sincerely and with best wishes,

Russel J. Brown
Consul

Enc.

## 7 FAM 465.6  Mail

(CT:CON-093;  10-29-2004)

Letters and packages from home constitute a real lifeline for many prisoners, and their replies in turn help reassure anxious family members. Given the importance mail has to the U.S. citizen or national prisoner, and the potential effects on mental well-being, you should do everything possible to help ensure a smooth flow of mail between prisoners and their family members: Your assistance could include:

> (1)   Make certain that prisoners and particularly family in the U.S. know exactly how to address mail to ensure delivery to the prisoner, and the international postage required;
>
> (2)   Caution families that there is generally no assurance of privacy for mail to and from the prisoner. Many prisons have elaborate censoring procedures, and most will at least open and examine packages and envelopes;

---

**FYI: Some countries may severely restrict the personal effects and literature a prisoner may receive, and may confiscate goods or materials for local ethical or religious reasons that are often not well understood by the family members.**

---

> (3)   Sometimes mail is inordinately delayed or confiscated because the prison authorities do not have the capacity to review correspondence in English. If this problem develops, you may wish to advise families to try obtaining the services of a certifying translator in the United States who can attach a copy in the host country language to letters sent to the prisoner; and
>
> (4)   When families are sending mail directly to the prison, try during your routine visits to determine with the prisoner what mail has been sent and received, so you can help the family identify letters or parcels that have gone astray,

or have been rifled or confiscated by local authorities.

## 7 FAM 465.6-1  Receiving Prisoner Mail At Post

(CT:CON-093;  10-29-2004)

a. There are instances when prisons do not offer mail service, or are delaying or improperly confiscating mail to the point where the family simply cannot rely on direct mail to the prison.

b. In such limited cases, and assuming there is no other workable alternative, such as sending mail to the prisoner's attorney, you may make arrangements with family members to send mail for the U.S. citizen or national prisoner through you under the following conditions and restrictions:

(1) The mail is to be addressed specifically to you, or another designated consular officer (ACS chief, ARRESTS officer, etc.) and **the prisoner's name should not appear on the outside of the envelope or package**;

(2) **The prisoner and family understand that you cannot accept and deliver any sealed mail.  You must examine all letters and parcels upon receipt;**

(3) You may limit the frequency of letters, and/or the size and number of packages, depending upon post resources;

(4) You will neither deliver nor return mail that contains contraband, items prohibited by prison authorities, or mail that encourages or outlines any extra-legal activity, such as escape plans;

(5) Funds must be transmitted through the OCS TRUST procedure.  You cannot accept cash by mail in these circumstances;

(6) You can deliver mail directly to the prisoner only if allowed to do so by prison authorities.  Mail may have to go through the

same screening and censoring procedures as if sent directly to the prison; and

(7) Depending upon the distance to the prison, you may not be able to arrange special trips just to deliver mail. **Mail received from family members may not be delivered until the next scheduled consular visit, and outgoing mail collected from the prisoner at the same time.**