

**U.S. Department of Justice**

Civil Division
Federal Programs Branch
P.O. Box 883
Ben Franklin Station
Washington, D.C.  20044

---

Ori Lev
Trial Attorney

Tel: (202) 514-2395
Fax: (202) 318-7589

August 22, 2005

**Via U.S. Mail**
Consular Section
Adrienne Harchik, Consul
American Embassy
Great Massoud Road
Kabul, Afghanistan

        Attention:    Brent Bennett
        Re:    <u>Idema v. Department of State, No. 05-1334 (D.D.C.)</u>

Dear Mr. Bennett:

      I write in response to your undated letter, which I received by facsimile on August 4, 2005, in which you request that I serve all papers filed in the above-referenced lawsuit on you individually, and indicate that you believe that service upon Mr. Tiffany is insufficient to constitute service upon you.  In light of your request, I am enclosing a copy of the Answer to the Complaint, which was filed in this matter on July 29, 2005, and served on Mr. Tiffany on August 1, 2005.  In the future, I will serve you via mail with all papers required to be served by Federal Rule of Civil Procedure 5(a) at the above address.

      I note that the above address differs from the address listed on your letterhead and from the address listed for you in the signature block of the Complaint.  As you know, the address listed by you is for mail that is sent via the diplomatic pouch.  In accordance with Consul Russel Brown's February 22, 2005 letter to you, Mr. Idema, and Mr. Caraballo, and with the Foreign Affairs Manual provision attached thereto (7 FAM 465.6-1), it is my understanding that you are not authorized to receive mail via the diplomatic pouch and that mail sent to you via the diplomatic pouch address is returned to sender.  The February 22 letter from Mr. Brown also provides the above address as a means by which to currently send you mail.  As the above address is the only valid address of which I am aware, service via mail to that address complies with the requirement of Federal Rule of Civil Procedure 5(b)(2)(B) that service by mail is to be made to "the last known address of the person served".

      Finally, your letter also purports to make requests regarding service on behalf of Messrs. Caraballo and Idema, although the letter is signed only be you.  As Mr. Caraballo is apparently proceeding *pro se* in this matter, I will also serve all papers required to be served by Rule 5(a) on Mr. Caraballo at the address provided in Mr. Brown's February 22 letter.  As Mr. Idema is

represented by counsel in this matter, service is to be "made on the attorney," pursuant to Federal Rule of Civil Procedure 5(b)(1), and I will therefore continue to serve Mr. Tiffany.

Sincerely,

Ori Lev
Attorney for Defendants

Enclosure