**05 CV 5358**

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| J. K. IDEMA, EDWARD CARABALLO, And, BRENT BENNETT, <br>　　　　　　Plaintiffs, <br><br>v. <br><br>UNITED STATES DEPARTMENT OF STATE <br>Office of Information Programs and Services <br>U.S. Department of State SA-2 <br>Washington, DC 20522-8100 <br><br>UNITED STATES DEPARTMENT OF JUSTICE <br>Executive Office for United States Attorneys <br>Freedom of Information/Privacy Act Unit <br>600 E. Street, N.W., Room 7300 <br>Washington, D.C. 20530 <br><br>FEDERAL BUREAU OF INVESTIGATION <br>FOIPA Section <br>935 Pennsylvania Avenue, NW <br>Washington, D.C. 20535-0001 <br><br>UNITED STATES MARSHALS SERVICE <br>US Department of Justice <br>Washington, DC 20530-1000 <br><br>DEPARTMENT OF DEFENSE <br>Chief FOIA/PA Office <br>400 Army Navy Dr., Room 405 <br>Arlington, VA 22202-2884 <br><br>DEFENSE INTELLIGENCE AGENCY <br>Freedom of Information Act Staff <br>Washington, D.C. 20340-5100 <br><br>　　　　　　Defendants. | Civil Action No. # <br><br>**COMPLAINT** <br><br>**FOIA LITIGATION** <br><br>Assigned Judge:_____ <br><br>RECEIVED <br>JUN 06 2005 <br>U.S.D.C. S.D.N.Y. <br>CASHIERS |

## COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

1. This is an action under the Freedom of Information Act ("FOIA), 5 U.S.C § 552, as amended, to order the production of agency records, consisting of all records in the custody of the defendants which were originally requested by plaintiffs or their agents between July 2004 and the present date.

2. This Court has jurisdiction over this action pursuant to the Freedom of Information Act; 5 U.S.C. § 552 (a) (4) (B).

3. Plaintiff J.K. Idema ("Idema") is a citizen of the United States and represented by counsel. He is a requester of documents from each of the defendant agencies.

4. Ed Caraballo is a four-time Emmy Award winning documentary producer, and formerly an employee of ABC 20/20 News. He is a resident of New York and is appearing *pro se* in this action. He is a requester of documents from each of the defendant agencies.

5. Brent Bennett is a citizen of the United States and employed by the Counter-Terrorist Group. He is appearing *pro se* in this action. He is a requester of documents from each of the defendant agencies.

6. John Edwards Tiffany is an attorney who represents Idema and was the requester of additional withheld records on behalf of Idema as his attorney. He is not a plaintiff in this action and is appearing solely on behalf of Idema.

7. Defendant Department of State ("DOS") is an agency of the United States, and it has possession of, and control over records that plaintiffs seek.

8. Defendant Department of Justice ("DOJ") is an agency of the United States, and it has possession of, and control over records that plaintiffs seek.

9. Defendant Federal Bureau of Investigation ("FBI") is an agency of the United States, and it has possession of, and control over records that plaintiffs seek. Many of those records were wrongfully seized by these defendants, or their agents, and illegally obtained through a series of illegal searches and seizures, and/or obstruction of justice through the removal of evidence from a foreign court and through the searches and seizures of plaintiffs' property in Afghanistan and through illegal searches and seizures of United States Mail through the complicity of the United States Department of State defendant.

10. Defendant United States Marshals Service ("USMS") is an agency of the United States, and it has possession of, and control over records that plaintiffs seek.

11. Defendant Department of Defense ("DOD") is an agency of the United States, and it has possession of, and control over records that plaintiffs seek.

12. Defendant Defense Intelligence Agency ("DIA") is an agency of the United States, and it has possession of, and control over records that plaintiffs seek.

13. By letters sent between July 15, 2004 and the current date to the appropriate FOIA Officers and/or their agents, plaintiffs requested various records relating to themselves, his wife (in the case of Idema), their associates, and activities related to them

personally, from the appropriate FOIA officers or agents for each of the above named defendants.

14. An overview of the FOIA correspondence related to this case is set forth in the attached **"FOIA Matrix Chart,"** attached hereto as an index of Exhibits and marked as **Exhibit #1**. That FOIA Matrix Chart preceding the individual exhibits lays out the order of requests, follow-up requests, responses, and appeals attached hereto as Exhibits 2-11.

15. Many of these FOIA requests relate to wrongful activities by the above listed organizations (DOS, FBI, DOJ, USMS), interference with public activities, wrongful prosecution, wrongful arrest, illegal interrogations, torture, improper payments and gifts to foreign officials and private citizens, and false statements regarding American citizens. Other requests related to US government maintained files on the plaintiffs, or in the case of the USMS, a plaintiff's spouse. Additional FOIA requests relate to improprieties by government officials and also in the case of the FBI and DOS, property illegally searched and seized from plaintiffs by the DOS, DOJ, and FBI.

