# EXHIBITS

| EXHIBIT | DOCUMENT TITLE | REFERENCED PAGE |
|---|---|---|
| Exhibit -1- | FOIA Matrix Chart ….. | 4 |
| Exhibit -2- | FOIA requests to the Department of State ….. | 5 |
| Exhibit -3- | FOIA requests to the Department of Justice ….. | 5 |
| Exhibit -4- | FOIA requests to the Federal Bureau of Investigation ….. | 5 |
| Exhibit -5- | FOIA requests to the United States Marshals Service ….. | 5 |
| Exhibit -6- | FOIA requests to the Department of Defense ….. | 5 |
| Exhibit -7- | FOIA requests to the Defense Intelligence Agency ….. | 5 |
| Exhibit -8- | Defendants' FOIA Responses ….. | 6 |
| Exhibit -9- | Plaintiffs' FOIA Appeals ….. | 6 |
| Exhibit -10- | Plaintiffs' Letter to DOS and FBI December 21, 2004 ….. | 8 |

# EXHIBIT 1

## FOIA Matrix Chart

## INITIAL FOIA LETTERS:

| FOIA | DATE | FROM | AGENCY TO | DESCRIPTION | RESPONSES, NOTES & RELATED ITEMS |
|---|---|---|---|---|---|
| F1 | July 2004 | Jack Idema | Personally delivered to: Sandra Ingram* | Handwritten Request for Evidence and documentation regarding confiscation of exculpatory evidence. | Ingram refused to accept it. |
| F2 | July 2004 | Jack Idema | Personally delivered to: Sandra Ingram | Handwritten Request for Copy of Geneva Convention for Combatants, Non-Combatants, Request for US Consul file | Ingram claimed it was an illegal request. |
| F3 | July 2004 | Brent Bennett | Personally delivered to: Sandra Ingram | Handwritten Request for Copy of Geneva Convention for Combatants, Non-Combatants, Request for US Consul file. | Ingram claimed it was an illegal request. |
| F4 | July 2004 | Ed Caraballo | Personally delivered to: Sandra Ingram | Handwritten Request for Copy of Geneva Convention for Non-Combatants, Request for US Consul file. | Ingram claimed it was an illegal request. |
| F5 | July 2004 | Jack Idema Brent Bennett Ed Caraballo | Personally delivered to: Sandra Ingram | Handwritten Request for copies of Afghan Law, request for DOS regulations, and list of Embassy personnel to identify DIA representative at Embassy for Assistance, Request for copy of the US Consul file on all plaintiffs; and copies of all documentation in the US Consul File, including emails and family correspondence. | Ingram tore it up in front of Idema and Bennett |
| F6 | August 2004 | Jack Idema | Hand-delivered to DOS c/o Sandra Ingram | Multiple handwritten FOIA requests for case-related US Embassy documentation were submitted by Idema. For example: Plaintiffs presented Sandra Ingram with requests in July and early August 2004. | Ingram told plaintiffs that murderers of women had not right to FOIA. |

* Sandra Ingram was the Acting US Consul at the US Embassy in Kabul, Afghanistan at the time and was the person legally responsible for receiving plaintiffs' FOIA requests and mail and forwarding it to the appropriate party.

**Note:** The above requests were presented to Acting US Consul Sandra Ingram by plaintiffs while in custody at the *Sadarat* Extreme Interrogation Facility in Afghanistan. It must be noted that the only copies are in the plaintiffs' "US Consul files" because plaintiffs were not allowed to possess paper or pens and when caught with paper or pens they were beaten, sometimes into a semi-conscious state. As a result, plaintiffs requested that a spare copy of their FOIAs and other documents be placed in their US Consul file. Eventually, Ingram started refusing to accept plaintiffs' FOIAs.

