# EXHIBIT 2

# FOIA requests to the Department of State

## COPY OF ORIGINAL HANDWRITTEN FOIA LETTER

31 October 2004

To: FOIA Officer
United States State Department
United States Department of Defense
c/o US Consul Russel Brown
United States Embassy, Kabul, Afghanistan

**Subject: FOIA Request #10-31-04 Kabul**

Dear Ambassador Khalilzad,

This letter is a Request For Documents under the Freedom Of Information Act.

By and through this letter we are requesting all documents outlined below. Although at this time we are requesting a waiver of fees under "the public interest exemption." This letter should also be construed as an agreement for willingness to pay research and copy fees as applicable. Further, not waiving the right to initial research and copying at no charge, should these fees exceed $100 please notify us in writing.

Should any documents be withheld or not provided, this letter also requests a list of those documents outlined in a Vaughn Index. The documents requested are as follows;

1. All documents signed between any member of the US Government and the United Front Military Forces (Northern Alliance) aka; Islamic State of Afghanistan Operating in Exile and signed by Dr. Abdullah Abdullah Minister of Foreign. Between September 16, 2001 and November 16, 2001, specifically, but not limited to Status Of Forces Agreements, and/or Letters Of Agreements between the United States and the Islamic State of Afghanistan (the allied governing power prior to the establishment of the Interim government in December 2001).
2. All documents similar or related to the above documents signed by President Burhanudeen Rabanni, and General Muhammad Qasim Fahim, and/or Afghan Ambassadors in Dushanbe and/or Tashkent, and/or Washington, DC, for the Islamic State of Afghanistan. Including documents signed or sent through the Afghan Defense Attachés in those embassies.
3. Documents regarding immunity in areas of conflict for US Forces, including, but not limited to; Special Purpose Forces, Special Mission Units, Paramilitary Forces, Clandestine Forces, DOD Contractors, and/or US Citizens.
4. All visitor logs and/or sign in sheets for the US Embassy in Kabul between August 10 and August 13, 2004, and all motor-pool and vehicle logs, daily logs, dispatch sheets, force protection memorandum and driver assignment records for all vehicle leaving and entering the US Embassy on August 10, 11, 12, and/or 13, 2004.
5. All US Consul, US Ambassador, RSO (Regional Security Officer) documents regarding or related to teh visits, meetings, discussions with Judge Abdul Basset Bakhtyari, or any other Afghan officials on August 10, 11, 12, and/or 13, 2004.

Q3 E2

1

6. Any cash withdrawals, cash dispersement records, or sheets, related in any way to cash or equipment (including vehicles) purchases or payments to any member of the Afghan, NDS (Amniat) or Afghan Ministry of Justice, Judges, prosecutors, or other officials in July and/or August, and/or September 2004.
7. All US Consul files and records relating to Caraballo, Idema, and/or Bennett, including all emails containing the names Caraballo, Idema, and/or Bennett sent to or sent from any US Embassy or US Government employee in Kabul.
8. A copy of the Geneva Convention of 1949 related to <u>Combatant</u> Prisoners Of War. In regards to this request, this should be considered an appeal of the numerous prior requests (between July and October 2004 through the US Consul in Kabul) which have not been complied with.

Thank you for your cooperation, the documents can be mailed to Ed Caraballo, Journalist, c/o Russel Brown, US Consul, 6180 Kabul Place, Dulles, VA 20189-6180, or they may be delivered through the US Embassy in Kabul, or by hand to Edward Caraballo.

The below signatures constitute a waiver of privacy by the undersigned individuals and a waiver of any and all redaction requirements as to names, SSNs, identifying or personal information for the below persons, and were signed in the presence of US Consul Russel Brown. [This constituted a US Official Verification of Identity under the FOIA laws and NO Certification Was needed with this original request.]

_____
Ed Caraballo
SSN: 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
DOB: 11-16-61

_____
Jack Idema (aka J. Keith Idema)
SSN: 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
DOB: 11-16-61

_____
Brent Bennett
SSN: 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
DOB: 10-11-76

**Note:**
The Original Document was written on yellow legal paper and hand-delivered to Russel Brown, US Consul

E2 Q3

# FOIA REQUEST

31 January 2004

To: FOIA Officers
United States State Department
United States Department of Defense
c/o US Consul Russel Brown
United States Embassy, Kabul, Afghanistan

### Subject: FOIA Request #1-31-05 Kabul

Dear Ambassador Khalilzad,

This letter is a Request For Documents under the Freedom Of Information Act.

By and through this letter we are requesting all documents outlined below. Although at this time we are requesting a waiver of fees under "the public interest exemption." This letter should also be construed as an agreement for willingness to pay research and copy fees as applicable. Further, not waiving the right to initial research and copying at no charge, should these fees exceed $100 please notify us in writing.

