# EXHIBIT 5

# FOIA requests to the United States Marshals Service

## LAW OFFICES
## JOHN E. TIFFANY, P.C.

55 WASHINGTON STREET
P.O. BOX 190
BLOOMFIELD, N.J. 07003

MEMBERS OF NJ & NY BARS

TEL: (973) 566-9300
FAX: (973) 566-9701
jet4444@bellatlantic.net

January 10, 2005

**Via Telecopier (202) 307-8544**
**& Regular Mail**
U.S Marshals Service FOIA Officer
Office of General Counsel
Department of Justice
Washington, DC 20530-9054

RE:  **Freedom of Information Act Request**
     **No.: #1 – 1/10/05**

Dear Sir/Madam:

I am the attorney-of-record for Jack Idema. For the exclusive purpose of this Freedom of Information Act request, I also represent the interests of Mr. Idema's wife. On their behalf, I am requesting all documents involving the arrest of Viktoria Idema, a/k/a Vickie Ann Boyette (maiden name), and a/k/a Vickie (Viktoria) Robertson (previous married name)[1] on January 7, 2005.

Mrs. Idema was falsely arrested Friday morning by the U.S. Marshals on their Fugitive Warrant Task Force, and/or the Marshal's Violent Fugitive Squad. It is our belief that these participating Marshals were based out of either Raleigh or Charlotte, North Carolina. Therefore, we are requesting all records from all North Carolina Marshall Service Offices, and from Washington, D.C. headquarters, involving Mrs. Idema (SSN: 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) and/or Mr. Idema (SSN: 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). It is our further belief that these documents we are requesting were generated during 2004-2005; however, we are requesting a thorough search of all records. This should also be considered an ongoing request for documents generated up until the time this request is fully complied with.

---

[1] Contrary to U.S. Government assertions, the various names listed are not alias names, or false names, but are in fact, the evolution of a woman's name after a divorce and subsequent re-marriage.

1

The following information is requested under the Freedom of Information Act, including, but not limited to:

1. All documents regarding the above two (2) subjects – Mr. and Mrs. Idema. Their identifying information is contained in item eight (8) of this request;
2. All documents between the U.S. Marshal Service and the FBI, and/or any U.S. Attorney's Office, and/or any other government agencies, or any private individual regarding these two (2) subjects and/or arrest, and/or events leading up to the arrest;
3. All documents between the U.S. Government and the state of Texas, to include, but not limited to, the TDCJ (Texas Department of Criminal Justice). This request specifically includes PIN requests and PIN correspondence, SLETS, MLTS, LETS teletype correspondence, warrant transfers, and associated paperwork. This also includes all documents related to communication between any Texas state employee relating to the arrest;
4. U.S Marshal Service employment rosters for the entire state of North Carolina for January 7, 2005;
5. Vehicle logs for all vehicles assigned to any member of the U.S. Marshall Service working in or around Fayetteville, North Carolina on January 7, 2005. Specifically, but not limited to, the white four-door sedan, license plate number SXS-3484;
6. All <u>releasable</u> employment information (such as full name, employment application, pay grade etc.) for all U.S. Marshals who participated in the arrest, either directly or indirectly, including supervisors and administrative personnel that authorized the arrest. This includes any employees of the U.S. Government, who were involved in any way with the arrest;
7. All after-action reports, evaluations, awards, reprimands, related to the arrest or to the Marshals who conducted the arrest; and
8. All files and documents, including emails and electronic files, concerning any of the following two (2) individuals:
   a. Viktoria Idema;
   b. Vickie Ann Boyette[2];
   c. Vickie Ann Robertson[3];
   d. Vickie Ann Robertson Boyette[4];

---

[2] This name is not an alias; it was Mrs. Idema's maiden name.
[3] This name is not an alias; it was Mrs. Idema's married name from her first marriage.
[4] This name is not an alias; it was mistakenly transposed by law enforcement officers on her release papers.

2

ES-QS-2

    e. Vickie Ann Boyette Robertson
       71968-file number
       08-30-1998-04167703-supposed warrant number
       ID 0052828419
       SID 04167703
       DOB: 21 February 1962
       SSN: 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
    f. J. Keith Idema
       DOB: 30 May 1956
       SSN: 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; and
    g. Or any other variation of any name preceding Idema.

As per the requirement of a "willingness to pay" statement under the Freedom of Information Act, please accept this letter request as a confirmation of the fact that we are willing to pay any additional fees that may be incurred in the preparation and copying of our request to your agency, including any charges to expedite said request. Please notify us in writing if the amount is expected to exceed $250.00. Please return the information to the address listed above.

Furthermore, U.S. Marshals present told at least two (2) eyewitnesses that they had in their possession a valid arrest warrant and a valid search warrant signed by a U.S. Federal Magistrate Judge. They apparently had neither. However, they did illegally entered the residence of Brent Bennett. We are also requesting copies of these alleged warrants, which the U.S. Marshals claimed they possessed at the time, and have since failed to produce. Mr. Bennett's caretaker requested Marshals provide him with a copy of the warrants, identify themselves by name, and show their identification. The Marshals refused. Mr. Bennett's caretaker (a retired U.S. Army Special Forces Master Sergeant who was watching the house) was then threatened with arrest if he did not leave the premises. He was then told to sit in his car.

The Marshals also forced off the road a car of a family friend one block away, handcuffed him, and threatened him with imprisonment if he did not cooperate and assist the Marshals with entering the house. The Marshals continued to threaten him when he refused to answer questions. The Marshals searched the house (although only a cursory search, it still violated the

3

law), then forced Mrs. Idema to wear *Victoria Secret* pajamas to the police station.

