# EXHIBIT 6

## FOIA requests to the Department of Defense

7 March 2005

FREEDOM OF INFORMATION ACT OFFICE
United States Department of the Army
United States Department of Defense
Directorate for Freedom of Information
1155 Defense Pentagon
Washington, DC 20301-1155

**Subject:  FOIA Request**

Dear Sir or Madam,

The following information is requested under the Freedom of Information Act, regarding BRENDAN J. DONNELLY, CAPTAIN, US ARMY. CAPTAIN DONNELLY was assigned to the Combined Joint Task Force 180 headquartered at BAGRAM AIRBASE, and under the command of LTG DAVID BARNO in 2004.

We are seeking all correspondence and documents related to ANY AND ALL, Department of Defense or Department of the Army awards to BRENDAN J. DONNELLY, to include the Bronze Star medal and accompanying commendation CAPTAIN DONNELLY received in 2004 for meritorious service for his duties in Afghanistan between (on or about) April 2004 and August 2004. This also includes the supporting documentation and requests for CAPTAIN DONNELLY to receive any and all awards from the Department of Defense or the Department of the Army.

Additionally, we are requesting all releasable files for CAPTAIN DONNELLY including, but not limited to, the phone records for 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-2641 which was a TASK FORCE 180 issued phone, and all documents, correspondence, reports, emails between CAPTAIN DONNELLY and CJTF-180 between April 10, 2004 and October 2004, including, but not limited to: all documents to or from CAPTAIN DONNELLY or written by CAPTAIN DONNELLY in which he refers to JACK, *aka* JACK IDEMA *aka* any subject name containing the words "JACK" or "IDEMA," and from or to LIEUTENANT COLONEL MARCUS MONTERO, USAF (attached to DIA); and LIEUTENANT COLONEL ERIC HOMAN (OR HOLMAN), US ARMY, also believed to be assigned to CJTF-180 at Bagram.

As per the requirement of a "willingness to pay" statement; please accept this letter as a confirmation that we are willing to pay any additional fees that may be incurred in the preparation and research of our FOIA request to your agency, including any charges to expedite said request. Please return the information to the address above.

Thank you for your assistance,


John Tiffany
Attorney at Law

E6-213-1

# JACK جــک
### Special Advisor – Afghanistan

31 March 2005
Resent Certified Mail on 5 April 2005

FREEDOM OF INFORMATION ACT OFFICES
United States Department of Defense, and
United States Department of the Army
Directorate for Freedom of Information
1155 Defense Pentagon
Washington, DC 20301-1155

**Subject: FOIA Request**
**Reference: FOX News FOIA #2/CENTCOM Contact**

Dear Sir or Madam,

The following information is requested under the Freedom of Information Act, regarding correspondence, emails, documents, memorandum or other FOIA required information between FOX NEWS (or any employee thereof) and CENTCOM, DIA, DOD, or any branch of the Department of the Army.

We are seeking all correspondence and documents sent or received between April 2004 and December 2004 which specifically refer to or relate to Afghanistan or (not and, OR) Jack Idema, JK Idema, J. Keith Idema.

As per the requirement of a "willingness to pay" statement; please accept this letter as a confirmation that we are willing to pay any additional fees that may be incurred in the preparation and research of our FOIA request to your agency, including any charges to expedite said request. Any attempt to redirect or delay this request (such as telling me to send this request to CENTCOM or Bagram, etc, etc) will be considered a denial under the FOIA laws and will be immediately followed with an appeal, and if denied, a lawsuit.

Please return the information to the address above. Thank you for your assistance,

s/
J. K. Idema

---

Jack Idema, POW
c/o Russel Brown, United States Consul
United States Embassy – Afghanistan
6180 Kabul Place, Dulles, VA 20189-6180
Kabul Contact: Ph 011-93-70-054200

---

*Please Copy FOIA Correspondence to my Attorney at:*
John Edward Tiffany, Attorney
PO Box 190, Bloomfield, NJ 07003
US Ph: 973/566-9300 – US Fax: 973/566-0007

31 March 2005

FREEDOM OF INFORMATION ACT OFFICES
United States Department of Defense, and
United States Department of the Army
Directorate for Freedom of Information
1155 Defense Pentagon
Washington, DC 20301-1155

**Subject: FOIA Request**
**Reference: FOX News FOIA #2/CENTCOM Contact**

Dear Sir or Madam,

The following information is requested under the Freedom of Information Act, regarding correspondence, emails, documents, memorandum or other FOIA required information between FOX NEWS (or any employee thereof) and CENTCOM, DIA, DOD, or any branch of the Department of the Army.

We are seeking all correspondence and documents sent or received between April 2004 and December 2004 which specifically refer to or relate to Afghanistan or (not and, OR) Jack Idema, JK Idema, J. Keith Idema.

