# EXHIBIT 9

## Plaintiffs' FOIA Appeals

## FOIA APPEAL LETTER

**Ambassador Khalidzad**                                21 January 2005
**United States State Department**
**Attn: FOIA Officer**
United States Embassy
Great Massoud Road
Kabul, Afghanistan

Subject:  **Appeal of FOIA Request #1 - 01-10-05**

Dear Ambassador Khalidzad,

As you are keenly aware, we filed a FOIA Request on October 31, 2004, requesting various information. The FOIA request was personally handed to US Consul Russel Brown, with other Embassy personnel present, and was witnessed by at least three Afghan government officials. Prior to this date, we presented Sandra Ingram with handwritten FOIA requests in July and August 2004. We received no reply. Nor have we received any reply to the subsequent requests, one handed to Russel Brown in September in front of two American Attorneys, and the last one, presented to Russel Brown on October 31, 2004.

For the purposes of each of these FOIA Requests, a lack of response, and/or a refusal to provide a letter denying the FOIA request, is in itself, a denial of the FOIA Request or Requests. Therefore, this letter is an APPEAL OF YOUR DENIAL OF OUR PREVIOUS FOIA REQUESTS. As you are also aware, we are requesting all documents involving our case, complete copies of each of our files, and a variety of other information, all listed on the Oct. 31, 2004 REQUEST specified as FOIA Request #10-31-04Kabul.

Therefore, to make this abundantly clear, we are requesting all records related to us from all Department of State offices, including your Washington, DC Headquarters. It is our further belief that the documents we are requesting were generated in 2004 and 2005; however, we are requesting a thorough search of all records. This should also be considered an ongoing request for documents newly generated up until the time this request is fully complied with.

As per the requirement of a "willingness to pay" statement; please accept this letter request as a confirmation that we are willing to pay any additional fees that may be incurred in the preparation and copying of our FOIA request to your agency. However, we believe we are exempt from fees under the law and therefore request an exemption determination as soon as possible. Please notify us in writing if the amount is expected to exceed $250. Because we are four separate requesters, we are requesting a minimum of two copies of the requested documents.

Further, because we now have reliable information that YOU PERSONALLY <u>ordered</u> State Department officials to ignore our request, and take other adverse action against us, this letter is notification that we will seek redress in federal court against you personally for obstruction of justice, and other crimes, and will file a separate FOIA lawsuit in Washington, DC with the next 10 days if we do not received immediate notification that the State Department will comply with our FOIA requests. Please return the information to the address below. Thank you for your assistance,

J. K. Idema           Brent Bennett           Ed Caraballo           Wahid Rasuli Bandaras

E9-28-1

**JACK**
Special Advisor – Afghanistan

19 January 2005

Postmaster
United States Post Office
Green Street
Fayetteville, NC 28301

cc: John Tiffany, *Attorney*
Tom Bumback/POB 691
Ed Caraballo/POB 22
Viktoria RunningWolf/POB 412

Subject: PO Box Complaint/FOIA/Request for Investigation

Dear Postmaster:

It has come to my attention that private and confidential Attorney/Client Privileged correspondence has been illegally taken from my post office box and not only copied, but placed on the internet. This allegation should be construed as a formal complaint of criminal activity and interception of mail. Furthermore, mail is missing, delayed, and believed to be stolen. Additionally, I am aware of false statements made by people who are defendants in assorted civil court cases in which I am the plaintiff. This letter is a request for the following:

