```
                     UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF COLUMBIA
```

| | |
|---|---|
| IDEMA et al., : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | CIVIL CASE NO. 05-1334 (EGS) |
| : | |
| UNITED STATES DEPARTMENT OF : | |
|     STATE et al., : | |
| : | |
| Defendants. : | |
| : | |
| IDEMA et al., : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | CIVIL CASE NO. 05-2064 (EGS) |
| : | |
| RICE et al., : | |
| : | |
| Defendants. : | |
| : | |

**ORDER**

A status conference was held in the above captioned matters on January 19, 2006.  John Tiffany, Esq., made representations to the Court that he only represents plaintiff J.K. Idema in the above captioned matters. The other two  plaintiffs, Edward Caraballo and Brent Bennett, currently are not represented by any counsel and may be proceeding *pro* se in these matters.

At the start of the hearing, Mr. Bennett and Mr. Idema called the Court from Afghanistan.  The Court attempted to speak with them on the record but, due to technical difficulties, the Court was not able to communicate with them. However, Messrs.

Bennett and Idema were able to speak with Mr. Tiffany off the record.  Mr. Bennett through Mr. Tiffany requested that the Court appoint an attorney to represent him in the above captioned cases.

Mr. Caraballo did not call in with Messrs. Bennett and Idema. However, his brother Richard Caraballo was present in the courtroom and he represented to the Court that his brother Edward Caraballo would like the Court to appoint an attorney to represent him.

Finally, Mr. Tiffany on behalf of Mr. Idema only and the defendants jointly requested for additional time to try to settle some, if not all, of the FOIA claims in Case 05-1334. Accordingly, it is hereby

**ORDERED** that Mr. Bennett and Mr. Caraballo are to submit in writing to the Court by no later than **March 1, 2006,** that it is their intent to proceed *pro se* in these cases and that they request the Court to appoint attorneys to represent them.  If Mr. Bennett and Mr. Caraballo fail to state their intent to proceed *pro se* in writing, the Court will dismiss the above captioned matters with prejudice; and it is

**FURTHER ORDERED** that a status hearing in these matters will be held on **March 24, 2006,** at **11:00 AM** in **Courtroom 24A**, at which time Mr. Idema through Mr. Tiffany and the defendants are to inform the Court as to the status of Case 05-1334; and it is

**FURTHER ORDERED** that Mr. Tiffany on behalf of Mr. Idema only is to file an Amended Habeas Petition in Case 05-2064 by no later than **February 9, 2006;** and it is

**FURTHER ORDERED** that the filing of defendants' response to the Amended Habeas Petition in Case 05-2064 is stayed until the next scheduled status hearing.

**IT IS SO ORDERED.**

**Signed:**

**Emmet G. Sullivan**
**United States District Judge**
**January 19, 2006**

cc:

John Edwards Tiffany, Esq.
P.O. Box 190
55 Washington Street
Bloomfield, NJ 01003

Edward Caraballo
Consular Section
Adrienne Harchik, Consul
American Embassy
Great Massoud Road
Kabul, Afghanistan

Brent Bennet
Consular Section
Adrienne Harchik, Consul
American Embassy
Great Massoud Road
Kabul, Afghanistan

```
Ori Lev
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P. O. Box 883
Washington, D.C. 20044
```