UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| J.K. IDEMA, EDWARD CARABALLO, and BRENT BENNETT, | ) ) ) | |
| Plaintiffs, | ) ) | No. 05 CV 01334 (EGS) |
| v. | ) ) ) | |
| UNITED STATES DEPARTMENT OF STATE, UNITED STATES DEPARTMENT OF JUSTICE, FEDERAL BUREAU OF INVESTIGATION, UNITED STATES MARSHALS SERVICE, DEPARTMENT OF DEFENSE, and DEFENSE INTELLIGENCE AGENCY, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**NOTICE REGARDING MAIL SERVICE TO PLAINTIFFS**

Pursuant to the Court's request at the January 19, 2006 status conference, Defendants hereby provide the following information with respect to the delivery of mail to the plaintiffs in this action. As the Court is aware, plaintiffs are currently incarcerated in Pul-e-Charkhi prison in Afghanistan. As an accommodation to plaintiffs, and in accordance with the Department of State's Foreign Affairs Manual ("FAM"), the United States Embassy in Afghanistan has agreed to deliver to the plaintiffs mail sent to them that is addressed to the Embassy and sent to the Embassy via regular international mail, FedEx or DHL. See Exh. A (excerpts from the FAM). Any such mail should be addressed as follows:

>  Consular Section
>  United States Embassy
>  Great Massoud Road
>  Kabul
>  Afghanistan

In conformity with the FAM, the mail should be placed in two envelopes – the outside envelope should contain the above address <u>without the prisoner's name</u>, and the inside envelope should contain the prisoner's name.  <u>Id.</u>  Pursuant to the FAM, any mail sent to the Embassy will be opened and examined by Embassy personnel, and may also be examined by the prison authorities.  <u>Id.</u>  Mail addressed in this way is currently delivered to plaintiffs when Embassy personnel make visits to the prison on a regular basis.[1]

The address listed for plaintiffs Brent Bennett and Edward Caraballo on the signature block of the Complaint in this action is the address for mail to be delivered to the United States Embassy in Afghanistan via the diplomatic pouch.  As plaintiffs have been informed, "[a]s non-US Government personnel are not to use the diplomatic pouch . . . [the Embassy] will not accept packages or letters that arrive through the diplomatic pouch."  Exhibit B.  It is the undersigned's understanding that mail addressed to plaintiffs at this address is returned to sender.

Dated: January 20, 2006.   Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

ELIZABETH J. SHAPIRO
Assistant Branch Director


 /s/
ORI LEV, DC # 452565
Senior Trial Counsel

---

[1] The plaintiffs were informed of the Embassy's willingness to provide this accommodation with respect to mail service in a letter to them dated February 22, 2005.  <u>See</u> Exhibit B (February 22, 2005 Letter from then-Consul Russel J. Brown to plaintiffs).

2

United States Department of Justice
Civil Division, Federal Programs Branch
Mail:         P.O. Box 883, Washington, DC  20044
Delivery:   20 Massachusetts Ave., NW, Rm 7330
                Washington, DC 20001
Tel: (202) 514-2395
Fax: (202) 318-7589

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that he has, this 20th day of January 2006, caused a copy of the foregoing **NOTICE REGARDING MAIL SERVICE TO PLAINTIFFS** to be served, via U.S. mail, postage prepaid, upon the following persons at the following addresses:

John Edwards Tiffany, counsel for plaintiff Idema:

    John Edwards Tiffany
    PO Box 190
    55 Washington Street
    Bloomfield, NJ  07003

Edward Caraballo, plaintiff pro se:

    Consular Section
    Adrienne Harchik, Consul
    United States Embassy
    Great Massoud Road
    Kabul
    Afghanistan

Brent Bennett, plaintiff pro se:

    Consular Section
    Adrienne Harchik, Consul
    United States Embassy
    Great Massoud Road
    Kabul
    Afghanistan

                                                      _____/s/_____
                                                      Ori Lev