

# A

or have been rifled or confiscated by local authorities.

## 7 FAM 465.6-1  Receiving Prisoner Mail At Post

(CT:CON-093;  10-29-2004)

a. There are instances when prisons do not offer mail service, or are delaying or improperly confiscating mail to the point where the family simply cannot rely on direct mail to the prison.

b. In such limited cases, and assuming there is no other workable alternative, such as sending mail to the prisoner's attorney, you may make arrangements with family members to send mail for the U.S. citizen or national prisoner through you under the following conditions and restrictions:

(1)     The mail is to be addressed specifically to you, or another designated consular officer (ACS chief, ARRESTS officer, etc.) and **the prisoner's name should not appear on the outside of the envelope or package**;

(2)     **The prisoner and family understand that you cannot accept and deliver any sealed mail.  You must examine all letters and parcels upon receipt;**

(3)     You may limit the frequency of letters, and/or the size and number of packages, depending upon post resources;

(4)     You will neither deliver nor return mail that contains contraband, items prohibited by prison authorities, or mail that encourages or outlines any extra-legal activity, such as escape plans;

(5)     Funds must be transmitted through the OCS TRUST procedure.  You cannot accept cash by mail in these circumstances;

(6)     You can deliver mail directly to the prisoner only if allowed to do so by prison authorities.  Mail may have to go through the

same screening and censoring procedures as if sent directly to the prison; and

(7) Depending upon the distance to the prison, you may not be able to arrange special trips just to deliver mail. **Mail received from family members may not be delivered until the next scheduled consular visit, and outgoing mail collected from the prisoner at the same time.**