**B**



Embassy of the United States of America

Kabul, Afghanistan
February 22, 2005

Mr. Jonathan Idema
Mr. Eduardo Caraballo
Mr. Brent Bennett
Pul-e-Charkhi Prison
Kabul, Afghanistan

Dear Mr. Idema, Mr. Caraballo, and Mr. Bennett:

I would like to inform you in writing of the procedure by which this office will henceforth deliver mail, both package and letter, to you in the prison, as well as send mail, both package and letter, from you in the prison to your relatives and associates.

Based on the citation from the State Department's Foreign Affairs Manual (FAM) regulating prisoner mail (which I have included with this letter), this office will deliver mail to you that arrives at the Embassy via regular international mail or by FedEx or DHL. The boxes must be addressed in the following manner:

Consular Section
Russel Brown, Consul or Dawn Schrepel, Vice Consul
American Embassy
Great Massoud Road
Kabul, Afghanistan

As non-US Government personnel are not to use the diplomatic pouch (nor the APO) we will not accept packages or letters that arrive through the diplomatic pouch and we will not send items back through the diplomatic pouch or APO. This was a system set up by my predecessor, Sandra Ingram, and continued by me until it was brought to my attention that this is not consistent with the FAM.

We will send out your mail via international mail or via FedEx or DHL. This is your choice, but costs associated with sending this mail must be furnished by you through your OCS Trust funds or by your giving an amount which will cover the cost of shipping to Bashir Mamnoon or Waheed Yaqubi. They will then furnish you a receipt and any change on the next prison visit. Your return address on any correspondence will be the Embassy street address as stated above.

−2−                                                                                February 22, 2005

    Consistent with the FAM, we will also open and examine all incoming and outgoing mail. Your family members and Mr. Tiffany have been apprised of this new mail regimen and have agreed to this procedure. Mr. Tiffany is in negotiation with our legal office about what constitutes attorney-client privileged mail, so until we receive a definitive answer about this, please understand and expect that ALL mail, including that which you consider to be attorney-client privilege, will be opened and examined BY CONSULAR PERSONNEL ONLY. No other entity within or without the Embassy will have or ever has had access to your mail. This examination also includes CD-ROMs, so please understand that anything which is encrypted will be returned to you.

    Please understand that my office is obligated by law to comply with the regulations set forth in the Foreign Affairs Manual.


Sincerely and with best wishes,

Russel J. Brown
Consul


Enc.