UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J.K. IDEMA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE, et al., <br><br> Defendants. | No. 05 CV 01334 (EGS) |
| J.K. IDEMA, et al., <br><br> Petitioners, <br><br> v. <br><br> CONDOLEEZA RICE, et al., <br><br> Respondents. | No. 05 CV 2064 (EGS) |

**GOVERNMENT'S RESPONSE TO FEBRUARY 9 LETTER TO COURT**

Defendants/respondents (the "Government") in the above-referenced cases hereby respond to Mr. Tiffany's letter to the Court dated February 9, 2006 (the "Letter"). The Letter demonstrates once again the confusion surrounding the representation of plaintiffs/petitioners in these cases. Accordingly, the Government requests clarification as to whether or not Mr. Tiffany continues to represent Mr. Idema in these actions. If he does not, we ask that Mr. Tiffany be directed to file something with the Court to that effect. If he does, we ask that the Court direct Mr. Tiffany to comply with the Federal Rules of Civil Procedure, and not merely submit his client's irrelevant and rambling statements to the Court.[1]

---

[1] Indeed, at the January 19 status conference in these cases, when Mr. Tiffany indicated that he intended to file an amended petition for habeas corpus on behalf of Mr. Idema, the Court

Furthermore, the Government requests that plaintiffs/petitioners not be permitted to file any motions for preliminary injunctive relief. See Letter at 7. To the extent that Mr. Idema is still represented by Mr. Tiffany, it would be wholly inappropriate for him to file any motion *pro se*, as suggested by the Letter. Moreover, plaintiffs/petitioners should not be permitted to abuse the Court's process in the manner suggested. Two status conferences have been held in the FOIA case, and one in the habeas case. At each juncture the Government was prepared to discuss a scheduling order providing for the orderly disposition of the cases, and did not seek an adjournment. It was Mr. Tiffany who indicated that he intended to file an amended petition in the habeas case and sought a continuation of the FOIA case. In light of this history, the Government should not now be forced to respond to *pro se* motions for preliminary relief on an expedited basis. The Government will be prepared to discuss a scheduling order at the March 24, 2006 status conference, or at an earlier conference should the Court deem one necessary.

The Government does not believe that the rest of the Letter warrants a response, but will of course provide one in the event that the Court deems one necessary.

Dated: February 15, 2006.        Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

VINCENT M. GARVEY
Deputy Branch Director

---

made clear that any such filing must conform to this Court's rules. See Tr. at 27 (attached hereto as Exh. 1).

ELIZABETH J. SHAPIRO
Assistant Branch Director


 /s/ Ori Lev
ORI LEV, DC # 452565
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
Mail:  P.O. Box 883, Washington, DC  20044
Delivery:  20 Massachusetts Ave., NW, Rm 7330
              Washington, DC 20001
Tel:  (202) 514-2395
Fax:  (202) 318-7589
Email:  ori.lev@usdoj.gov

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that he has, this 15th day of February 2006, caused a copy of the foregoing **GOVERNMENT'S RESPONSE TO FEBRUARY 9 LETTER TO COURT** to be served, via U.S. mail, postage prepaid, upon the following persons at the following addresses:

John Edwards Tiffany, counsel for Idema:

    John Edwards Tiffany
    PO Box 190
    55 Washington Street
    Bloomfield, NJ  07003

Edward Caraballo, plaintiff/petitioner pro se:

    Consular Section
    Adrienne Harchik, Consul
    United States Embassy
    Great Massoud Road
    Kabul
    Afghanistan

Brent Bennett, plaintiff/petitioner pro se:

    Consular Section
    Adrienne Harchik, Consul
    United States Embassy
    Great Massoud Road
    Kabul
    Afghanistan

                                                  \_\_\_\_\_/s/_____
                                                  Ori Lev