1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

J.K. IDEMA, et al.,                 .
                                    .
          Plaintiffs,               .  Docket No. CA-05-1334
                                    .
          vs.                       .
                                    .
UNITED STATES DEPARTMENT OF         .
STATE, et al.,                      .
                                    .  Washington, D.C.
          Defendants.               .  Thursday, January 19, 2006
                                    .  11:30 a.m.

. . . . . . . . . . . . . . .

TRANSCRIPT OF A HEARING
BEFORE THE HONORABLE EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiffs:        JOHN EDWARDS TIFFANY, Esquire
                           55 Washington Street
                           Bloomfield, NJ 07003

For the Defendants:        ORI LEV, Esquire
                           UNITED STATES DEPARTMENT OF JUSTICE
                           20 Massachusetts Avenue, No. 883
                           Washington, DC 20044

Court Reporter:            Elaine A. Merchant, RPR, CRR
                           Official Court Reporter
                           333 Constitution Avenue, NW
                           Room 6822
                           Washington, DC 20001
                           (202)289-1571

Proceedings recorded by machine shorthand, transcript produced
by computer-aided transcription.

1    with respect to the habeas, I have no problem with

2    Mr. Tiffany amending his petition.  So Your Honor is aware,

3    this is the original petition.  It is 70 pages.  It contains

4    legal arguments.

5    THE COURT:  Look, I'm going to tell counsel now if it

6    doesn't conform to our rules, I'm going to strike it without

7    waiting for a response from the government.  I'm just going to

8    do it.  And the case law is clear as to what a complaint should

9    contain and what it shouldn't contain.

10    MR. LEV:  I appreciate that.  And I would ask that

11    once we get an amended petition filed that we have 60 days to

12    respond to it.

13    THE COURT:  Absolutely.

14    MR. LEV:  I would point out to Your Honor, this is

15    not a typical habeas case in which the United States has an

16    individual in its custody.

17    THE COURT:  And I think everyone agrees, he's not in

18    the custody of the United States.  Although it sounds like the

19    plaintiffs are making an argument that he's in the custody of

20    agents of the United States.

21    Isn't that one of your arguments?

22    MR. TIFFANY:  Yes, Judge.

23    MR. LEV:  They're essentially asking Your Honor to

24    overturn two Afghani courts.

25    I'll get into that in the papers.  If we have 60 days