UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IDEMA et al., | : |
| Petitioners, | : |
| v. | : CIVIL CASE NO. 05-1334 (EGS) |
| RICE, et al., | : |
| Respondents | : CIVIL CASE NO. 05-2064 (EGS) |

## NOTICE OF ELECTRONIC FILING

Please take notice that attached herewith is (1) a copy of a letter from plaintiff Ed Caraballo and (2) a cover letter, transmitted on his behalf by his brother Richard Caraballo to Judge Emmet Sullivan on March 1, 2006.

Dated March 1, 2006                                Respectfully submitted,

                                                                  /s/
                                                   Richard Caraballo
                                                   60 Erie Street
                                                   Apt. 103
                                                   Jersey City NJ 07302
                                                   201-420-0055
                                                   newsmedia@salespresence.net