January 23, 2006

Edward Caraballo
Detainee, Pul-e Charkhi Prison, Afghanistan

To : District Court of the District Of Columbia
Honerable Judge Emmet Sullivan
Case number 05cv01334egs

Dear Judge Sullivan:

I understand that there issues in this case regarding my representation. I am incarcerated in Afghanistan and cannot afford an attorney…My family of modest means spent their life savings to retain representation for me for the first trial here in Kabul. At that trial the US State Department did everything they could to have me unfairly convicted, including bribing the chief judge with what every Afghan wants more then anything, a free trip to America. No witnesses were allowed to be called, and the FBI seized all the evidence right before the trial. In my appeal trial, the State Department again sent the chief judge to America, right in the middle of my trial.

I hope that I still live in a country that follows the law. **I ask your permission to continue in this case** *pro se*. I have a means to send and receive correspondence weekly, and can be reached on my mobile. The number from the US is 011-9370-073-198.

Sincerely,

Edward Caraballo