**Office of International Visitors  Bureau of Educational and Cultural Affairs   U.S. Department of State**

# INTERNATIONAL VISITOR PROGRAM
## BIOGRAPHIC INFORMATION

**JUDICIAL REFORM AND RULE OF LAW**

An International Visitor Project for Afghanistan

> EXHIBIT 2
>
> Ed Caraballo Request for *pro se* status in Civil Case Number 05-1334 (EGS) and Civil Case Number 05-2064 (EGS)

**AFGHANISTAN**          Mr. Abdul Basit BAKHTIARI
                         Director
                         Primary Court for Foreign and Domestic Security, Supreme Court,
                         Kabul, Afghanistan

**Previous Positions:**   Refugee in Malaysia, Indonesia and Australia, 1996-2002
                         Judge, Department of Judicial Inspection, Supreme Court, Kabul,
                             Afghanistan, 1993-96
                         Judge, First District Court, Kabul, Afghanistan, 1992-93
                         Judge, Public Order Court, Kabul, 1990-91
                         Judicial Training, Supreme Court, Kabul, 1988-89
                         Military Service, Kabul Airport, 1986-88
                         Staff Member, Directorate of Secretariat, Supreme Court, Kabul, 1985-86

**Academic Training:**    B.A., Law, Kabul University, 1985
                         Habibia High school, 1981

**Publications:**         Several articles on legal and historical issues, including women's rights

**Personal Data**
  Born:                  January 01, 1964; Ghazni, Afghanistan
  Languages:             Dari, English, Indonesian, Pashtu
  Travel:                Australia, Indonesia, Malaysia

  Mailing Address:       Prime Ministry
                         Kabul
                         Afghanistan
                         Telephone:        0093-79-32-4832
                         E-mail:           {     @        }

Mr. Bakhtiari has recently earned a reputation for passing a judgment in the case of three Americans who faced charges of running their private prison in Kabul to try Taliban and Al-Qaida suspects. Despite opposition from certain religious circles, he was able to pass a favorable judgment in the case of the three Americans. He is one of the three judges recommended by the Afghan chief Justice for the program.

Office of International Visitors  Bureau of Educational and Cultural Affairs   U.S. Department of State

# INTERNATIONAL VISITOR PROGRAM
## BIOGRAPHIC INFORMATION

**JUDICIAL REFORM AND RULE OF LAW**

An International Visitor Project for Afghanistan
Monday, February 21 - Friday, March 11, 2005


**AFGHANISTAN**             **Mr. Sediqullah HAQIQ**
                            Director
                            High Court, Nangarhar, Afghanistan


**Previous Positions:**     Member, Criminal Court, High Court, Nangarhar, Afghanistan, 2000-2002
                            Teacher of Hadith, Teacher Training Institute/ Director of Social Program,
                                International Islamic Relief Organization (IIRO), Nangarhar,
                                Afghanistan, 1991-2000

**Academic Training:**      M.A. (Sharia), University of Dawa and Jihad, Peshawar, Pakistan, 1991
                            B.A. (Sharia), University of Dawa and Jihad, Peshawar, Pakistan, 1988

**Publications:**           An Arabic language book

**Personal Data**
    Born:                   1965; Nangarhar, Afghanistan
    Languages:              Pashtu, English, Arabic, Dari
    Travel:                 Iran, Pakistan, Saudi Arabia

    Mailing Address:        Nangarhar Courts
                            Jalalabad, Nangarhar
                            Afghanistan
                            Telephone:     0093-79-32-4832, 0093-70-60-6790
                            E-mail:        {      @       }


Mr. Haqiq is regarded as one of the outstanding judges in the eastern Afghan province of Nangarhar. Management Systems International (MSI), a prime contractor of USAID that provides technical assistance for Justice Sector Reform, has recommended this young judge for participation in the program.

**Office of International Visitors  Bureau of Educational and Cultural Affairs   U.S. Department of State**

# INTERNATIONAL VISITOR PROGRAM
## BIOGRAPHIC INFORMATION

**JUDICIAL REFORM AND RULE OF LAW**

An International Visitor Project for Afghanistan
Monday, February 21 - Friday, March 11, 2005

| | |
|---|---|
| **AFGHANSITAN** | **Ms. HUMA**<br>Director<br>Special Family Court, Supreme Court, Kabul, Afghanistan |
| **Previous Positions:** | Judge, Criminal Court and Public Order, High Court, Kabul, Afghanistan, 2001-04<br>Unemployed, Kabul, Afghanistan, 1996-2001<br>Judge, Criminal Court and Public Order, High Court, Kabul, Afghanistan, 1990-96<br>Director of Research, Department of Examination and Studies, Supreme Court, Kabul, Afghanistan, 1987-90<br>Reporting Judge, Commercial Court/ Civil Court, Supreme Court, Kabul, Afghanistan, 1986-87<br>Judicial Training, Kabul, Afghanistan, 1985-86 |
| **Academic Training:** | B.A., Law, Kabul University, Kabul, Afghanistan, 1985<br>Rabia Balkhi High School, Kabul, Afghanistan, 1981 |
| **Publications:** | A few articles on legal issues, including women's rights |

