**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IDEMA et al., : <br> : <br> Plaintiffs, : <br> : <br> v. : <br> : <br> UNITED STATES DEPARTMENT OF : <br> STATE et al., : <br> : <br> Defendants. : <br> : | **Civil Case No. 05-1334 (EGS)** |
| IDEMA et al., : <br> : <br> Plaintiffs, : <br> : <br> v. : <br> : <br> RICE et al., : <br> : <br> Defendants. : <br> : | **Civil Case No. 05-2064 (EGS)** |

**ORDER**

A status conference was held in the above captioned matters on May 4, 2006.  Present before the Court were Attorney John Tiffany on behalf of petitioner J. K. Idema, government counsel Ori Lev, and one of the petitioners, Edward Caraballo, who is proceeding *pro se* in these matters.[1]

---

[1] Court received two messages in its chamber's voice-mail after the conclusion of the hearing.  The messages were left by an individual who identified himself as J. K. Idema. He was calling from Afghanistan to participate in the status hearing, and it was unclear from his message whether petitioners Bennett and Banderas were with him on the phone. The Court was not aware that any of the  petitioners currently in Afghanistan were planning to participate in the hearing via telephone.  In the

1

At the hearing, the Court regrettably denied petitioners Brent Bennett's and Zorro Rasuli Banderas' respective motions for court-appointed counsel.  The Court stated in open court that it did look into pro bono representation for petitioners Bennett and Banderas, but those inquiries were unsuccessful.  Accordingly, it is hereby

**ORDERED** that petitioners Bennett's and Banderas' respective motions for court-appointed counsel are **DENIED**; and it is

**FURTHER ORDERED** that petitioners Bennett and Banderas are to inform the Court in writing whether they plan to proceed *pro se* by no later than the next status hearing, which is scheduled for **June 15, 2006,** at **12:30 PM;** and it is

**FURTHER ORDERED** that the government counsel is to inform the Court immediately if communication with petitioners Bennett and Banderas[2] via mail delivery through the United States Embassy in Afghanistan is delayed in any way that may prevent them from receiving this Order and responding to it in a timely manner before the next status hearing; and it is

---

future, it is advised that if petitioners, Idema, Banderas and/or Bennett, plan to participate in a hearing via telephone, they should notify the Court of their intent to do so no less than 24 hours prior to the scheduled hearing.

[2] The representation made in Court by government counsel was that only petitioner Bennett is able to receive mail from the United States Embassy in Afghanistan because he is a United States citizen, whereas petitioner Banderas is not a United States citizen.  Parties suggested that Bennett may be able to provide notice to Banderas as to the contents of this Order.

**FURTHER ORDERED** that petitioner Caraballo, who recently returned to the United States from Afghanistan, notify the Court and the other parties his official address for all court-related communications by no later than May 12, 2006.  Until that official address is provided by petitioner Caraballo, the Court and the other parties shall send notice to 60 Erie Street, Jersey City, NJ 07302; and it is

**FURTHER ORDERED** that a motions hearing on the Motion for a Temporary Restraining Order ("TRO") filed in Case 05-2064 by Mr. Tiffany on behalf of petitioner Idema and as next friends of Bennett, Banderas and Caraballo, and all issues related therein to the petitioners' respective habeas petitions, is scheduled for **June 28, 2005, at 10:00 AM**; and it is

**FURTHER ORDERED** that petitioners Bennett, Banderas and Caraballo shall be permitted to file their own respective responses to the TRO by no later than 10 days prior to the motions hearing; and it is

**FURTHER ORDERED** that no party is to file any pleadings going to the merits of the scheduled motions hearing 10 days prior to June 28, 2005.

**SO ORDERED.**


**Signed:    Emmet G. Sullivan**
**United States District Court Judge**
**May 5, 2006**