*Leave to File granted.*
*Sullivan*
*(18)*

**RECEIVED**

JUN 2 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Edward Caraballo
c/o Richard Caraballo
60 Erie Street
Apt. 103
Jersey City, New Jersey 07302
(646) 667-4596

RE:   Request for
      hearing postponement.
      (Case #: 1:05-cv-02064-EGS
      and 1:05-cv-01334-EGS)

June 19, 2006

The Honorable Emmet G. Sullivan
United States District Judge
US District Court for the
District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Dear Judge Sullivan,

I would very much like to be present in court for all
proceedings in the above referenced cases before Your Honor. I
understand that a June 20 status conference is now set for
June 28.

Unfortunately, due to an important family court hearing
regarding my young daughter in New York on that day, I will
not be available on June 28th.

I've conferred with the attorneys in the case. Mr. Lev and
Mr. Tiffany have confirmed that they would both be available
on July 14th.

I hereby request a hearing postponement to July 14 or a later
date.

Thank You,

Ed Caraballo
Plaintiff