# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IDEMA, *et al.*,<br>                  Plaintiffs,<br>v.<br><br>DEPARTMENT OF STATE, *et al.*,<br>                  Defendants. | Civil Action No. #:<br>05 CV 01334 (EGS)<br><br>**ORDER**<br>[PROPOSED] |

      Plaintiff's motion for a Vaughn Index was denied one year ago as premature. Upon consideration of plaintiff's new motion, it is this ___ day of September, 2006,

      ORDERED, that plaintiff's motion is granted, and it is further

      ORDERED, that, within 20 days, defendants will provide plaintiffs with an index of the documents and portions of documents that have been withheld, describing each such document or portion of a document, and detailing the agency's claims for withholding such document or portion of a document, correlating each asserted exemption of the Freedom of Information Act with the material for which the agency claims the exemption applies, and

      ORDERED, that defendants will immediately serve copies on all plaintiffs individually, by whatever means required to provide their expeditious receipt thereof so plaintiffs may utilize the Vaughn Indexes at the next hearing.

      ORDERED, that the hearing re-scheduled for October 31, 2006, is moved forward for good cause to October ___, 2006

      **SO ORDERED.**

                                                    _____<br>
                                                    Emmet G. Sullivan<br>
                                                    UNITED STATES DISTRICT JUDGE