```
               UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF COLUMBIA


J.K. IDEMA, et al.,             .
                                .  Docket No. CA-05-1334
          Plaintiffs,           .
                                .
       vs.                      .
                                .
UNITED STATES DEPARTMENT OF     .
STATE, et al.,                  .
                                .  Washington, D.C.
          Defendants.           .  Thursday, January 19, 2006
                                .  11:30 a.m.
. . . . . . . . . . . . . . . .

               TRANSCRIPT OF A HEARING
        BEFORE THE HONORABLE EMMET G. SULLIVAN
            UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Plaintiffs:      JOHN EDWARDS TIFFANY, Esquire
                         55 Washington Street
                         Bloomfield, NJ 07003

For the Defendants:      ORI LEV, Esquire
                         UNITED STATES DEPARTMENT OF JUSTICE
                         20 Massachusetts Avenue, No. 883
                         Washington, DC 20044

Court Reporter:          Elaine A. Merchant, RPR, CRR
                         Official Court Reporter
                         333 Constitution Avenue, NW
                         Room 6822
                         Washington, DC 20001
                         (202)289-1571
```

Proceedings recorded by machine shorthand, transcript produced by computer-aided transcription.

1  be here at 11:00. I had no idea that anybody was going to be
2  calling in, let alone my client, I just didn't. I wasn't aware
3  of the call last week.
4          THE COURT: So you don't know why he's calling in?
5          MR. TIFFANY: Well, no. Obviously --
6          THE COURT: He's calling from Afghanistan, is that
7  correct?
8          MR. TIFFANY: He's calling from Afghanistan.
9  Obviously, they're calling in because they want to participate
10 in the conference.
11         THE COURT: I wish we could accommodate them. With
12 all of the state-of-the-art equipment we have, it's not worth
13 much.
14         MR. TIFFANY: I understand that.
15         Getting back to where we were. One of the things
16 that Your Honor had asked and encouraged me was to meet with
17 Mr. Lev. And Mr. Lev and I, we met afterwards to discuss and
18 flesh out some issues, and he was good about that. Admittedly
19 there were some things that I needed to get to him that, quite
20 candidly, Judge, given the difficulties in terms of
21 communication I haven't yet.
22         I was supposed to bring some things today. I left
23 the file, embarrassingly, up in my office. But they were
24 relative to the issues involving the FOIA litigation.
25         THE COURT: Those things happen.

1   luxury available, but I'll try to accommodate the request.
2           Insofar as the only case before me, Mr. Idema's case,
3   how do you want to proceed? What's your recommendation at this
4   point?
5           MR. TIFFANY: My recommendation --
6           Although Mr. Lev, if I'm not mistaken, is making a
7   different position based upon the conversation and development
8   subsequent, I have documentation from Mr. Lev regarding what
9   we've talked about in terms of certain areas of FOIA requests.
10  There's several areas that we discussed after the last court
11  appearance. There are several FOIA requests that were made.
12  There's the Marshals Service, there's the Department of State,
13  there's the FBI and there's the military.
14          In some instances agencies have come back and said no
15  such records exist. In the Marshal's case we received records.
16  We didn't receive records relative to Mr. Idema, but we
17  received records relative to Mr. Idema's wife. Relative to the
18  FBI, their position is they never received a FOIA request.
19          Now, before we got into phone calls coming in and
20  after I had spoken with Mr. Lev, before that the issue was I
21  was going to narrowly focus some of the request to see if this
22  could be resolved in lieu of proceeding forward with the
23  litigation, and I was going to ask for additional time to
24  address that issue. Recognizing, of course, when we were here
25  in September, it's three and a half months.

1           But as I was trying to convey to Mr. Lev, although
2    they're calling in, I can't begin to convey to the Court how
3    difficult it is to be able to have a dialogue with a client and
4    the others about issues when I've got mail being restricted,
5    I've got them in situations where in October, November and
6    December, Judge, they were without electricity, there was no
7    electricity in the prison.  And it wasn't until the parliament,
8    all of a sudden electricity came on.  So that created problems.
9           THE COURT:  I don't have any problems with giving you
10   more time.  I'll hear from the government.  If your request for
11   more time is in an effort to streamline the issues before the
12   Court, that's certainly going to inure to everyone's benefit.
13          What kind of time frame are you suggesting?
14          MR. TIFFANY:  I'm probably looking for probably three
15   weeks.
16          THE COURT:  All right.  Let me hear from the
17   government.
18          MR. TIFFANY:  As it pertains to the FOIA case.
19          THE COURT:  All right.  What about the other case?
20          MR. TIFFANY:  The habeas, Judge, is that there's a
21   petition before the Court that was filed on March 17 of 2004.
22   The government filed a motion, Judge Hellerstein in New York
23   transferred the case here.  The government has not provided an
24   answer to the petition.  We have not amended the petition.
25          What is pending, although I don't know what the

```
 1            MR. LEV:  I will just, so Your Honor is fully aware,
 2   when we took the break, after Mr. Tiffany had spoken to
 3   Mr. Idema and Mr. Bennett, I said, well, can I speak to
 4   Mr. Bennett, as Your Honor suggested, just so I could hear from
 5   him to say I want to go forward with the case pro se.  We
 6   called Afghanistan back.  I was not allowed to speak to him.
 7   So I have never heard from him that he wished to proceed.
 8            What I was going to suggest with respect to the
 9   habeas case --
10            Before I get to my suggestion let me give you one
11   more piece of history.
12            On September 30 at Your Honor's suggestion we went
13   down to the cafeteria and spent well over an hour going over
14   some of these issues.  Many of these requests have been now
15   responded to.  Others have never been received by the agencies,
16   and we've proposed a settlement to plaintiffs.
17            I've been waiting for three and a half months to hear
18   back from Mr. Tiffany with some revised requests with respect
19   to each agency of what document they really want.  I have yet
20   to see that piece of paper.
21            That brings me to my proposal, which is I would ask
22   the Court adjourn this for, I'd say, a month.  In the past Mr.
23   Tiffany's projections of time have proven overly optimistic.
24   And I would ask that if in that month, Your Honor, obviously,
25   if you can find petitioners' counsel, everybody is happy.
```