UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

J.K. IDEMA, et al.,                    .
                                       .
                                       .  Docket No. CA-05-1334
          Plaintiffs,                  .
                                       .
          vs.                          .
                                       .
UNITED STATES DEPARTMENT OF            .
STATE, et al.,                         .
                                       .  Washington, D.C.
          Defendants.                  .  Thursday, May 4, 2006
                                       .  11:15 a.m.
. . . . . . . . . . . . . . .

TRANSCRIPT OF A HEARING
BEFORE THE HONORABLE EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiffs:      JOHN EDWARDS TIFFANY, Esquire
                         55 Washington Street
                         Bloomfield, NJ 07003

                         EDWARD CARABALLO, Pro Se

For the Defendants:      ORI LEV, Esquire
                         UNITED STATES DEPARTMENT OF JUSTICE
                         20 Massachusetts Avenue, No. 883
                         Washington, DC 20044

Court Reporter:          Elaine A. Merchant, RPR, CRR
                         Official Court Reporter
                         333 Constitution Avenue, NW
                         Room 6822
                         Washington, DC 20001
                         (202)289-1571

Proceedings recorded by machine shorthand, transcript produced
by computer-aided transcription.

1    what you're going to file.  That goes to both sides.  If

2    there's some problem, I'm reachable by phone, you can reach me.

3    I'm hesitant to say don't file anything.  Things come up.

4            MR. LEV:  I appreciate that, Your Honor.  I would ask

5    that plaintiff's counsel cease the ad hominem attacks that are

6    scattered throughout their papers, specifically the paper that

7    was filed last night.  I'm representing the government here,

8    but I don't think that I personally am at issue in this case.

9            THE COURT:  Look, the fight will be fought fairly,

10   but let's fight it fairly.  We don't need the ad hominem

11   comments.

12           MR. LEV:  Did you want to hear about the FOIA case,

13   Your Honor?

14           THE COURT:  No.

15           MR. TIFFANY:  Just so the Court is aware, I recognize

16   the position regarding motions.  The TRO motion was filed in

17   conjunction with the most recent riot at the facility.  Things

18   had gotten bad.  That's why it was filed.

19           THE COURT:  I'm not casting any aspersions on

20   anything you filed.  All I'm saying is I'll give you a chance,

21   I'll give you a fair chance to fight your battles, but let's

22   fight them fairly, though.  The uncivil remarks, they have no

23   place in pleadings, they have no place in statements in the

24   Court and no one appreciates them.  And that's all.  A hint to

25   the wise is sufficient.  You're professional.