**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| J.K. IDEMA, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) Civil Action No. 05-1334 (EGS) | |
| v. ) | |
| ) | |
| UNITED STATES DEPARTMENT ) | |
| OF STATE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

    Plaintiffs J.K. Idema, Edward Caraballo, and Brent Bennett filed this action pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, on June 6, 2005 in the Southern District of New York.  The case was subsequently transferred to this Court in July 2005.  Pending before the Court is plaintiffs' Motion for Vaughn Index.  Plaintiffs ask the Court to order the defendants to provide plaintiffs with an index of the allegedly withheld documents at issue in this case, pursuant to *Vaughn v. Rosen*, 484 F.2d 820 (D.C. Cir. 1973), *cert. denied*, 415 U.S. 977 (1974).

    This Court must deny plaintiffs' request as premature because no dispositive motions have yet been filed in this case.  The preparation of a *Vaughn* index is "unwarranted before the filing of dispositive motions in FOIA actions because 'the filing of a dispositive motion, along with detailed affidavits, may

obviate the need for indexing the withheld documents.'" *United States Comm. on Refugees v. Dep't of State*, No. 91-3303, 1992 WL 35089, at *1 (D.D.C. Feb. 7, 1992) (citation omitted); *Stimac v. United States Dep't of Justice*, 620 F. Supp. 212, 213 (D.D.C. 1985) (concluding that "the preparation of a *Vaughn* Index would be premature before the filing of dispositive motions").  In this case, defendants have indicated that they intend to file a dispositive motion.  Accordingly, it is hereby

**ORDERED** that plaintiffs' Motion for Vaughn Index is **DENIED;** and it is

**FURTHER ORDERED** that defendants shall file dispositive motions no later than **April 2, 2007,** plaintiffs shall file their responses by **May 2, 2007,** and defendants shall file replies, if any, by **May 22, 2007.**

**SO ORDERED.**

**Signed:    Emmet G. Sullivan**
**            United States District Judge**
**            February 14, 2007**