UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J.K. IDEMA, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF STATE, et al., )<br>)<br>Defendants. )<br>) | No. 05 CV 01334 (EGS) |

**DEFENDANTS' MOTION TO EXCEED THE PAGE LIMIT**

Pursuant to LCvR 7(e), Defendants hereby move for leave to file a memorandum of points and authorities in support of their motion to dismiss and/or for summary judgment that is 74 pages long. The reasons supporting the instant motion are as follows:

1. Plaintiffs have brought this FOIA action against six different federal agencies or components of agencies challenging the handling of some thirty alleged FOIA requests made by plaintiffs and others to these agencies. Compl., Exh. 1.

2. Plaintiffs' Complaint does not specifically identify the requests at issue in this case. Instead, the Complaint refers to unspecified "letters sent between July 15, 2004 and" the date of the Complaint to the defendant agencies. Compl., ¶ 13. The Complaint then references a chart attached to the Complaint as Exhibit 1, which is alleged to represent an "overview of the FOIA correspondence related to this case." Compl., ¶ 14. Additional exhibits to the Complaint are alleged to represent the FOIA requests allegedly made to the defendant agencies. Compl., ¶¶ 17-22. The attached exhibits, however, often do not correlate with the entries set forth on Exhibit 1, and neither all the exhibits nor all the entries on Exhibit 1 correlate with the FOIA

requests actually received by the defendant agencies from plaintiffs or plaintiff Idema's counsel John Tiffany.

3. In an effort to supply some clarity to the matters at issue, and provide the Court with a comprehensive understanding of the FOIA-related interactions between plaintiffs and Mr. Tiffany on the one hand, and the various defendant agencies on the other, Defendants have conscientiously addressed each and every alleged FOIA request identified in Exhibit 1 to the Complaint in their brief. In addition, defendants have addressed in their brief additional, identical FOIA requests made by Mr. Tiffany (allegedly on behalf of Mr. Idema) to additional components of the Department of Defense, which are not set forth on Exhibit 1 to the Complaint. The goal of such a comprehensive approach has been to provide the Court with the necessary background with which to decide the issues before it, make the material at issue accessible to the Court and provide much-needed order to the pleadings.

4. As explained in greater detail in defendants' motion, some of the alleged FOIA requests identified by plaintiffs were never received by the defendant agencies; others were received but not perfected because the requester failed to provide requested additional information pertaining to the request; yet other requests were processed – in some instances no responsive records were located, while in others responsive records were produced but exempt material was withheld. The factual background with respect to all of these requests is set forth in defendants' brief.

5. In addition to setting forth the factual background with respect to these requests, defendants' brief also addresses a host of associated legal issues regarding the lack of receipt of some FOIA requests, the failure to comply with agency FOIA regulations with respect to others,

and the validity of withholding exempt information pursuant to FOIA exemptions 6 and 7(C).

6. Defendants submit that an oversize brief is necessary to provide the Court with a full and complete picture of the matters at issue and a comprehensive assessment of the application of the applicable law to the facts of this case.

7. Pursuant to LCvR 7(m), the undersigned has sought the consent of the plaintiffs to this motion. Plaintiffs Brent Bennett and Edward Caraballo have indicated that they oppose the instant motion, as has John Tiffany, counsel for plaintiff Idema.

8. Pursuant to LCvR 7(c), a proposed order is attached hereto for the Court's consideration.

WHEREFORE, defendants respectfully respect that the Court grant the instant Motion.

Dated: March 30, 2007.	Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

ELIZABETH J. SHAPIRO
Assistant Branch Director


/s/ Ori Lev
ORI LEV, DC # 452565
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Tel: (202) 514-2395
Fax: (202) 318-7589

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J.K. IDEMA, <u>et al.</u>,           ) | |
|                                                    ) | |
|           Plaintiffs,                     ) | No. 05 CV 01334 (EGS) |
|                                                    ) | |
|           v.                                   ) | |
|                                                    ) | |
| UNITED STATES DEPARTMENT OF STATE, <u>et al.</u>,  ) | |
|                                                    ) | |
|           Defendants.                   ) | |

**ORDER**

THIS MATTER having come before the Court on Defendants' Motion to Exceed the Page Limit, and good cause having been shown, it is hereby

ORDERED that Defendants' Motion is GRANTED, and it is further

ORDERED that defendants shall be permitted to file a memorandum of points and authorities in support of their motion to dismiss and/or for summary judgment that is 74 pages in length.

SO ORDERED.

Dated: _____          _____
                                                                    EMMET G. SULLIVAN
                                                                    UNITED STATES DISTRICT JUDGE

**Certificate of Service**

  The undersigned hereby certifies that he has, this 30th day of March 2007, caused the foregoing Motion to Exceed the Page Limit to be served on the following:


Ed Caraballo
60 Erie Street
Jersey City, NJ 07302

Brent Bennett
c/o Thomas Bumback
64 Hardin Reynolds Road
Critz, VA 24082

John Tiffany, counsel for plaintiff Jack Idema, will be served via the Court's ECF system.

                 /s/ Ori Lev
                 Ori Lev