UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
J.K. IDEMA, et al.,                  )
                                     )
            Plaintiffs,              )      No. 05 CV 01334 (EGS)
                                     )
      v.                             )
                                     )
UNITED STATES DEPARTMENT OF STATE, et al., )
                                     )
            Defendants.              )
_____)
```

**INDEX OF EXHIBITS
SUBMITTED IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS AND/OR FOR SUMMARY JUDGMENT**

A  -  DECLARATION OF DAVID M. HARDY (FBI)

B  -  DECLARATION OF MARGARET P. GRAFELD
      (STATE DEPARTMENT)

C  -  DECLARATION OF WILLIAM E. BORDLEY (USMS)

D  -  DECLARATION OF WILLIAM T. KAMMER (DOD - OSD)

E  -  DECLARATION OF MARGARET A. BESTRAIN (DIA)

F  -  DECLARATION OF BARBARA GARRIS (ARMY)

G  -  DECLARATION OF LIEUTENANT COLONEL PATRICK N. JOYNER
      (CENTCOM)

H  -  DECLARATION OF KAREN FLINKSTROM
      (ARMY HUMAN RESOURCES COMMAND)

I  -  Pusa v. FBI, No. 2:99-cv-04603-NM-CW (C.D. Cal. Aug. 3, 1999) (Slip. Op.)