## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J.K. IDEMA, et al., ) | |
| ) | |
| Plaintiffs, ) | No. 05 CV 01334 (EGS) |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES DEPARTMENT OF STATE, et al., ) | |
| ) | |
| Defendants. ) | |

## EXHIBIT A
## DECLARATION OF DAVID M. HARDY
## (FBI)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J.K. IDEMA, EDWARD CARABALLO,<br>and BRENT BENNETT<br><br>    Plaintiffs<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br>UNITED STATES DEPARTMENT OF JUSTICE,<br>FEDERAL BUREAU OF INVESTIGATION,<br>UNITED STATES MARSHALS SERVICE,<br>DEPARTMENT OF DEFENSE and<br>DEFENSE INTELLIGENCE AGENCY,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civ. A. No. 05-CV-01334 (EGS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF DAVID M. HARDY

I, David M. Hardy, declare as follows:

(1)    I am currently the Section Chief of the Record/Information Dissemination Section ("RIDS"), Records Management Division ("RMD"), at Federal Bureau of Investigation Headquarters ("FBIHQ") in Washington, D.C. I have held this position since August 1, 2002. Prior to my joining the FBI, from May 1, 2001 to July 31, 2002, I was the Assistant Judge Advocate General of the Navy for Civil Law. In that capacity, I had direct oversight of Freedom of Information Act ("FOIA") policy, procedures, appeals, and litigation for the Navy. From October 1, 1980 to April 30, 2001, I served as a Navy Judge Advocate at various commands and routinely worked FOIA matters. I am also an attorney who has been licensed to practice law in the State of Texas since 1980.

(2)    In my official capacity as Section Chief of RIDS, I supervise approximately 200

employees who staff a total of ten (10) units and a field operational service center unit whose collective mission is to effectively plan, develop, direct and manage responses to requests for access to FBI records and information pursuant to the FOIA; Privacy Act; Executive Order 12958, as amended; Presidential, Attorney General and FBI policies and procedures; judicial decisions and other Presidential and Congressional directives. The statements contained in this declaration are based upon my personal knowledge, upon information provided to me in my official capacity, and upon conclusions and determinations reached and made in accordance therewith.

(3)     Due to the nature of my official duties, I am familiar with the procedures followed by the FBI in responding to requests for information from its files pursuant to the provisions of the FOIA, 5 U.S.C. § 552, and the Privacy Act of 1974, 5 U.S.C. § 552a. I have reviewed and have become familiar with plaintiffs' Complaint for Declaratory and Injunctive Relief ("Complaint") in this case, and Exhibits 1 and 10 thereto, which allege that plaintiffs made a FOIA request to the FBI dated either December 21, 2004 or December 21, 2005, and that a Michael Skibbie allegedly made a FOIA request to the FBI dated August 2004.

## SEARCH FOR PLAINTIFFS' REQUEST

(4)     Subsequent to the receipt of the Complaint, we conducted a search of the FBI's FOIPA Document Processing System ("FDPS"), which houses the FBI's official records concerning receipt of all FOIA/Privacy Act requests, for any requests made by any of the named plaintiffs in this action or Michael Skibbie. Any FOIA request properly made to, and received by, the FBI since before July 1, 2004 should appear in the FDPS system. This search yielded negative results for the FBI's receipt or possession of any FOIA requests from any of the named plaintiffs in this action or Michael Skibbie from July 1, 2004 to the present.

-3-

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of March, 2007.

                                              DAVID M. HARDY
                                              Section Chief
                                              Record/Information Dissemination Section
                                              Records Management Division
                                              Federal Bureau of Investigation
                                              Washington, D.C.