16. Based on those circumstances, these FOIA requests are not only proper, but warranted as the very **purpose of FOIA** is to guarantee access to official information possessed by a government that has not willingly released it. The core purpose of the Freedom of Information Act is to inform the public about government activity and to prevent secrecy from shielding government misconduct as is clearly implicated here. Because Caraballo is a journalist, and has a media interest in these documents,

Caraballo's request for a waiver of fees is also clearly warranted. Each of the plaintiffs have an additional right to waiver on their own documents for it would be wrongful for any defendant to charge a plaintiff for a copy of his own document which was wrongfully obtained by a defendant.

17. Letters to the DOS are attached hereto as **Exhibit 2**.

18. Letters to the DOJ are attached hereto as **Exhibit 3**.

19. Letters to the FBI are attached hereto as **Exhibit 4**.

20. Letters to the USMS are attached hereto as **Exhibit 5**.

21. Letters to the DOD are attached hereto as **Exhibit 6**.

22. Letters to the DIA are attached hereto as **Exhibit 7**.

23. In some cases, follow-up letters were sent by registered mail and are attached hereto as part of the exhibit for that particular defendant and are compiled in chronological order.

24. More than 120 working days have passed since the defendants received plaintiffs' various FOIA requests, and in some cases, such as defendant DOS it has been ten months since the first FOIA requests were served upon the US Consular Office in Afghanistan for forwarding to the DOS FOIA office for plaintiffs.

25. Plaintiffs have **not received a single document in response** to any FOIA request, and in the case of the FBI defendant, no one single request has ever been answered or denied in any way, thereby constituting a complete denial.

26. Defendants who did respond used a variety of disingenuous excuses to avoid responding to plaintiffs' FOIA requests, and although defendants did not refuse any particular FOIA request, their refusal to respond, or provide documents, is considered a denial thereby allowing plaintiffs to appeal (those responses from defendants are attached hereto as **Exhibit 8**).

27. Plaintiff has filed various appeals of the individual requests to these defendants (those appeals are attached hereto as **Exhibit 9**). As of the filing of this suit on June 1, 2005, not one requested document had been supplied to any plaintiff by ANY defendant. In fact, in the case of the DOS, the US Consul in Afghanistan has even refused to provide government regulations, requests for the Geneva Convention (required by international treaty and FOIA law), and even refused to provide copies of letters sent to plaintiffs, and seized en-route to plaintiffs by the US Consul.

28. Each appeal was boldly and clearly marked **"FOIA APPEAL"** and had the corresponding original requests attached to each of the corresponding appeals.

29. By and through plaintiffs' letters, the recipients were clearly notified that absent a response, litigation would be filed. Upon information and belief, these defendants have no intention of ever answering the requests or providing any written denials with which to appeal further.

30. As a result of these FOIA requests agents of the defendants have engaged in a nefarious pattern of conduct to include: obstruction of justice, fraud, perjury, false statements, threats, illegal search and seizures, interference with mail (between New

York and Afghanistan and in Afghanistan), retaliatory physical and mental abuse, and the withholding of food, medicine, and water, in order to interdict the attached FOIA requests.

31.    As an example; since plaintiffs started filing appeals of their FOIA requests and making complaints about the DOS defendants, the Department of State, through their agents, such as Ambassador Zalmay Khalilzad and US Consul Russel Brown, have retaliated with extraordinarily nefarious liberty deprivations. Ambassador Khalilzad imposed a complete blackout on all external communication with plaintiffs and began returning all relief packages and mail which are received in Kabul with Russel Brown's personal handwritten notation; "*wrong address*." Prior to returning the packages and mail, Russel Brown conducts illegal searches of the mail, and illegal seizures of documents, evidence, and attorney/client privileged materials. Brown also removes all FOIA mail and illegally and permanently seizes any mail related to FOIA. These repeated instances of mail interference have caused plaintiffs to be denied access to the courts and constitute an ongoing practice of unjustified censorship to prevent the pursuit of FOIA rights guaranteed by law.

32.    Therefore, a temporary restraining order is not only warranted and justified, but supported by law. Petitioners respectfully request this Honorable Court intercede to protect this valued liberty interest from being further usurped by Respondents--.

33.     Upon information and belief, at least four of the defendants (DOS, DOJ, FBI, USMS) have also engaged in spoliation of evidence, and destruction of evidence.[1]

34.     Plaintiffs' property was seized by FBI on or about July 5th, 2005, and again on July 25, 2004, and again on or about November 27, 2004, and is currently being held by the FBI at the United States Embassy in Kabul, and, upon information and belief, at the New York FBI Office in New York, NY. FOIA requests have also been filed for that property which was illegally seized in violation of law from United States citizens (attached hereto as **Exhibit 10**).

35.     Plaintiffs have a statutory right to the records that are sought, and a property right to their own property, possessions, photographs, videotapes, and documents, and there is no legal basis for defendants' refusals to disclose the requested records to plaintiffs. Even if defendants were to claim a right in retention of plaintiffs' personal documents and records, this would still not exempt defendants from providing plaintiffs with a physical review of those records and a copy of those documents, photographs, and records now in the possession and control of defendants.

36.     Further, plaintiffs seek an exemption of copying costs, specifically but not limited to, those records which are plaintiffs' rightful property.