EXHIBIT #1

| | | | | |
|---|---|---|---|---|
| F7 | August 2004 | Michael Skibbie Attorney for Ed Caraballo | FBI/DOS | Request for official Evidence Chain of Custody documentation describing what occurred with the materials after the FBI's July 24 confiscation. It was subsequently held for 3 weeks, apparently to ensure that it couldn't be used during the trial. | [None] |
| F8 | Late August 2004 | Jack Idema | *Hand-delivered to* DOS c/o Russel Brown | Additional requests for plaintiffs' US Consul files were handed to Russel Brown in late August and again in September in front of two US Attorneys. None of these requests received any reply. | [None] |
| F9 | September 2004 | Jack Idema By Attorneys for plaintiffs | *Hand-delivered to* DOS c/o Russel Brown with Attorneys Tiffany and Fogelnest present. | Request for Evidence Chain of Custody documents describing what occurred with the FBI confiscation of exculpatory evidence. Request for all evidence receipts and photos and documents in possession of DOS and FBI. Request for US Consul File, request for Geneva Convention for Combatants along with claim for combatant status. | [None] |
| F10 | October 31, 2004 | Idema Caraballo Bennett Banderas | DOS/DOD State Department Dept of Defense To: FOIA Officers Thru: Zalmay Khalilzad c/o US Consul Russel Brown US Embassy, Kabul, Afghanistan | Noted on document as: "Subject: FOIA Request #10-31-04 Kabul" A detailed hand-written request was again submitted via Russel Brown in preparation for the Appeals process. It specified case-related Embassy records including: Visitor logs and/or sign in sheets for the US Embassy in Kabul between August 10 and August 13, 2004, motor-pool and vehicle logs, daily logs, dispatch sheets, force protection memorandum and driver assignment records for all vehicle leaving and entering the US Embassy on August 10, 11, 12, and/or 13, 2004. US Consul, US Ambassador, RSO documents related to the visits, meetings, discussions with Abdul Bakhtyari, or any | R8 - 4/25/05 |

requests and even ripped them up in front of plaintiffs. Later requests for copies of their US Consul files were denied by the DOS and defendants.

EXHIBIT #1                                                          FOIA Matrix EX. #1 Page: 2

EXHIBIT #1

| | Dated | Sent by | DOS/DOD | | |
|---|---|---|---|---|---|
| | | | | other Afghan officials on August 10, 11, 12, and/or 13, 2004. | |
| | | | | Cash withdrawals, disbursement records, or documents related in any way to cash or equipment (including vehicles) purchases or payments to any member of the Afghan, NDS (Amniat), or Ministry of Justice, Judges, prosecutors, or other officials in July, August, September 2004, etc. | |
| F11 | Dated 31 October 2004 | Sent by Idema Bennett Caraballo | State Department Dept of Defense | Documents between US/UFMF-Between September 16, 2001-November 16, 2001. Letters Of Agreements. | [No Reply] |
| | But actually re-submitted to US Consul in December 2004 | This was typed in December 2004 and resubmitted as attached to an appeal to the DOS refusal to Answer. | To: FOIA Officers Thru: Zalmay Khalilzad c/o US Consul Russel Brown US Embassy, Kabul, Afghanistan | Documents related to President Rabbani, General Fahim, Afghan Ambassadors in Dushanbe and/or Tashkent, and/or Washington, DC, Including documents signed or sent through the Afghan Defense Attachés. | |
| | | | | Documents regarding immunity in areas of conflict for US Forces, Special Purpose Forces, Special Mission Units, Paramilitary Forces, Clandestine Forces, DOD Contractors, and/or US Citizens. US Embassy documents related specifically to events in Kabul between August 10-August 13, 2004. | |
| | | | | Documents related to the visits/meetings/discussions w/ Judge Abdul Bakhtyari, or any other Afghan officials on August 10-13, 2004, US Consul files and records relating to Caraballo, Idema, and/or Bennett, including all emails containing the names Caraballo, Idema, and/or Bennett sent to or sent from any US Embassy or US Government employee in Kabul. | |
| F12 | December 21, 2004. | Idema Caraballo | DOS/FBI State Department | A copy of the Geneva Convention of 1949 related to Combatant Prisoners Of War. | |
| | | | | Request demanded copies of exculpatory evidence and documents in the possession of the DOS and FBI, including | |