Should any documents be withheld or not provided, this letter also requests a list of those documents outlined in a Vaughn Index. The documents requested are as follows;

1. Any cash withdrawals, cash dispersement records, or sheets, related in any way to cash or equipment (including vehicles) purchases or payments to any member of the Afghan, NDS (Amniat) or Afghan Ministry of Justice, Judges, prosecutors, or other officials between July 2004 and January 2005.
2. All documents, notes, memorandum, visa applications, emails, cash withdrawal records, and/or other information between July 2004 and the present date, which relate to the recent travel of Prosecutor Fatah (Amniat Official) to Guantamano Bay (GITMO), the United States, or any other place in the company of, or at the request of, any member of the United States government, including, but not limited to, the FBI. Additionally, all documents relating to Fatah's past links to the Taliban and to *al-Qaida* officials or members.
3. All documents, notes, memorandum, visa applications, emails, cash withdrawal records, and/or other information between July 2004 and the present date, which relate to the upcoming travel of former Taliban Judge Abdul Basset Bakhtyari (NDS Primary Court Judge) to the United States, or any other place in the company of, or at the request of, any member of the United States government, including, but not limited to, the FBI.
4. All cash withdrawals, cash dispersement records, or sheets, related in any way to the purchase of vehicles to any member of the Prosecutor Fatah, Judge Abdul Basset Bakhtyari, Amrullah Saleh (Chief of NDS) or any other Afghan Ministry of Justice prosecutor, between July 2004 and October 2004.

EZ Q10

1

5. All US Consul files and records relating to Idema, Caraballo, and/or Bennett, including all emails containing the names Caraballo, Idema, and/or Bennett sent to or sent from any US Embassy or US Government employee in Kabul.

6. A copy of the Geneva Convention of 1949 related to <u>Combatant</u> Prisoners Of War. In regards to this request, this should be considered an appeal of the numerous prior requests (between July and December 2004 through the US Consul in Kabul) which have not been complied with.

The withholding of any documents under any alleged FOIA exemption should be sent in the form of a Vaughn Index with the FOIA request response. If this FOIA request does not receive a response within the time allowed by law, your non-response will be deemed a denial. A FOIA appeal letter will then be sent. If the FOIA Appeal letter is not answered with the document requested, a FOIA suit will be filed forthwith in the District of Columbia.

Thank you for your cooperation, the documents can be mailed to Jack Idema, c/o Russel Brown, US Consul, 6180 Kabul Place, Dulles, VA 20189-6180, or they may be delivered through the US Embassy in Kabul, or by hand to Jack Idema.

The below signatures constitute a waiver of privacy by the undersigned individuals and a waiver of any and all redaction requirements as to names, SSNs, identifying or personal information for the below persons, and were signed in the presence of US Consul Russel Brown. This constitutes a US Official Verification of Identity under the FOIA laws and NO Certification is needed with this original request.

_____
Jack Idema (aka J. Keith Idema)
SSN: 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
DOB: 11-16-61


_____
Ed Caraballo
SSN: 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
DOB: 11-16-61


_____
Brent Bennett
SSN: 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
DOB: 10-11-76


**Note:**
This Document has attached the previous FOIA letters and Appeal Letters for your reference.
These documents were hand-delivered to _____, US Consul _____

E2 Q10                                                                                                  7

# FOIA REQUEST

To: Chief FOIA Officer  
United States Department of State  
2201 C. Street N.W.  
Washington, D.C. 20520

31 March 2004

**Subject: FOIA Request**  
**Reference: Afghan Appeals Court Judge "ISMAIL ABED" - FOIA #1**

Dear Sir or Madam,

This letter is a Request For Documents under the Freedom Of Information Act.

By and through this letter we are requesting all documents outlined below. This letter should also be construed as an agreement for willingness to pay research and copy fees as applicable. Further, not waiving the right to initial research and copying at no charge, should these fees exceed $100 please notify us in writing.

Should any documents be withheld or not provided, this letter also requests a list of those documents outlined in a Vaughn Index. The documents requested are as follows;

1. All documents, notes, memorandum, visa applications, emails, cash withdrawal records, and/or other information between September 2004 and the present date, which relate to the recent travel of Judge Ismail ABED (Afghan Appeals Court Judge) to the United States, or any other place in the company of, or at the request of, any member of the United States government, including, but not limited to, the DOS, DOJ, or FBI. This includes documents in the possession of the US Embassy in Kabul, Afghanistan.
2. Additionally, this should include ALL disbursements for hotels, food, travel, and all schedules, activity logs, memoranda regarding seminars, meetings, classes, courses, itineraries, or other information related to Judge ABED's travel.
3. All documents, notes, memorandum, visa applications, emails, cash withdrawal records, and/or other information between July 2004 and the present date, which relate to the planned travel and/or the travel arrangements of former Taliban Judge Abdul Basset BAKHTYARI (NDS Primary Court Judge) to the United States, or any other place in the company of, or at the request of, any member of the U.S. government, including, but not limited to, the DOS, DOJ, or FBI.