    Your prompt attention to this letter request is most appreciated. Thank you.

Very truly yours,

JOHN EDWARDS TIFFANY
JET/las

Cc: Mr. Jack Idema

LAW OFFICES
# JOHN E. TIFFANY, P.C.

55 WASHINGTON STREET
P.O. BOX 190
BLOOMFIELD, N.J. 07003

MEMBERS OF NJ & NY BARS

TEL: (973) 566-9300
FAX: (973) 566-9701
jet4444@bellatlantic.net

February 4, 2003

**Via Telecopier (202) 307-8544**
**& Regular Mail**
U.S. Marshals Service FOIA Officer
Office of General Counsel
Department Of Justice
Washington, DC 20530-9054

Re:　**Freedom of Information Act Request**
　　　**No.: #1 – 1/10/05**

Dear Sir/Madam:

　　　Pursuant to your letter of January 19, 2005, enclosed please find an executed DOJ-361. Accordingly, please take immediate steps to comply with the above-referenced filed request, a copy of which is enclosed. Thank you.

Very truly yours,

JOHN EDWARDS TIFFANY
JET/las

Cc: Mr. Jack Idema

U.S. Department of Justice                         Certification of Identity         

Privacy Act Statement. In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]: **Viktorio R.W. Idema**

Citizenship Status [2]: **U.S.A.**        Social Security Number [3]: **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**

Current Address: **1913 North Pearl Street, Fayetteville, NC 283**

Date of Birth: **2-21-62**        Place of Birth: **Cleveland, OHIO**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4]: _(signed)_        Date: **2/3/05**

**OPTIONAL: Authorization to Release Information to Another Person**

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

**John E. Tihany, Esq.**
Print or Type Name

[1] Name of individual who is the subject of the record sought.
[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an Alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.
[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
[4] Signature of individual who is the subject of the record sought.

FORM APPROVED OMB NO. 1103-0016
EXPIRES 2/28/04

FORM DOJ-361
APR.01

E5-Q11-2

LAW OFFICES
# JOHN E. TIFFANY, P.C.
55 WASHINGTON STREET
P.O. Box 190
BLOOMFIELD, N.J. 07003

MEMBERS OF NJ & NY BARS

TEL: (973) 566-9300
FAX: (973) 566-9701
jet4444@bellatlantic.net

March 7, 2005

**Via Telecopier (202) 307-8544
& Regular Mail**
U.S. Marshals Service FOIA Officer
Office of General Counsel
Department of Justice
Washington, DC 20530-9054
Attn: Sharon L. Keys

RE: **Freedom of Information Act Request
No.: #1 - 1/10/05**

Dear Ms. Keys:

I am the attorney-of-record for Jack Idema. This letter is in response to your letter of February 16, 2005.

First, your requirement of a DOJ-361 for my client is simply at opposite with the applicable law regarding FOIA requests. I am Mr. Idema's lawyer; that fact is beyond dispute. I have represented him since April of 2004, and in fact, traveled to Afghanistan to represent him at trial before an Afghanistan trial court during August and September 2005. Moreover, I represent him in the appeal of his conviction entered by the Afghanistan trial court on September 15, 2005. Accordingly, my status as Mr. Idema's attorney obviates me of any obligation to file a DOJ-361 as a pre-requisite to your compliance with my FOIA request.

Second, my client is incarcerated in an Afghanistan prison. To make matters worse, the U.S. State Department, and U.S. Embassy Consular staff in Kabul, Afghanistan have suspended all mail delivery with respect to Mr. Idema, and the two other incarcerated Americans (Edward Caraballo & Brent Bennett). The unilateral actions of the U.S. State Department and U.S. Embassy staff make it impossible for me to send or receive a signed DOJ-361.

Third, I have provided you a signed DOJ-361 form on behalf of Mrs. Idema. (Note: I have enclosed the

original.) I forwarded the DOJ-361 form, as I do not represent Mrs. Idema, but require the information pertinent to her, which forms the sum and substance of the underlying FOIA request. You are obligated under the applicable law in this matter to comply with my request as it pertains to Mrs. Idema. To deny me access to copies of records that pertain to her is a flagrant violation of FOIA law. Moreover, I am willing to accept copies of redacted records so long as the redactions pertain solely to pedigree information (i.e. DOB, Social Security etc.) pertaining to my client Jack Idema, if even necessary.

Finally, news reporters routinely make FOIA requests, which are granted, and do so without a signed DOJ-361. To now insist that the rules of game are somehow different for attorneys - more specifically for the attorney-of-record for Jack Idema - is nothing short of a blatant example of disparate application of FOIA law.

Your immediate compliance with my lawful FOIA request is greatly appreciated. Thank you.

Very truly yours,

JOHN EDWARDS TIFFANY
JET/las

Cc: Mr. Jack Idema

E5-Q12-2

02/02/05 17:00 FAX 9104831320 TO:19735660007 P.3

## U.S. Department of Justice — Certification of Identity



**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]: **Vittorio R.W. Idema**

Citizenship Status [2]: **U.S.A.**   Social Security Number [3]: **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**

Current Address: **1913 North Pearl Street, Fayetteville, NC 28—**

Date of Birth: **2-21-62**   Place of Birth: **Cleveland, Ohio**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4]: _(signed)_   Date: **2/3/05**

### OPTIONAL: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

**John E. Tiffany, Esq.**
Print or Type Name

[1] Name of individual who is the subject of the record sought.
[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.
[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
[4] Signature of individual who is the subject of the record sought.

FORM APPROVED OMB NO. 1103-0016
EXPIRES 7/28/04

FORM DOJ-361
APR 01

ES-Q12-3