As per the requirement of a "willingness to pay" statement; please accept this letter as a confirmation that we are willing to pay any additional fees that may be incurred in the preparation and research of our FOIA request to your agency, including any charges to expedite said request. Any attempt to redirect or delay this request, will be considered a denial under the FOIA laws and will be immediately followed with an appeal.

Please return the information to the address above. Thank you for your assistance,

Francis Pizzulli
Attorney at Law

E6-Q16-1

31 March 2005

FREEDOM OF INFORMATION ACT OFFICER
United States Department of the Army
Office of the Chief of Public Affairs, NY Branch
806 Third Ave., 9th
New York, NY 10022-7513

Reference: Freedom of Information Act Request Originally filed on January 6, 2005
Subject: Immediate Withdrawal of this Request and Withdrawal of Subsequent Appeal

Dear Colonel Dunn,

As you know, I provided you with a FOIA request on or about January 6, 2005, regarding a specific letter sent to the Indian Embassy Military Attaché in April 2004.

By and through this letter we are notifying your office that all requests, and appeals for that letter are hereby immediately withdrawn. Further, we are not disputing your assertions that this letter does not exist. However, we still take issued with any allegations that any letter was ever falsified or computer altered or fabricated by anyone.

These requests, and appeals, for that specific letter, are immediately withdrawn. We have no allegations of impropriety against your office or any of your personnel. Additionally, the charges against my client of illegally entering Afghanistan were dismissed and all three Americans found innocent of those charges in February 2005, after providing videotape evidence showing these three Americans legally cleared Afghan customs with US passports, and after providing a letter from the United States Embassy and Ambassador co-signed by the Defense Attaché.

However, for the record, your predecessor (the Chief of Public Affairs) did have an ongoing professional relationship with my client, Jack Idema, based on US war fighting activity in Central West Asia and clandestine intelligence reporting and gathering activities during the 2001-2002 war in Afghanistan related to the collection and dissemination of strategic information in support of the War On Terror and the United Front Military Forces (Northern Alliance).

I trust this closes this matter, and request that you forward this withdrawal notification to any and all offices that may be involved in, or reviewing this specific FOIA request.

Thank you for your assistance,


John Tiffany
Attorney at Law


EG-215-1

# JACK جــنگ
### Special Advisor – Afghanistan

4 April 2005 by Registered Mail
Originally sent 31 March 2005

FREEDOM OF INFORMATION ACT OFFICES
United States Department of Defense
Directorate for Freedom of Information
1155 Defense Pentagon
Washington, DC 20301-1155

**Subject: FOIA Request**
**Reference: Linda Vester FOIA #1/Award**

Dear Sir or Madam,

The following information is requested under the Freedom of Information Act, regarding LINDA VESTER of FOX NEWS.

We are seeking all correspondence and documents related to ANY AND ALL, Department of Defense or Department of the Army awards to LINDA VESTER, to include any medals or Infantry Awards and/or commendations LINDA VESTER received between 2002 and 2005 for "meritorious service" or other activities or service. This also includes the supporting documentation and requests for LINDA VESTER to receive any and all awards from the Department of Defense/Department of the Army, or the Infantry School.

Further, we are requesting ALL documents to or from any and all persons involved in any awards to FOX News or to any FOX News employee, in any way, such as: arranging, approving, or recommending this (or any award) award. This specifically includes, but is not limited to: Colonel Robert C. Morris, Jr. and all documents, and emails, linking COLONEL MORRIS to this award and all FOX News award commendations, or recommendations for any DOD related commendations.

As per the requirement of a "willingness to pay" statement; please accept this letter as a confirmation that we are willing to pay any additional fees that may be incurred in the preparation and research of our FOIA request to your agency, including any charges to expedite said request. Any attempt to redirect or delay this request, will be considered a denial under the FOIA laws and will be immediately followed with an appeal.

Please return the information to the address above. Thank you for your assistance,

S/
J. K. Idema

---

Jack Idema, POW
c/o Russel Brown, United States Consul
United States Embassy – Afghanistan
6180 Kabul Place, Dulles, VA 20189-6180
Kabul Contact: Ph 011-93-70-054200

---

*Please Copy FOIA Correspondence to my Attorney at:*
John Edward Tiffany, Attorney
PO Box 190, Bloomfield, NJ 07003
US Ph: 973/566-9300 - US Fax: 973/566-0007

31 March 2005

FREEDOM OF INFORMATION ACT OFFICE
United States Department of Defense
Directorate for Freedom of Information
1155 Defense Pentagon
Washington, DC 20301-1155

**Subject: FOIA Request**
**Reference: Linda Vester FOIA #1/Award**

Dear Sir or Madam,

The following information is requested under the Freedom of Information Act, regarding LINDA VESTER of FOX NEWS.