1. **An immediate investigation by the Postal Inspector.** As you know, I made a similar complaint in 1991 and 1992 against Charlene Hambrick and Andrea Graves. The postal inspector failed to investigate or take action. I later obtained a million dollar judgment against Ms. Hambrick in the United States Federal Court. I could have sought damages against your postal employees for their complicity in the crimes of Charlene Hambrick, but I did not. However, this time, if the United States Post Office and Postal Inspector fail to properly investigate the matter and bring charges against the appropriate people, then I guarantee you I will pursue the matter in the form of a Bivens Action in US Federal Court against you and your subordinates.
2. **A Co-Boxholder Request for all documents** for Post Office Boxes 691, 22, and 421.
3. **A FOIA Request for all documents** concerning me, my businesses, and Post office Boxes 22, 421, 691, and 3055 (My PO Box from 1990-1997).
4. **A FOIA Request for all documents, electronic or otherwise,** related to me (J. K. Idema, J. Keith Idema, Jack Idema) and Counterr Group, Special Operations Expo (*aka* Spec Ops Expo), PBN News, and, The Hunt For Bin Laden Group.
5. **The immediate disclosure** of a "mail cover" and a copy of any related court Orders.
6. **All statements made to the Postal Inspector or any postal employee,** by any person regarding me or the above listed PO Boxes; specifically, but not limited to: Chris Thompson, Robin Moore, Edward Artis, William John Hagler, or any other person.

Please provide your response to the Afghanistan address below. Thank you for your cooperation.

J. K. Idema

**Counter-Terrorist Group**
PO Box 691 - Fayetteville, NC 28302-0691 - Ph 910/483-5506  Fax 910/483-5507
www.counterterroristgroup.us   Kabul Headquarters: Ph 011-93-70-054200

Jack Idema, Prisoner of War
c/o Russel Brown, United States Consul
United States Embassy – Afghanistan; 6180 Kabul Place, Dulles, VA 20189-6180

Incoming and Outgoing Mail POSTAGE EXEMPT Under Article 110 of the Geneva Convention of 1949
And Under the Universal Postal Convention of 1947/Universal Postal Union
Mark Mail in Upper Right Corner of Boxes and Envelopes:
Prisoner of War Mail – Postage Free –
Article 110 Geneva Convention of 1949/Universal Postal Convention of 1947

E9-07-1

# EXHIBIT 10

**Plaintiffs' Letter to DOS and FBI
December 21, 2004
Regarding FOIA for Exculpatory Evidence
And Plaintiffs' Personal Documents Seized Illegally**

## -Jack Idema-
FOIA DEMAND/REQUEST

Ambassador Khalidzad                                             21 December 2005
United States State Department
Attn: FOIA Officer
United States Embassy
Great Massoud Road, Kabul, Afghanistan

DOS FOIA Officer
Office of the Legal Advisor
2201 C Street, NW (Room 5519)
Washington, DC 20520-6310

FBI FOIA Officer
J. Edgar Hoover Building
935 Pennsylvania Avenue, NW
Washington, DC 20535-0001

                Subject: **Emergency FOIA Request**
                Reference: **Illegally Seized Evidence**

Dear Ambassador Khalidzad;

Both you and the State Department are clearly violating the law and our rights as US citizens by continuing to assist the FBI in withholding and destroying exculpatory evidence needed in our case. As you know, our property and evidence is desperately needed for our Afghan Appeals Court trial *de novo*. The FBI returned SOME of our evidence during our first trial, but withheld the most important key pieces of evidence that we needed to prove our innocence. Now your agents and the FBI have ILLEGALLY taken it AGAIN!

Four days ago, a group of al-Qaida terrorists attempted to kill us. Our close friends were killed defending us. The US Embassy refused to alert ISAF and US Forces that the prison was under siege. To make matters worse, you personally, and then through your press people, put out a false story that it was an attempted prison break and we were not in danger. That was a bold-faced lie. There was no "prison-break plan," and the terrorists were storming our doors, and you did refuse assistance; relaying through your RSO as bullets were flying through our windows, that it was "a local problem." Are you taking the position that al-Qaida terrorists trying to kill Americans is no longer concern for the US government and now considered a local problem? I cannot believe this is the intention of Congress, the Senate, or our President.

As you are aware, we filed numerous FOIA Requests, including a detailed request on October 31, 2004, requesting various documents. The FOIA request was personally handed to US Consul Russel Brown, with other Embassy personnel present, and was witnessed by at least three Afghan government officials. Prior to this date, we presented Sandra Ingram with numerous handwritten FOIA requests in July and August 2004. We have never received a reply to any request. Therefore, in regards to all previous FOIA requests over the past six months, consider this an appeal.