**Personal Data**
  Born:        1971; Kabul, Afghanistan
  Languages:   Dari, English, Pashtu, Urdu
  Travel:      Egypt, Iran, Italy, Pakistan, Turkey, United Arab Emirates

  Mailing Address:   Supreme Court
                     Kabul
                     Afghanistan
                     Telephone:     0093-70-29-4955
                     E-mail:        {     @        }

Ms. Huma, a female judge of the Kabul High Court, is a well-known figure in the judicial circles of Kabul.  She was recommended by key contacts to participate in the program.

**Office of International Visitors  Bureau of Educational and Cultural Affairs   U.S. Department of State**

# INTERNATIONAL VISITOR PROGRAM
## BIOGRAPHIC INFORMATION

**JUDICIAL REFORM AND RULE OF LAW**

An International Visitor Project for Afghanistan
Monday, February 21 - Friday, March 11, 2005

**AFGHANISTAN**          **Mr. Mohammad Zaman SANGARI**
Vice President/ Director
Criminal Court, High Court, Kabul, Afghanistan

**Previous Positions:**      Director of Ninth District Court, Kabul, Afghanistan, 2003-04
Director of First District Court, Kabul, Afghanistan, 2001-03
Defense Attorney, Asadabad Legal Services, Kabul, Afghanistan, 1996-2001
Director of Tenth District Court, Kabul Afghanistan, 1992-96
Refugee, Peshawar, Pakistan, 1989-92
Director of First District Court, Kabul, Afghanistan, 1987-89
Member, Commercial Court, High Court, Kabul, Afghanistan, 1985-87
Member, Civil Court, City Court, High Court, Kabul, Afghanistan, 1979-85

**Academic Training:**      B.A. (Sharia), Kabul University, Kabul, Afghanistan, 1979
Graduated from Najmul Madaris, Nangarhar, Afghanistan, 1975

**Personal Data**
   Born:                  1954; Kunar, Afghanistan
   Languages:             Pashtu, English, Arabic, Dari
   Travel:                Pakistan, Uzbekistan

   Mailing Address:       High Court
                          Kabul
                          Afghanistan
                          Telephone:       0093-79-32-4832
                          E-mail:          {     @     }

Mr. Sangari, who originally comes from the eastern province of Kunar, has been associated with the Afghan judiciary for the past 25 years. He has the recommendation of the Chief Justice and Management Systems International (MSI) for participation in the program.

**Office of International Visitors  Bureau of Educational and Cultural Affairs   U.S. Department of State**

# INTERNATIONAL VISITOR PROGRAM
## BIOGRAPHIC INFORMATION

**JUDICIAL REFORM AND RULE OF LAW**

An International Visitor Project for Afghanistan
Monday, February 21 - Friday, March 11, 2005

**AFGHANISTAN**          Mr. Mohammad Aziz SARWARI
                         Judge
                         Commercial Court, High Court, Herat, Afghanistan

**Previous Positions:**  Judge, Ingil District Court, Herat, Afghanistan, 1998-2001
                         Judge, Commercial Court, High Court, Herat, Afghanistan, 1997-98
                         Judge, Commercial Court, High Court, Herat, Afghanistan, 1993-96
                         Acting Director, Commercial Court, High Court, Kabul, Afghanistan, 1992-93
                         Judge, Commercial Court, High Court, Kabul, Afghanistan, 1986-92
                         Judge, Special Juvenile Court, Herat, Afghanistan, 1985-86
                         Judge, Court of Appeals, Traffic Department, Kabul, Afghanistan, 1981-85
                         Judge, Commercial Court, High Court, Kabul, Afghanistan, 1979-81
                         Judge, Commercial Court, Court of Appeals, Kabul, Afghanistan, 1977-79
                         Judge, Commercial Judge, High Court, Faryab, Afghanistan, 1976-77
                         Commercial Judge, High Court, Balkh, Afghanistan, 1974-76
                         Judge, Special Commercial Court, Herat, Afghanistan, 1971-74
                         Military and Judicial Training, 1970-71

**Academic Training:**   B.A., Law, Kabul University, Kabul, Afghanistan, 1968
                         Sultan High School, Herat, 1964

**Personal Data**
  Born:                  1945; Herat, Afghanistan
  Languages:             Dari, English, Pashtu
  Travel:                Uzbekistan

  Mailing Address:       High Court
                         Herat
                         Afghanistan
                         Telephone:        0093-79-18-5322, 0093-40-22-2412, 0093-40-22-5155
                         E-mail:           {      @      }

Mr. Sarwari comes from the southwestern province of Herat where he has gained a reputation for fairness in the judicial circles of the city.  He is also associated with the judiciary power of the country.