37.     Lastly, plaintiffs seek an injunction preventing defendants from destroying any of these requested documents or records or transferring them from their custody to a

---

[1] Title 18, U.S.C., Section 371 (Conspiracy), Title 18, U.S.C., Section 1361 (Destruction of Government Property).

third party or government agency not named as a defendant, or foreign government unless copies are made and retained, and a list of transferred documents provided to plaintiffs.

**WHEREFORE**, plaintiffs pray that this Court:

(1) Declare that defendants' refusal to disclose the records requested by plaintiffs is unlawful;

(2) Order defendants to cease destruction of the requested records;

(3) Order defendants to make the requested records available to plaintiffs;

(4) Order defendants to provide a Vaughn Index for any withheld records;

(5) Appoint counsel for the *pro se* plaintiffs;

(6) Award plaintiffs costs and reasonable attorneys' fees in this action; and

(7) Grant such other and further relief as the Court may deem just and proper.

Respectfully submitted this ____ Day of June 2005,

John Edwards Tiffany,
Attorney (JT7322)
*For Idema*
PO Box 190
55 Washington Street
Bloomfield, NJ 07003
Ph: 973/566-9300
Fax: 973/566-0007

## VERIFICATION OF PLAINTIFF

**Kabul, Islamic Republic of Afghanistan: ss.**

1. I am a plaintiff in the 5 U.S.C. § 552 Case of Idema, *et al.*, v. DOS, *et al.*, *SDNY*,
2. I declare under the penalties of perjury as follows, but expressly not limited thereto:
3. The facts stated in the complaint, are personally known to me and, if called as a witness, I could testify competently thereto, except to those facts stated under information and belief, which I believe to be true.
4. Further Declarant sayeth not.

Executed under the penalties of perjury, in accordance with 17 U.S.C. §1746 on this 30th Day of May 2005, in the Islamic State of Afghanistan.

J(K) Idema, Declarant

Respectfully submitted this 30th Day of May 2005,

_____
Edward Caraballo
*Co-plaintiff Pro se*
c/o Russel Brown, US Consul
US Embassy Afghanistan
6180 Kabul Place
Dulles, VA 20189-6180

_____
Brent Bennett
*Co-plaintiff Pro se*
c/o Russel Brown, US Consul
US Embassy Afghanistan
6180 Kabul Place
Dulles, VA 20189-6180

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing FOIA COMPLAINT with an accompanying request for Waiver of Service, motion, memorandum of law, and proposed Order, was served on all parties by depositing a copy of same in the United States registered mail, first class, postage paid, on June 3, 2005, attached to the Summons for service, addressed as follows:

United States
Department of State
Freedom of Info/Privacy Act Unit
U.S. Department of State SA- 2
Washington, DC 20522-8100

Department of State
The Executive Office
Office of the Legal Advisor
2201 C Street, NW (Room 5519)
Washington, DC 20520-6310

Federal Bureau of Investigation
FOIPA Section
935 Pennsylvania Avenue, NW
Washington, DC 20535-0001

Brian S. Kinsey, Chief
Freedom of Information Act Staff
Defense Intelligence Agency
Washington, DC 20340-5100

Shaaron L. Keys
Acting FOA/PA Officer
Office of General Counsel- US-DOJ
United States Marshals Service
Office of General Counsel
Washington, DC 20530-1000

Department of Justice
Executive Office for United States Attorneys
Freedom of Information/Privacy Act Unit
60E E. Street, N.W., Room 7300
Washington, DC 20530

Department of Justice
Office of Information and Privacy
Suite 570, Flag Building
Washington, DC 20530-0001

Federal Bureau of Investigation
J. Edgar Hoover Building
935 Pennsylvania Avenue, NW
Washington, DC 20535-0001

Florastine Graham, FOIA/PA Officer
Office of General Counsel
Department of Justice
United States Marshals Service
Washington, DC 20530-1000

FOIA Office-Directorate for Freedom of Info
United States Department of the Army
United States Department of Defense
1155 Defense Pentagon
Washington, DC 20301-1155

This ___ Day of June 2005.

John Edwards Tiffany

# EXHIBITS

| EXHIBIT | DOCUMENT TITLE | REFERENCED PAGE |
|---|---|---|
| Exhibit -1- | FOIA Matrix Chart ..... | 4 |
| Exhibit -2- | FOIA requests to the Department of State ..... | 5 |
| Exhibit -3- | FOIA requests to the Department of Justice ..... | 5 |
| Exhibit -4- | FOIA requests to the Federal Bureau of Investigation ..... | 5 |
| Exhibit -5- | FOIA requests to the United States Marshals Service ..... | 5 |
| Exhibit -6- | FOIA requests to the Department of Defense ..... | 5 |
| Exhibit -7- | FOIA requests to the Defense Intelligence Agency ..... | 5 |
| Exhibit -8- | Defendants' FOIA Responses ..... | 6 |
| Exhibit -9- | Plaintiffs' FOIA Appeals ..... | 6 |
| Exhibit -10- | Plaintiffs' Letter to DOS and FBI December 21, 2004 ..... | 8 |