EXHIBIT #1

| | Date | From | To | Description | Reply |
|---|---|---|---|---|---|
| F13 | January 10, 2005 | Bennett Banderas | FBI/DOJ c/o US Consul Russel Brown | copies of pictures, emails, and US Govt. ID cards seized by FBI from plaintiffs' Kabul Office and Afghan Court Evidence Room on three separate occasions by the FBI. | [No Reply] |
| | January 10, 2005 | Bennett Caraballo Banderas | DOS c/o Zalmay Khalilzad | "This is an Appeal of your denial of our previous FOIA requests." Requesting all documents involving plaintiffs' case, complete copies of each of their files, and other info., all listed on the Oct. 31, 2004 request specified as "FOIA Request #10-31-04 Kabul." The document stated "For the purposes of each of these FOIA Requests, a lack of response, and/or a refusal to provide a letter denying the FOIA request, is in itself, a denial of the FOIA Request or Requests." Noted as: "FOIA APPEAL #1-1-10-05" | |
| F14 | January 10, 2005 | Sent by J. Tiffany On behalf of Idema | FOIA Officer US Marshals Federal Courthouse Raleigh, NC 27601 (forwarded to NC as a separate local request) | FOIA request for all documents related to the mysterious arrest of Viktoria Idema on January 7, 2005. Requested documents included all correspondence between the USMS and the FBI, or any other government agency, or any private individual regarding Mr. and Mrs. Idema and/or the arrest, and/or events leading up to Mrs. Idema's wrongful arrest. | [No Reply] |
| F15 | January 11, 2005 | Sent by J. Tiffany On behalf of Idema | FOIA Officer US Marshals Washington, DC | Records from all North Carolina Marshals Service offices, and from the Washington, DC Headquarters involving Mrs. Idema and/or Mr. Idema. Documents requested were generated in 2004 and 2005. | R1 - 1/19/2005 |
| F16 | January 19, 2005 | Jack Idema | Postmaster US Post Office Green Street Fayetteville, NC | A formal PO Box Complaint, FOIA Request and Request for Investigation was filed with the Fayetteville Postmaster. Requests included: The disclosure of "mail cover" and a copy of any related court orders. A disclosure of all statements made to the Postal Inspector or any postal employee, by any person regarding Jack Idema or the listed PO Boxes, specifically, but not limited to: Chris Thompson, Robin Moore, Edward Artis, William John Hagler, or any other person. The US Postal Service is not a defendant at this time but this | [No Reply] |

EXHIBIT #1

| | | | | |
|---|---|---|---|---|
| F17 | January 21, 2005 | Idema<br>Bennett<br>Caraballo<br>Banderas | DOS<br>Thru: Z. Khalilzad<br>Attn: FOIA Officer<br>US Embassy<br>Kabul, Afghanistan<br>Noted as:<br>"FOIA APPEAL<br>#2- 1-21-05" | "This is an **Appeal of your denial of our previous FOIA requests**." Requesting all documents involving plaintiffs' case, complete copies of each of their files, and other info, all listed on the Oct. 31, 2004 request specified as "FOIA Request #10-31-04 Kabul." The document stated "For the purposes of each of these FOIA Requests, a lack of response, and/or a refusal to provide a letter denying the FOIA request, is in itself, a denial of the FOIA Request or Requests."<br><br>Another Appeal of response to the FOIA Request sent on October 31, 2004. The appeal points out that "the FOIA request was personally handed to US Consul Russel Brown, with other Embassy personnel present, and was witnessed by at least three Afghan government officials." It goes on to say that "Prior to this date, we presented Sandra Ingram with handwritten FOIA requests in July and August 2004. We received no reply. Nor have we received any reply to the subsequent requests, one handed to Russel Brown in September in front of two American Attorneys, and the last one, presented to Russel Brown on October 31, 2004." | [No Reply] |
| F18 | January 31, 2005 | Idema<br>Bennett<br>Caraballo<br>Banderas | DOS & DOD<br>Thru: Z. Khalilzad<br>c/o Russel Brown<br>Attn: FOIA Officer<br>US Embassy<br>Kabul, Afghanistan | Absent a reply to previous requests and appeals, another FOIA Request was filed again asking for the same materials originally listed in the 10-31-04 (F11) and 1-31-05 (F18) requests and the FOIA Appeal 1-10-05 (F13). The letter was sent with enclosures of the previous three letters.<br><br>Records related to cash withdrawals, disbursement records, or sheets, or related in any way to cash or equipment (including vehicles) purchases or payments to any member of the Afghan NDS (Amniat) or Afghan Ministry of Justice. | [No Reply] |

FOIA is listed and referenced because, upon information and belief, the FBI obstructed the US Postal Service from responding to this FOIA request in violation of law.