E2-Q18-1

1

*Page #2   FOIA Request/Afghan Appeals Court Judge "ISMAIL ABED" - FOIA #1*

This letter is a Request For Documents under the Freedom Of Information

    This should also include any documentation on why BAKHTYARI's visa was denied, and all information related to that denial (which is known to be related to BAKHTYARI's name being on the suspected terrorist or known terrorist relations lists.

The withholding of any documents under any alleged FOIA exemption should be sent in the form of a Vaughn Index with the FOIA request response. If this FOIA request does not receive a response within the time allowed by law, your non-response will be deemed a denial. A FOIA appeal letter will then be sent. If the FOIA Appeal letter is not answered with the document requested, a FOIA suit will be filed forthwith in the District of Columbia.

Thank you for your cooperation, the documents can be mailed to my office at the address above.

Thank you for your assistance,


John Edwards Tiffany

E2-918-2

JACK ک‍

Special Advisor – Afghanistan

## FOIA REQUEST

30 March 2004

To: Chief FOIA Officer
United States Department of State
2201 C. Street N.W.
Washington, D.C. 20520

Subject: FOIA Request
Reference: Afghan Appeals Court Judge "ISMAIL ABED" - FOIA #1

Dear Sir or Madam,

This letter is a Request For Documents under the Freedom Of Information Act.

By and through this letter we are requesting all documents outlined below. Although at this time we are requesting a waiver of fees under "the public interest exemption." This letter should also be construed as an agreement for willingness to pay research and copy fees as applicable. Further, not waiving the right to initial research and copying at no charge, should these fees exceed $100 please notify us in writing.

Should any documents be withheld or not provided, this letter also requests a list of those documents outlined in a Vaughn Index. The documents requested are as follows;

1. All documents, notes, memorandum, visa applications, emails, cash withdrawal records, and/or other information between September 2004 and the present date, which relate to the recent travel of Judge Ismail ABED (Afghan Appeals Court Judge) to the United States, or any other place in the company of, or at the request of, any member of the United States government, including, but not limited to, the DOS, DOJ, or FBI. This includes documents in the possession of the US Embassy in Kabul, Afghanistan.
2. Additionally, this should include ALL disbursements for hotels, food, travel, and all schedules, activity logs, memoranda regarding seminars, meetings, classes, courses, itineraries, or other information related to Judge ABED's travel.

Jack Idema, POW
c/o Russel Brown, United States Consul
United States Embassy – Afghanistan
6180 Kabul Place, Dulles, VA 20189-6180
Kabul Contact: Ph 011-93-70-054200

*Please Copy FOIA Correspondence to my Attorney at:*
John Edward Tiffany, Attorney
PO Box 190, Bloomfield, NJ 07003
US Ph: 973/566-9300 - US Fax: 973/566-0007

JACK جــک
Special Advisor – Afghanistan

*Page #2  FOIA Request/Afghan Appeals Court Judge "ISMAIL ABED" - FOIA #1*

3. All documents, notes, memorandum, visa applications, emails, cash withdrawal records, and/or other information between July 2004 and the present date, which relate to the planned travel and/or the travel arrangements of former Taliban Judge Abdul Basset BAKHTYARI (NDS Primary Court Judge) to the United States, or any other place in the company of, or at the request of, any member of the U.S. government, including, but not limited to, the DOS, DOJ, or FBI.

This letter is a Request For Documents under the Freedom Of Information

This should also include any documentation on why BAKHTYARI's visa was denied, and all information related to that denial (which is known to be related to BAKHTYARI's name being on the suspected terrorist or known terrorist relations lists.

The withholding of any documents under any alleged FOIA exemption should be sent in the form of a Vaughn Index with the FOIA request response. If this FOIA request does not receive a response within the time allowed by law, your non-response will be deemed a denial. A FOIA appeal letter will then be sent. If the FOIA Appeal letter is not answered with the document requested, a FOIA suit will be filed forthwith in the District of Columbia.

Thank you for your cooperation, the documents can be mailed to Jack Idema, c/o Russel Brown, US Consul, 6180 Kabul Place, Dulles, VA 20189-6180, or they may be delivered through the US Embassy in Kabul, or by hand to Jack Idema. However, because you are well aware that the US Embassy is illegally interfering with my mail at this time (and are being sued for it in the SDNY Federal Court), I request you provide a copy to my attorney at the address below to ensure the mail is received.

Please return the information to the address above. Thank you for your assistance,

s/

J. K. Idema

---

Jack Idema, POW
c/o Russel Brown, United States Consul
United States Embassy – Afghanistan
6180 Kabul Place, Dulles, VA 20189-6180
Kabul Contact: Ph 011-93-70-054200

---

*Please Copy FOIA Correspondence to my Attorney at:*
John Edward Tiffany, Attorney
PO Box 190, Bloomfield, NJ 07003
US Ph: 973/566-9300 - US Fax: 973/566-0007

# EXHIBIT 3

## FOIA requests to the Department of Justice

# EXHIBIT 4

# FOIA requests to the Federal Bureau of Investigation