We are seeking all correspondence and documents related to ANY AND ALL, Department of Defense or Department of the Army awards to LINDA VESTER, to include any medals or Infantry Awards and/or commendations LINDA VESTER received between 2002 and 2005 for "meritorious service" or other activities or service. This also includes the supporting documentation and requests for LINDA VESTER to receive any and all awards from the Department of Defense/Department of the Army, or the Infantry School.

Further, we are requesting ALL information regarding all persons involved in this award (and any other awards to any FOX News employee), to include Colonel Robert C. Morris, Jr. and all documents, and emails, linking COLONEL MORRIS to this award and all FOX News award commendations, or recommendations for any DOD related commendations.

As per the requirement of a "willingness to pay" statement; please accept this letter as a confirmation that we are willing to pay any additional fees that may be incurred in the preparation and research of our FOIA request to your agency, including any charges to expedite said request.

Please return the information to the address above. Thank you for your assistance,

Francis Pizzulli
Attorney at Law

E6-217-1

# EXHIBIT 7

## FOIA requests to the Defense Intelligence Agency

31 March 2005

FREEDOM OF INFORMATION ACT OFFICES
United States Department of the Army
United States Department of Defense
US Defense Intelligence Agency
US Centcom Headquarters (please forward
Directorate for Freedom of Information
1155 Defense Pentagon
Washington, DC 20301-1155

**Subject: FOIA Request**
Reference: Donnelly FOIA #2/Rolex

Dear Sir or Madam,

The following information is requested under the Freedom of Information Act, regarding BRENDAN J. DONNELLY, CAPTAIN, US ARMY. CAPTAIN DONNELLY was assigned to the Combined Joint Task Force 180 headquartered at BAGRAM AIRBASE, and under the command of LTG DAVID BARNO in 2004, and working with various DIA activities.

We are seeking all correspondence and documents related to ANY AND ALL, Department of Defense or Department of the Army awards to BRENDAN J. DONNELLY, to include a Rolex Watch and any accompanying commendations CAPTAIN DONNELLY received in 2004 for meritorious service for his duties in Afghanistan between (on or about) April 2004 and August 2004. This also includes the supporting documentation and requests for CAPTAIN DONNELLY to receive any and all awards from the Departments of Defense or Army, DIA, CENTCOM and ALL Other government agencies he may have worked with or been assigned to.

We are requesting all documents related to CAPTAIN DONNELLY including, but not limited to, any and all emails sent by CAPTAIN DONNELLY between April 10, 2004 and October 2004, including, but not limited to: all documents to or from CAPTAIN DONNELLY or written by CAPTAIN DONNELLY.

As per the requirement of a "willingness to pay" statement; please accept this letter as a confirmation that we are willing to pay any additional fees that may be incurred in the preparation and research of our FOIA request to your agency, including any charges to expedite said request. Please return the information to the address above.

Thank you for your assistance,


John Tiffany
Attorney at Law

E7 Q 14-1

E7-Q19 -

May 6, 2005

**Certified Mail, R.R.R.**
**Defense Intelligence Agency**
**DAN-1A (FOIA)**
**Washington, DC 20340-5100**
**Attn: Brian S. Kinsey,**
         **Chief, FOIA Staff**

RE:  Freedom of Information Act Requests #1 & #2 –
     3/15/05 Donnelly Bronze Star & 4/4/05 Donnelly (Rolex)
     Case Number 0360-05

Dear Mr. Kinsey:

   As you are aware, I am the attorney-of-record for Jack Idema. To that point, please accept this letter in response to your letter of April 21, 2005 relative to the above-referenced matter.

   First, your letter is inaccurate. The FOIA requests as identified above did not request all records. In fact, the requests were narrowly tailored and sought fact specific information pertaining to Captain Brendan J. Donnelly for the period from April 10, 2004 to October 2004 during his assignment to the Combined Joint Task Force 180 headquartered at Bagram Airbase, and under the command of LTG David Barno in 2004. As such, I request that you refer to the letter requests once again to clarify what it is we have specifically requested therein.

   Second, we are not requesting the disclosures of personal information and advise you again that personal information such as SSNs, DOBs etc may be redacted. This clearly resolves your concerns and issues relating to privileged personal information not obtainable through FOIA without a release from Captain Donnelly. As an example, you may redact Captain Donnolly's SSN off his Bronze Start certificate and paperwork.

   Finally, we have provided you sufficient identifying information on Captain Donnelly. As such, please process our requests as required by law.

   Thank you.

Very truly yours,


JOHN EDWARDS TIFFANY
JET/las

Cc: Mr. Jack Idema

E7-Q19-2