Our property was seized by FBI on July 5th, 2005, and again on or about July 23, 2004, and again on or about November 27, 2004, and is currently being held by the FBI at the United States Embassy in Kabul. We find it incomprehensible that the State Department and FBI would enter an Afghan Court AGAIN, and remove all of our documents, photos, videotapes, audiotapes, and evidence less than one week before our trial date. Imagine our surprise when we started our trial and found that ALL our evidence was gone again.

1

Now we have been informed that some of the evidence may have been taken back to the United States either to Washington or New York. We can only assume that the evidence is either at the US Embassy, FBI Headquarters in DC, or from what we are told, at the FBI's Office in New York.

**This FOIA request is being filed for that property which was illegally seized.** This seizure was illegal under the US Constitution and violated our rights to be free from illegal search and seizure. Furthermore, this property is rightfully ours. At an absolute minimum, regardless of what ridiculously false reason the State Department or FBI comes up with for these actions, the fact remains that this is a violation of law. Additionally, even if the DOS and FBI can come up with a reason, we still have a right to this evidence and right to it under the FOIA laws. Even if you refuse to return the evidence, under this request **YOU MUST PROVIDE COPIES** of the evidence. This includes, documents, photos, videotapes, audiotapes, and **ALSO** includes a copy of the electronic files from our computers. You may provide these files digitally on CD. As for the photos, videos, and audiotapes, your inability to copy them is **NOT** an excuse to ignore this **FOIA REQUEST**. We can and will make arrangements to have them copied if you do not have the resources.

For the purposes of this FOIA Request, a lack of response, and/or a refusal to provide a letter denying the FOIA request, is in itself, a denial of the FOIA Request. Therefore, this letter is also an **APPEAL OF YOUR DENIAL OF OUR PREVIOUS FOIA REQUESTS.** As you are also aware, we are requesting all documents involving our case, complete copies of each of our files, and a variety of other information, all listed on the Oct. 31, 2004 REQUEST specified as FOIA Request #10-31-04 Kabul.

Therefore, to make this abundantly clear, we are not only requesting copies of our evidence which is in the possession of the DOS and FBI, but we are also requesting all records related to us from all Department of State offices, including your Washington, DC Headquarters. It is our further belief that the documents we are requesting were generated in 2004 and 2005; however, we are requesting a thorough search of all records. This should also be considered an ongoing request for documents newly generated up until the time this request is fully complied with.

As per the requirement of a "willingness to pay" statement, please accept this letter request as a confirmation that we are willing to pay any additional fees that may be incurred in the preparation and copying of our FOIA request to your agency. However, we believe we are exempt from fees under the law and therefore request an exemption determination as soon as possible. We also feel it is illegal and inappropriate for either the State Department or FBI to charge us to copy OUR OWN DOCUMENTS, photos, videos, and other physical evidence (emails, etc). Please notify us in writing if the amount is expected to exceed $250. Because we are four separate requesters, we are requesting a minimum of two copies of the requested documents.

Further, because we now have reliable information that YOU PERSONALLY ordered State Department officials to ignore our request, and take other adverse action against us, this letter is notification that we will seek redress in federal court against you personally for obstruction of justice, and other crimes, and will file a separate FOIA lawsuit if we do not receive immediate notification that the State Department and FBI (or DOJ) will comply with our FOIA requests. **Please return the information to Jack Idema, c/o US Consular Office, US Embassy Afghanistan, 6180 Kabul Place, Dulles, VA 20189-6180.** We cannot possibly defend ourselves under these circumstances, and can hold you personally liable under cases such as *Bivens v. Six Unknown Agents of the BATF* (I am sure your lawyers can find the cite).

Thank you for your assistance and prompt reply,

| /s | /s | /s | /s |
|---|---|---|---|
| J. K. Idema | Brent Bennett | Ed Caraballo | Wahid Rasuli Bandaras |

2