**Office of International Visitors  Bureau of Educational and Cultural Affairs   U.S. Department of State**

# INTERNATIONAL VISITOR PROGRAM
## BIOGRAPHIC INFORMATION

**JUDICIAL REFORM AND RULE OF LAW**

An International Visitor Project for Afghanistan
Monday, February 21 - Friday, March 11, 2005

| | |
|---|---|
| **AFGHANISTAN** | Mr. Muzaffaruddin TAJALI<br>Member<br>Public Order Court, Supreme Court, Kabul, Afghanistan |
| **Previous Positions:** | Refugee, Peshawar, Pakistan, 1996-2002<br>Member, Public Order and Director of Examination and Studies, Supreme Court, Kabul, Afghanistan, 1991-96<br>Vice President, High Court, Kabul, Afghanistan, 1986-88<br>Director, Criminal Court, High Court, Kabul, Afghanistan, 1983-86<br>Attorney, Pul-i-Alam, Logar, Afghanistan, 1974-83 |
| **Academic Training:** | B.A., Law, Kabul University, Kabul, Afghanistan, 1974<br>Sher Khan High School, Kunduz, Afghanistan |

**Personal Data**
   Born:                1951; Baghlan, Afghanistan
   Languages:     Dari, English, Pashtu
   Travel:              India, Pakistan, Sri Lanka, Thailand

   Mailing Address:  Supreme Court
                         Kabul
                         Afghanistan
                         Telephone:       0093-70-33-5783, 0093-20-240-1348
                         E-mail:             {     @     }

Tajali has served in various judicial capacities during the past thirty years.  He also currently provides judicial training to young graduates.

**Office of International Visitors  Bureau of Educational and Cultural Affairs   U.S. Department of State**

# INTERNATIONAL VISITOR PROGRAM
## BIOGRAPHIC INFORMATION

**JUDICIAL REFORM AND RULE OF LAW**

An International Visitor Project for Afghanistan
Monday, February 21 - Friday, March 11, 2005

**AFGHANISTAN**               **Ms. HAMIDA**
                              Judge
                              Criminal Court, Supreme Court, Kabul, Afghanistan

**Previous Positions:**       Director, Family Court, High Court, Kabul, Afghanistan, 2003-04
                              Judge, Public Order Court, High Court, Kabul, Afghanistan, 2001-03
                              Unemployed, Kabul, Afghanistan, 1996-2001
                              Judge, Traffic Court, High Court, Kabul, Afghanistan, 1994-96
                              Judge, Criminal Court, High Court, Kabul, Afghanistan, 1989-92
                              Judge, Traffic Court, High Court, Kabul, Afghanistan, 1986-89
                              Judge, Traffic Court, City Court, Kabul, Afghanistan, 1984-86
                              Judge, Civil Court, City Court, Kabul, Afghanistan, 1982-84

**Academic Training:**        Judicial training, 1980-82
                              B.A. (Sharia), Kabul University, Kabul, Afghanistan, 1980
                              Zarghuna High School, Kabul, Afghanistan, 1976

**Publications:**             "The Historical Evolutionary Course of Women's Rights in Religions", a
                                  book in Dari

**Personal Data**
   Born:                      January 01, 1956; Kabul, Afghanistan
   Languages:                 Dari, English, Pashtu
   Travel:                    Iran, United States

   Mailing Address:           Supreme Court
                              Kabul
                              Afghanistan
                              Telephone:        0093-70-23-8753
                              E-mail:           {      @        }

Ms. Hamida is regarded as an honest person in the judicial circles of Kabul.

**Office of International Visitors  Bureau of Educational and Cultural Affairs   U.S. Department of State**

# INTERNATIONAL VISITOR PROGRAM
## BIOGRAPHIC INFORMATION

**JUDICIAL REFORM AND RULE OF LAW**

An International Visitor Project for Afghanistan
Monday, February 21 - Friday, March 11, 2005

**AFGHANISTAN**  **Mr. Abdul Wadood JAWHARI**
Judge
Civil and Public Rights Court

**Concurrent Position:** Member
Supreme Court, Kabul, Afghanistan

**Previous Positions:** Judge, Criminal Court, Supreme Court, Kabul, Afghanistan, 1983-84
Director of Control, Supreme Court, Kabul, Afghanistan, 1981-84
Director of Inspection, Supreme Court, Kabul, Afghanistan, 1978-81
Director of Applications, Department of Secretariat, Kabul, Afghanistan, 1974-78
Military Service, Kabul, Afghanistan, 1973-74
Director, Trial of Judges, Supreme Court, Kabul, Afghanistan, 1970-73
Judge, Court of Affairs, High Court, Kabul, Afghanistan, 1969-70
Secretary, Academic Assembly, Ministry of Justice, Kabul, Afghanistan, 1968-69
Member, Office of Prosecutor, Kabul, Afghanistan, 1965-67