EXHIBIT #1

| | | | |
|---|---|---|---|
| F19 | February 4, 2005 | John Tiffany, Attorney *On behalf of Idema* | Shaaron L. Keys Marshals Service Acting FOA/PA Officer Office of General Counsel US-DOJ Washington DC 20530-1000 | R1-1/19/2005 Requesting a completed DOJ-361 form. (FOIA Reference: Freedom of Information /Privacy Act Request 2005USMS8033 -- Subject of Request: OBO Jack and Viktoria Idema) "Pursuant to your letter [1/19/2005]...enclosed please find an executed DOJ-361. Accordingly, please take immediate steps to comply with [the FOIA]...request." |
| | | | | R3:- 2/16/2005 Documents related to the purchase of vehicles for Fatah, Abdul Basset Bakhtyari, Amrullah Saleh between July 2004-October 2004. US Consul files and records relating to Idema, Caraballo, and/or Bennett, including emails containing their names sent to or sent from any US Embassy or US Government employee in Kabul. Copy of Geneva Convention of 1949 related to Combatant Prisoners Of War. Documents between July 2004 and the present date, related to the upcoming travel of Taliban Judge Abdul Bakhtyari to the US, or any other place, in the company of, or at the request of, any member of the US govt., including FBI. Documents relating to Fatah's past links to Taliban and *al-Qa'ida* officials or members. Documents between July 2004 and January 2005. Documents related to the travel of Prosecuter Fatah to Guantanamo Bay, the US, or any other place in the company of, or at the request of, any member of the US govt., including the FBI. Documents related to the travel of Prosecutor judges, prosecutors, or other officials between July 2004 and January 2005. |
| F20 | March 7, 2005 | John Tiffany, Attorney *On behalf of Idema* | Shaaron L. Keys Marshals Service Acting FOA/PA Officer Office of General Counsel US-DOJ Washington DC 20530-1000 | R4 :- 3/25/2005 Responds to Keys' 2/16/05 letter wherein the FOIA officer has ignored receiving one completed DOJ-361 for V. Idema (in Q11) and says that because one was not sent for J. Idema, the request would "not be acted upon." The letter points out that: In Response to the DOJ 361 "requirement" Counsel has been representing JKI since 4/04, obviating the form's need; that client J. Idema is incarcerated in Afghanistan and that DOS has suspended mail |

EXHIBIT #1

| F21 | March 7, 2005 | John Tiffany, Attorney *On behalf of Idema* | Dept of the Army Directorate for Freedom of Information 1155 Defense Pentagon Washington, DC 20301-1155 | Documents related to **any and all** DOD or Dept of the Army awards to BRENDAN J. DONNELLY, to include the Bronze Star medal and accompanying commendation CAPTAIN DONNELLY received in 2004 for meritorious service for his duties in Afghanistan; between April 2004-August 2004. Supporting documentation and requests for CAPTAIN DONNELLY to receive any and all awards from the Dept of Defense or the Dept of the Army. All releasable files for CAPTAIN DONNELLY including the phone records for 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-2641 (a US govt. issued phone). Documents between CAPTAIN DONNELLY and CJTF180 between April 10, 2004 and October 2004, including all documents to or from CAPTAIN DONNELLY or written by CAPTAIN DONNELLY in which he refers to 'JACK, aka JACK IDEMA aka any subject name containing the words JACK or IDEMA, and from or two LIEUTENANT COLONEL MARCUS MONTERO, USAF; and LIEUTENANT COLONEL ERIC HOMAN (OR HOLMAN), US ARMY, CJTF-180 at Bagram. | R5 - 3/29/2005 |
| --- | --- | --- | --- | --- | --- |
| F22 | March 30, 2005 | Jack Idema | DOS Chief FOIA Officer Washington, DC Noted as: "ISMAIL ABED - FOIA #1" | Documents, between September 2004 and the present date, related to the travel of Ismail ABED to the US, or any other place in the company of, or at the request of the US government, including the DOS, DOJ, or FBI. Documents related to disbursements for hotels, food, travel, schedules, activity logs, memoranda regarding seminars, meetings, classes, courses, itineraries, or other information related to ABED's travel in the US. Documents between July 2004 and the present date, which related to the planned travel and/or the travel arrangements of Abdul Bakhtvari to the | [No Reply] |

deliveries, a DOJ-361 had been provided for Mrs. Idema and since news reporters do not need to file DOJ-361 to get FOIA compliance, the requirement represents a "disparate" application of FOIA law.