**Academic Training:** Darul Uloom-i-Arabi, Kabul, Afghanistan, 1966

**Publications:** Several articles on legal issues

**Personal Data**
  Born: 1950; Parwan, Afghanistan
  Languages: Dari, English, Arabic, Pashtu
  Travel: Pakistan, Saudi Arabia

  Mailing Address: Supreme Court
Kabul
Afghanistan
Telephone: 0093-70-26-3211, 0093-20-23-01142
E-mail: {     @     }

Mr. Jawhari has been associated with the judiciary for roughly four decades.

Office of International Visitors  Bureau of Educational and Cultural Affairs   U.S. Department of State

# INTERNATIONAL VISITOR PROGRAM
## BIOGRAPHIC INFORMATION

**JUDICIAL REFORM AND RULE OF LAW**

An International Visitor Project for Afghanistan
Monday, February 21 - Friday, March 11, 2005

**AFGHANISTAN**          Mr. Mohammad Ismail ABID
                         Director
                         Court of Appeals for Crimes against Domestic and Foreign Security

**Previous Positions:**  Director, Civil Rights Court, High Court, Kabul, Afghanistan, 2003-04
                         Director, Public Law, Central Court of Appeals, Kabul, Afghanistan, 2002-03
                         Director, Civil Court and Public Rights, High Court, Kabul, Afghanistan, 2001-02
                         Director, Criminal Court, High Court, Kabul, Afghanistan, 2000-01
                         Director, Criminal Court, High Court, Wardak, Afghanistan, 1999-2000
                         Director, Civil and Public Rights Court, High Court, Nangarhar, Afghanistan, 1994-99
                         Judge, City Court, Jalalabad, Afghanistan, 1993-94
                         Teacher, Religious Studies at Hijrat-wal-Jihad Madrassa run by Hezb-i-Islami (Khalis), Ghazi, Turbela Dam, N.W.F.P., Pakistan, 1980-93

**Academic Training:**   Najmul Madaris, Nangarhar, Afghanistan, 1980

**Publications:**        A pamphlet on Islamic issues in Pashtu

**Personal Data**
  Born:                  1961; Nangarhar, Afghanistan
  Languages:             Pashtu, Arabic, Dari
  Travel:                Saudi Arabia

  Mailing Address:       Prime Ministry
                         Kabul
                         Afghanistan
                         Telephone:      0093-79-30-8616
                         E-mail:         {       @        }

Mr. Abid comes from the Pashtun-dominated Nangarhar province, a key area in need of judicial reform. He has appeared on the Afghan national television discussing how to reconcile civil law with Islamic teachings.

**Office of International Visitors  Bureau of Educational and Cultural Affairs   U.S. Department of State**

# INTERNATIONAL VISITOR PROGRAM
## BIOGRAPHIC INFORMATION

**JUDICIAL REFORM AND RULE OF LAW**

An International Visitor Project for Afghanistan
Monday, February 21 - Friday, March 11, 2005

**AFGHANISTAN**    **Mr. Abdul RAHMAN**
Member
Public Order Court, Supreme Court, Kabul, Afghanistan

**Previous Positions:**    Judge, Twelfth District Court, Kabul, Afghanistan, 2001-03
Vice President, High Court, Balkh, Afghanistan, 1998-2001
Judge, Eleventh District Court, Kabul, Afghanistan, 1987-92
Director, Criminal Court, High Court, Kabul, Afghanistan, 1985-87
Judge, Shortepa/ Bagrami District Courts, Balkh/Kabul, Afghanistan, 1982-85
Judge, Kamdesh District Court, Kunar, Afghanistan, 1982-82
Military Service, Military Academy, Kabul, Afghanistan, 1979-81

**Academic Training:**    One-Year Judicial Training, 1982
Imam Abu Hanifa High School, 1979

**Publications:**    "Independence of Judiciary in Afghanistan"
"Judiciary in History"
"Judiciary and Rights in Afghanistan"
"Rights from an International Perspective" (four books in Dari)

**Personal Data**
  Born:    1959; Balkh, Afghanistan
  Languages:    Pashtu, English, Arabic, Dari
  Travel:    Pakistan

  Mailing Address:    Supreme Court
Kabul
Afghanistan
Telephone:    0093-70-22-2337
E-mail:    {       @       }

Mr. Rahman, who comes from Balkh province, will be the only member of the group to represent northern Afghanistan.  Based on Rahman's judicial experience, President Karzai recently appointed him to head a commission to investigate allegations of usurped government property at Dehsabz in the vicinity of Kabul.