FOIA Matrix EX. #1 Page: 7

| | | FOIA OFFICES | | |
|---|---|---|---|---|
| F23 | March 31, 2005 | John Tiffany, Attorney *On behalf of Idema* | Dept of the Army Dept of Defense DIA US CENTCOM c/o Directorate for Freedom of Info 1155 Defense Pentagon Washington, DC 20301-1155 | After receiving the DOD's March 29 Response (R5), plaintiffs filed a FOIA resubmission request information regarding "BRENDAN J. DONNELLY, CAPTAIN, US ARMY, CAPTAIN DONNELLY who was assigned to the Combined Joint Task Force 180 headquartered at BAGRAM AIRBASE..., and working with various DIA activities." Documents related to DOD or Dept of the Army awards to BRENDAN J. DONNELLY, to include a Rolex Watch and accompanying commendations CAPTAIN DONNELLY received in 2004 for meritorious service for his duties in Afghanistan between April 2004 and August 2004. Supporting documents for DONNELLY to receive awards from the DOD or Army, DIA, CENTCOM or other government agencies he worked with or was assigned to. R6 – 4/21/2005 |
| F24 | March 31, 2005 | John Tiffany, Attorney *On behalf of Idema* | DOD/DOD/DIA/ CENTCOM/ Directorate for Freedom of Information Ref: Donnelly FOIA #2/Rolex | Documents related to CAPTAIN DONNELLY including any and all emails sent by DONNELLY between April 10, 2004 and October 2004, including all documents to or from DONNELLY or written by CAPTAIN DONNELLY. Documents related to BRENDAN J. DONNELLY, CAPTAIN, US ARMY, Combined Joint Task Force 180 headquartered at BAGRAM AIRBASE. Documents related to DOD or Dept of the Army awards to BRENDAN J. DONNELLY, to include a Rolex Watch and any accompanying commendations CAPTAIN DONNELLY received in 2004 for meritorious service for his duties in Afghanistan between April 2004 and August 2004. Requests for CAPTAIN DONNELLY to receive any and all | |

| | | | | US. Documents related to the denial of Bakhtyari's visa and information related to that denial. | |

EXHIBIT #1 FOIA Matrix EX. #1 Page: 8

| | Date | From | To | Reference | Reply |
|---|---|---|---|---|---|
| F25 | March 31, 2005 | Jack Idema | DOD Directorate for Freedom of Info 1155 Defense Pentagon Washington, DC 20301-1155 | Reference: Linda Vester FOIA #1/Award | Documents related to DOD or Dept of the Army awards to LINDA VESTER, including medals or Infantry Awards and/or commendations LINDA VESTER received between 2002 and 2005 for "meritorious service" or other activities or service. Supporting documentation and requests for LINDA VESTER to receive any and all awards from the DOD/Department of the Army, or the Infantry School. Documents regarding all persons involved in this award (and any other awards to any FOX News employee), to include Colonel Robert C. Morris, Jr. and all documents, and emails, linking COLONEL ROBERT C. MORRIS to the award. All FOX News award commendations/ recommendations for any DOD related commendations. | [No Reply] |
| F26 | March 31, 2005 | Jack Idema | DOD/DOA Directorate for Freedom of Info Washington, DC 20301-1155 | Reference: "FOX News" FOIA #2/ CENTCOM Contact | Documents between FOX NEWS (or any employee thereof) and CENTCOM, DIA, DOD, or any branch of the Department of the Army. Documents sent or received between April 2004 and December 2004 which specifically refer to or relate to Afghanistan or Jack Idema, JK Idema, J. Keith Idema. "...and if denied, a lawsuit." | [No Reply] |
| F27 | April 3, 2005 | John Tiffany, Attorney *On behalf of Idema* | Chief FOIA Officer Department of State 2201 C. Street N.W. Washington, D.C. 20520 | | Documents, between September 2004 and the present date, related to the travel of Ismail ABED to the US, or any other place in the company of, or at the request of, any member of the US government, including the DOS, DOJ, or FBI. Documents related to disbursements for hotels, food, travel, schedules, activity logs, memoranda regarding seminars, meetings, classes, courses, itineraries, or other information | R7 - 4/25/2005 |

EXHIBIT #1                                                                                                              FOIA Matrix EX. #1 Page: 9

EXHIBIT #1

| | | | | |
|---|---|---|---|---|
| F28 | April 4, 2005 | Jack Idema | DOD Directorate for Freedom of Information Washington, DC | ...related to ABED's travel in the US. Documents between July 2004 and the present date, which related to the planned travel and/or the travel arrangements of Abdul Bakhtyari to the US. Documents related to the denial of Bakhtyari's visa and information related to that denial. | [No Reply] |
| | Same as March 31, 2005 Request | Reference: Linda Vester FOIA #1/Award | | Documents related to DOD or Dept of the Army awards to LINDA VESTER, to include medals or Infantry Awards of commendations LINDA VESTER received between 2002 and 2005 for "meritorious service" or other activities. Documents and requests for VESTER to receive any awards from the DOD/Dept of the Army, of the Infantry School. Information regarding all persons involved in the award (and any other awards to any FOX News employee), to include Colonel Robert C. Morris, Jr. and documents, and emails, linking MORRIS to any DOD related commendations. | |
| F29 | April 5, 2005 | Jack Idema | DOD/DOA Directorate for Info Freedom of Info Department of the Army Washington, DC 20301-1155 | Same as 31 March 2005 Request sent again Registered mail and signed for by B Tucker – USPS Receipt # was removed by Russel Brown. | [No Reply] |
| | Same as March 31, 2005 Request | Reference: "FOX News FOIA #2/ CENTCOM Contact" | | Documents between FOX NEWS (or any employee thereof) and CENTCOM, DIA, DOD, or any branch of the Department of the Army. Documents sent or received between April 2004 and December 2004 which specifically refer to or relate to Afghanistan or Jack Idema, JK Idema, J. Keith Idema. "*...and if denied, a lawsuit.*" | |
| F30 | April 5, 2005 | Jack Idema | DOS Chief FOIA Officer Washington, DC | Same as 31 March 2005 Request sent again Registered mail and signed for by B Tucker – USPS # 9988-1207 | [No Reply] |
| | Same as | | | Documents, between September 2004 and the present date, related to the travel of Ismail ABED to the US. Documents related to disbursements for hotels, food, travel, schedules, activity logs, memoranda regarding seminars, meetings, | |

EXHIBIT #1

| | | | | |
|---|---|---|---|---|
| March 30, 2005 Request | | | Noted as: "ISMAIL ABED - FOIA #1" | classes, courses, itineraries, or other info related to ABED's travel; in the US. |
| May 6, 2005 [#3] | John Tiffany, Attorney *On behalf of Idend* (RE: Freedom of Information Act Requests #1 & #2 – 3/15/05 Donnelly Bronze Star & 4/4/05 Donnelly (Rolex) Case Number 0360-05) | DIA DAN-1A (FOIA) Washington, DC 20340-5100 Attn: Brian S. Kinsey, Chief, FOIA Staff | | Same as 30 March 2005 Request sent again Registered mail and signed for on April 29, 2005, but illegible – USPS Receipt # was removed by Russel Brown. Plaintiff's attorney responded to FOIA Officer Kinsey's letter that specifies the "requirement" of a notarized sworn authorization from Donnelly before compliance can begin. Saying in part, "...in response to your letter of April 21, 2005... First, your letter is inaccurate. The FOIA requests as identified above did not request all records. In fact, the requests were narrowly tailored and sought fact specific information pertaining to Captain Brendan J. Donnelly for the period from April 10, 2004 to October 2004 during his assignment to the Combined Joint Task Force 180 headquartered at Bagram Airbase... As such, I request that you refer to the letter requests once again to clarify what it is we have specifically requested therein..." "Second, we are not requesting the disclosures of personal information and advise you again that personal information such as SSNs, DOBs etc may be redacted. This clearly resolves your concerns and issues relating to privileged personal information not obtainable through FOIA without a release from Captain Donnelly. As an example, you may redact Captain Donnelly's SSN..." [No Reply] |

## DEFENDANTS' FOIA RESPONSES:

| FOIA | DATE | FROM | TO | DESCRIPTION | RESPONSE TO |
|---|---|---|---|---|---|
| R1 | January 19, 2005 | US Marshals Service Shaaron L. Keys Acting FOA/PA Officer Office of General Counsel US-DOJ | John Tiffany | This US Marshal's Response is the first of two responses that FOIA Officer Keys sent regarding FOIA Request F15 (Case Reference Number: 2005USMS8033 -- Subject of Request: OBO Jack and Viktoria Idema.) The response reads, in part: "In order [to] address your request" prerequisite elements need to be provided: (a) Verification of identity via DOJ-361 or by sending identifying and signature under penalty of perjury (b) Identification of judicial district(s). | F15 - 1/10/2005 |
| R2 | January 23, 2005 | US Marshals Service Shaaron L. Keys Acting FOA/PA Officer Office of General Counsel US-DOJ | John Tiffany | This US Marshal's Response is the second response to FOIA Request F15 (Case Referenced Number: 2005USMS8048 -- Subject of Request: OBO Jack and Viktoria Idema.) This response reads, in part: "In order [to] address your request" prerequisite elements need to be provided: (a) Verification of identity via DOJ-361 or by sending identifying and signature under penalty of perjury (b) Identification of judicial district(s). | F15 - 1/10/2005 |
| R3 | February 16, 2005 | US Marshals Service Shaaron L. Keys Acting FOA/PA Officer Office of General Counsel US-DOJ | John Tiffany | This US Marshal's Response is the third response to F19, which was accompanied by a completed DOJ-361, as had been requested in R2 (Case Reference Number: 2005USMS8033 -- Subject of Request: OBO Jack and Viktoria Idema). The document says that USMS "is in receipt of your letter and COF form (DOJ-361 2/3/2005) [for V. Idema but]...you failed to return a [DOJ-361] form for you client, Mr. Jack Idema. Your failure...will result in [USMS] taking no further action on your request." | F19 - 3/7/2005 Idema could not return a "DOJ-361" because the DOS has imposed an illegal mail ban on all incoming and outgoing mail. |

EXHIBIT #1  FOIA Matrix EX. #1 Page: 12

| | Date | Service | Requester | Description | Ref |
|---|---|---|---|---|---|
| R4 | March 25, 2005 | US Marshals Service, Shearon L. Keys, Acting FOIA/PA Officer, US-DOJ | John Tiffany | This US Marshal's Response is the fourth response. Freedom of Information/Privacy Act Request 2005USMS8033 -- Subject of Request: OBO Jack and Viktoria Iderda. "USMS is in receipt of your request... We have commenced a search..." | F20 - 3/7/2005 |
| R5 | March 29, 2005 | DOD, Dave Henshall Senior Advisor, Info and Privacy Office of Freedom of Info and Security Review | John Tiffany | This DOD response states: "Regarding your 3/15/05 request"[...][T]he Department of the Army, Defense Intelligence Agency (DIA), and the U.S. Central Command (CENTCOM), who operate their own FOIA offices, would have cognizance over the records you requested. | F21 - 3/31/2005 |
| R6 | April 21, 2005 | DIA, Brian Kinsey Chief, Freedom of Info Act Staff | John Tiffany | This DIA response to the Donnelly information request (Q14-3/31/2005) says that compliance is contingent upon the submission "in writing [of] a notarized sworn authorization to release records." | F23 - 3/31/2005 |
| R7 | April 25, 2005 | DOS | Richard C. Devine Requester Communications Branch | "Your two FOIA requests, dated 4/3/2005, requesting material between 9/2004 and present relating to the travel of Judge Ismail Abed" and "Judge Abdul Basset Bakhtyari", provides numerous details about fees, information that may have originated in other agencies, etc. It concludes with: "Your request has been closed in our system. If, after taking into consideration the request for third party authorizations, the information requested, the information concerning other agencies, and the limitations on releasing visa records, you wish to pursue this request you must resubmit two separate requests, one for Judge Abed and the other for former Taliban Judge Bakhtyari, with third party authorizations (if you can obtain them) and the additional information, as requested." (Case Number. 200501545). | F27 - 4/3/2005 |

EXHIBIT #1                                                                                                          FOIA Matrix EX. #1 Page: 13

| | Date | From | To | Description | Bates |
|---|---|---|---|---|---|
| R8 | April 25, 2005 | DOS Robert W. DuBose Requester Communications Branch | John Tiffany | This DOS response document states this "office has no record of requests from Mr. Idema, Bennett and/or Caraballo but will treat the 2 letters dated 10/31/04 and 1/31/05 [considered] as new requests from you." The letter goes on to ask a number questions, like "What is 'NDS(Armlait)'" (Case Number: 20050178) | F10 - 10/31/2004<br>F18 - 1/31/2005 |

EXHIBIT #1

FOIA Matrix EX. #1 Page: 14