**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

| | | |
|---|---|---|
| J.K. IDEMA, <u>et al.</u>, | ) | |
| | ) | |
| Plaintiffs, | ) | No. 05 CV 01334 (EGS) |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF STATE, <u>et al.</u>, | ) | |
| | ) | |
| Defendants. | ) | |

---

**EXHIBIT D**
**DECLARATION OF WILLIAM T. KAMMER**
**(DOD - OSD)**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JACK IDEMA,<br>EDWARD CARABALLO,<br>AND BRENT BENNETT,<br><br>    Plaintiffs,<br><br>       v.<br><br>UNITED STATES DEPARTMENT<br>OF STATE, et al.,<br><br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 05 CV 01334(EGS) |

### DECLARATION OF WILLIAM T. KAMMER

I, William T. Kammer, declare the following to be true and correct to the best of my knowledge:

1.      I am the Chief, Office of Freedom of Information (OFOI), Executive Services Directorate, Washington Headquarters Services, Department of Defense (DoD) and have held that position since August 2005. As Chief, I am responsible for the implementation of the DoD Freedom of Information Act (FOIA) Program and issuance of agency-wide policy guidance and instruction on FOIA matters. See 32 C.F.R. pt. 286. Additionally, I supervise the processing of initial FOIA requests for documents within the possession and control of the Office of the Secretary of Defense (OSD) and the Joint Staff. I also supervise the processing of FOIA appeals for the OSD and Joint Staff. Prior to my current position, I have been in several management positions within the office since 1998. I am familiar with the procedures followed in responding to FOIA requests received by the OFOI, including the requests received by this office that are at issue in this litigation.

1

2.    Due to the size and complexity of the DoD, there is no central repository for all DoD records. The OFOI is responsible for responding to FOIA requests for records of the components of the OSD and Joint Staff. The several components of the DoD, including the military departments, separate defense agencies and Combatant Commands (e.g., Department of the Army, Defense Intelligence Agency, and United States Central Command) operate their own FOIA offices to respond to requests for records for which they are responsible.

3.    I am familiar with the subject litigation and the FOIA requests and appeal submitted to this office by John Tiffany and Jack Idema described below. The statements in this declaration are based upon my personal knowledge, upon my review of information available to me in my official capacity, and upon my conclusions made in accordance with my official duties.

Request Number 05-F-1238

4.    On March 24, 2005, my office received a FOIA request by letter dated March 15, 2005, from John E. Tiffany. (See Exhibit 1). The request, which noted that Mr. Tiffany was "attorney-of-record" for Jack Idema and sought certain records regarding a Captain Brendan J. Donnelly, was assigned case number 05-F-1238. The request sought records likely maintained by the Department of the Army, Defense Intelligence Agency, and the United States Central Command. No component of OSD or the Joint Staff would maintain the types of records sought in the request. The records sought likely would be maintained in the personnel files of the subject of the request, in systems of records containing information about military awards, in the phone records of the component to which the referenced phone number belongs, or in the files of CJTF-180, none of which are in the control or possession of OSD or the Joint Staff.

2

5.    Mr. Tiffany was advised by the OFOI through e-mail on March 29, 2005, that his request was misdirected due to the decentralization of DoD FOIA records.  (See Exhibit 2).  The e-mail to Mr. Tiffany informed him that the Department of the Army, Defense Intelligence Agency and U.S. Central Command would likely have cognizance over the records he requested, that each of these entities operates its own FOIA offices, and provided Mr. Tiffany with both e-mail and U.S. mail addresses at which he could seek such records from these components.  The e-mail also informed Mr. Tiffany that his request was being closed.

6.    By two separate letters dated April 4, 2005, and sent via facsimile, Mr. Tiffany (a) sent a second FOIA request seeking substantially the same records as those sought in case number 05-F-1238, and (b) appealed his response from the OFOI dated March 29, 2005.  (See Exhibit 3).  Mr. Tiffany's appeal was assigned case number 05-F-1011(A).

7.    On April 4, 2005, a member of OFOI's staff spoke with Mr. Tiffany by phone and explained to him the decentralized nature of the DoD FOIA program.  Mr. Tiffany indicated that he sent his request to the other DoD agencies via registered mail.

8.    By letter dated April 22, 2005, the OFOI acknowledged receipt of Mr. Tiffany's April 4, 2005 request and appeal.  (See Exhibit 4).

9.    By letter dated January 18, 2006, the OFOI responded to Mr. Tiffany regarding his appeal (05-F-1011(A)) and second request pertaining to case number 05-F-1238.  (See Exhibit 5).  The response again informed Mr. Tiffany that the "documents [he] seek[s] would not be maintained by the Office of the Secretary of Defense or Joint Staff, and, therefore, would not be under the purview of this office."  The response also again informed Mr. Tiffany that DoD operates a decentralized FOIA program, suggested

3

he submit his request to the previously-identified components likely to have cognizance

of the records he seeks, and enclosed the March 29, 2005 e-mail providing addresses for

those components' FOIA offices.[1]

FOIA Requests 05-1499 and 05-1501

　　　　10.　　On May 6, 2005, my office received two FOIA requests, dated March 31,

2005, and April 4, 2005, respectively, from Mr. Jack Idema.  (See Exhibits 6 and 7).[2]

The request dated March 31, 2005 sought records regarding certain correspondence and

other communications between Fox News and "CENTCOM, DIA, DOD, or any branch

of the Department of the Army" and was assigned case number 05-F-1499.  (See Exhibit

6).  The request dated April 4, 2005 sought records regarding any Department of Defense

or Department of Army awards to Linda Vester of Fox News, any Fox News employee,

or Fox News itself and was assigned case number 05-F-1501.  (See Exhibit 7).  Both

requests also included a version of the following statement:  "Any attempt to redirect or

delay this request (such as telling me to send this request to CENTCOM or Bagram, etc,

etc) will be considered a denial under the FOIA laws and will be immediately followed

with an appeal, and if denied, a lawsuit."  My office interpreted this statement as an

indication that Mr. Idema did not want his requests referred to other offices or

components that might have records responsive to the requests.

　　　　11.　　Given the subject matter of these requests, OFOI determined that, to the

extent responsive records exist within OSD or the Joint Staff, the Office of the Assistant

Secretary of Defense for Public Affairs (PA) would be the only office likely to have

---

[1] This office is also in possession of a request from Mr. Tiffany dated March 7, 2005, which seeks exactly the same records as those sought in his March 15, 2005 request.  As the requests are identical, the March 7 request was considered to be part of case number 05-F-1238.

[2] This office ultimately received two versions of each of these requests, as Mr. Idema apparently sent the requests multiple times.  Both versions of each request are attached as Exhibits 6 and 7.

responsive documents.  On June 3, 2005, in accordance with our standard procedures, my office forwarded the requests to PA to conduct searches for responsive documents.

12.     The receipt of the requests assigned case number 05-F-1499 and 05-F-1501 was acknowledged by sending an interim response letter to Mr. Idema dated June 6, 2005.  (See Exhibit 8).  In that letter, Mr. Idema was advised that DoD operates a decentralized FOIA program; that this office is responsible for responding to FOIA requests for records of the components of the OSD and the Joint Staff; that the other components of DoD operate their own FOIA offices; and that in light of Mr. Idema's request that his requests not be redirected to any other entity, the processing of his request would be confined to OSD.

13.     By letter dated January 18, 2006, OFOI responded to Mr. Idema and informed him that no records responsive to his requests (05-F-1499 and 05-F-1501) were located within the Office of the Secretary of Defense for PA.  (See Exhibit 9).  Record searches for both requests were conducted by the Press Operations Office, which handles responses pertaining to media requests.  The files maintained by the Press Desk Officers responsible for the type of information requested by plaintiff were searched (a different Press Desk Officer for each of plaintiff's two requests).  These Officers' files are the only ones within PA reasonably expected to contain documents responsive to plaintiff's requests, if such documents exist.  Both electronic and hard copy searches were conducted of the Press Desk Officers' files.  For 05-F-1499, the search terms used were Afghanistan, Jack Idema, JK Idema and J. Keith Idema, precisely searching for documents originating between April and December 2004.  For 05-F-1501, the search terms used were DoD awards, Linda Vester, and Fox News, precisely searching for documents originating in the years 2002-2005.

14.     Other than the requests described above, this office has not received any other FOIA requests from Mr. Tiffany or any of the plaintiffs in this case.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated this 24th day of March 2007, at Arlington, Virginia.

*William T. Kammer*

William T. Kammer

# EXHIBIT 1

LAW OFFICES

# JOHN E. TIFFANY, P.C.

55 WASHINGTON STREET
P.O. BOX 190
BLOOMFIELD, N.J. 07003

MEMBERS OF NJ & NY BARS

TEL: (973) 566-9300
FAX: (973) 566-9701
jet4444@bellatlantic.net

March 15, 2005

**Certified Mail, R.R.R.**
**& Regular Mail**
Freedom of Information Act Office
United States Department of Army
United States Department of Defense
Directorate for Freedom of Information
1155 Defense Pentagon
Washington, DC 20301-1155

RE:   **Freedom of Information Act Request**
      **#03-15-05**

Dear Sir/Madam:

I am the attorney-of-record for Jack Idema.  To that point, the following information is requested under the Freedom of Information Act regarding BRENDAN J. DONNELLY, CAPTAIN, US ARMY.  CAPTAIN DONNELLY was assigned to the Combined Joint Task Force 180 headquartered at BAGRAM AIRBASE, and under the command of LTG DAVID BARNO in 2004.

We are seeking all correspondence and documents related to ANY AND ALL Department of Defense or Department of Army awards to BRENDAN J. DONNELLY, to include the Bronze Star medal and accompanying commendation CAPTAIN DONNELLY received in 2004 for meritorious service for his duties in Afghanistan between (on or about) April 2004 and August 2004.  This also includes the supporting documentation and requests for CAPTAIN DONNELLY to receive any and all awards from the Department of Defense or the Department of Army.

Additionally, we are requesting all releasable files for CAPTAIN DONNELLY including, but not limited to, the phone records for 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-2641, which was a TASK FORCE 180 issued phone, and all documents, correspondence, reports, emails between CAPTAIN DONNELLY and CJTF-180 between April 10, 2004 and October 2004, including, but not limited to:  all documents to or from CAPTAIN DONNELLY or

written by CAPTAIN DONNELLY in which he refers to JACK, *aka* JACK IDEMA *aka* any subject name containing the words "JACK" or "IDEMA" and from or to LIEUTENANT COLONIAL MARCUS MONTERO, USAF (attached to DIA); and LIEUTENANT COLONEL ERIC HOMAN (OR HOLMAN), US ARMY, also believed to be assigned to CJTF-180 at Bagram.

As per requirement of a "willingness to pay" statement, please accept this letter as a confirmation that we are willing to pay any additional fees that may be incurred in the preparation and research of our FOIA request to your agency, including any charges to expedite said request.  Please return the information to the above address.

Thank you for your assistance.

Very truly yours,

JOHN EDWARDS TIFFANY
JET/las
(#7004-1160-0006-2844-7303)

Cc:  Mr. Jack Idema

# EXHIBIT 2

**Henshall, Dave, CIV, WHS/ESCD**

| | |
|---|---|
| **From:** | Henshall, Dave, CIV, WHS/ESCD |
| **Sent:** | Tuesday, March 29, 2005 8:52 AM |
| **To:** | 'jet4444@bellatlantic.net' |
| **Subject:** | Freedom of Information Act Request |

Dear Mr. Tiffany:

This is in response to your March 15, 2005 Freedom of Information Act request.  We received your request on March 24, 2005.

Your request was misdirected to this office for processing.  The Department of the Army, Defense Intelligence Agency (DIA), and the U.S. Central Command (CENTCOM), who operate their own FOIA offices, would have cognizance over the records you requested.  You may request these records, if they exist, directly from the Army at FOIA@rmda.belvoir.army.mil, DIA at  FOIA@dia.mil, CENTCOM at andrewp@centcom.mil, or you may write to the following addresses:

Department of the Army
ATTN: AHRC-PDD-FP
Freedom of Information and Privacy Act
7701 Telegraph Road
Alexandria, VA 22315-3860

Defense Intelligence Agency
DAN-1A (FOIA)
Washington, DC 20340-5100
U.S. Central Command
Attn: MSgt Pamela Andrews
CCJ6-DM (FOIA)
7115 South Boundary Boulevard
MacDill AFB, FL  33621-5510

This action closes your request.

Dave Henshall
Senior Advisor, Information and Privacy
Office of Freedom of Information and Security Review
Department of Defense (DoD)
Voice: (703) 697-1180, FAX: (703) 693-7341

3/29/2005

# EXHIBIT 3

LAW OFFICES

# JOHN E. TIFFANY, P.C.

55 WASHINGTON STREET
P.O. BOX 190
BLOOMFIELD, N.J. 07003

MEMBERS OF NJ & NY BARS

TEL: (973) 566-9300
FAX: (973) 566-9701
jet4444@bellatlantic.net

April 4, 2005

**Via Telecopier (703) 693-7341**
**& Certified Mail, R.R.R.**
Freedom of Information Act Office
United States Department of Army
United States Department of Defense
Directorate for Freedom of Information
1155 Defense Pentagon
Washington, DC 20301-1155
Attn:  Dave Henshall

**RE:   Freedom of Information Act Request #1 — 3/15/05**
          **& Appeal**

Dear Mr. Henshall:

       I am in receipt of your email dated March 29, 2005,
advising me that the above-referenced Freedom of
Information Act request was "misdirected to this office for
processing".  Your response constitutes a denial of my
request.  As such, please accept this letter as a formal
appeal under the Freedom of Information Act.

       Your immediate attention to this appeal request is
most appreciated.  Thank you.

       Very truly yours,

       JOHN ESWARDS TIFFANY
       JET/las

       Cc:  Mr. Jack Idema

LAW OFFICES
# JOHN E. TIFFANY, P.C.
55 WASHINGTON STREET
P.O. BOX 190
BLOOMFIELD, N.J. 07003

MEMBERS OF NJ & NY BARS

TEL: (973) 566-9300
FAX: (973) 566-9701
jet4444@bellatlantic.net

April 4, 2005

**Via Telecopier (703) 693-7341**
**& Certified Mail, R.R.R.**
FOIA Office
U.S. Department of Army
U.S. Department of Defense
Directorate for FOI
1155 Defense Pentagon
Washington, DC 20301-1155
Attn: Dave Henshall

**RE:    Freedom of Information Act Request #2 - 4/4/05**
**Donnelly (Rolex)**

Dear Mr. Henshall:

The following information is requested under the
Freedom of Information Act, regarding BRENDAN J. DONNELLY,
CAPTAIN, US ARMY. CAPTAIN DONNELLY was assigned to the
Combined Joint Task Force 180 headquartered at BAGRAM
AIRBASE, and under the command of LTG DAVID BARNO in 2004,
and working with various DIA activities.

I am seeking all correspondence and documents to ANY
AND ALL Department of Defense or Department of the Army
awards to BRENDEN J. DONNELLY, to include a Rolex Watch and
any accompanying commendations CAPTAIN DONNELLY received in
2004 for meritorious service for his duties in Afghanistan
between (on or about) April 2004 and August 2004. This
also includes the supporting documentation and requests for
CAPTAIN DONNELLY to receive any and all awards from the
Department of Defense or Army, DIA, CENTCOM and ALL other
government agencies he may have worked with or been
assigned to.

I am requesting all documents to CAPTAIN DONNELLY
including, but not limited to, any and all emails sent by
CAPTAIN DONNELLY between April 10, 2004 and October 2004,

including, but not limited to, all documents to or from
CAPTAIN DONNELLY or written by CAPTAIN DONNELLY.

As per the requirement of a "willingness to pay"
statement. Please accept this letter as a conformation that
I am willing to pay any additional fees that may be
incurred in the preparation and research of my FOIA request
to your agency, including any charges to expedite said
request. Please return the information to the address
above.

Thank you for your cooperation and assistance.

Very truly yours,

JOHN ESWARDS TIFFANY
JET/las

Cc:  Mr. Jack Idema

EXHIBIT 4



**DEPARTMENT OF DEFENSE**
OFFICE OF FREEDOM OF INFORMATION AND SECURITY REVIEW
1155 DEFENSE PENTAGON
WASHINGTON, DC 20301-1155

2 2 APR 2005

Ref: 05-F-01011(A)

John E. Tiffany
Law Offices
55 Washington Street
P.O. Box 190
Bloomfield, NJ 07003

Dear Mr. Tiffany:

This acknowledges receipt of your Freedom of Information Act request and appeal both dated April 4, 2005.

Due to a large number of pending appeals, we are unable to complete your appeal within the statutory time requirement. In fairness to the general public, we make every effort to treat all requesters equally. Accordingly, responses are made on a first-in, first-out, easy-hard basis, and controlled in response queues. After the appellate review, your appeal will be processed in turn, by date of receipt of the appeal, and whether the case is easy or difficult to complete.

Sincerely,

C. Y. Talbott
Chief

# EXHIBIT 5

**DEPARTMENT OF DEFENSE**
OFFICE OF FREEDOM OF INFORMATION
1155 DEFENSE PENTAGON
WASHINGTON, DC 20301-1155

1 8 JAN 2006

Ref: 05-F-1011(A)
05-F-1238

Mr. John E. Tiffany
Law Offices
55 Washington Street
P.O. Box 190
Bloomfield, NJ 07003

Dear Mr. Tiffany:

This responds to your Freedom of Information Act (FOIA) request and appeal both dated April 4, 2005.

The documents you seek would not be maintained by the Office of the Secretary of Defense or Joint Staff, and, therefore, would not be under the purview of this office. With respect to the processing of FOIA requests, the Department of Defense is decentralized. Each component processes their own requests and appeals.

As you were advised in our e-mail response of March 29, 2005, we suggest you write to the Department of the Army, the Defense Intelligence Agency and U.S. Central Command, if you have not already done so. A copy of our March 29, 2005 response is enclosed.

As this matter is in litigation, further appeal rights are moot.

Sincerely,

*Will Kammer*

Will Kammer
Chief

Enclosure:
As stated

**Henshall, Dave, CIV, WHS/ESCD**

**From:** Henshall, Dave, CIV, WHS/ESCD
**Sent:** Tuesday, March 29, 2005 8:52 AM
**To:** 'jet4444@bellatlantic.net'
**Subject:** Freedom of Information Act Request

Dear Mr. Tiffany:

This is in response to your March 15, 2005 Freedom of Information Act request.  We received your request on March 24, 2005.

Your request was misdirected to this office for processing.  The Department of the Army, Defense Intelligence Agency (DIA), and the U.S. Central Command (CENTCOM), who operate their own FOIA offices, would have cognizance over the records you requested.  You may request these records, if they exist, directly from the Army at FOIA@rmda.belvoir.army.mil, DIA at FOIA@dia.mil, CENTCOM at andrewp@centcom.mil, or you may write to the following addresses:

Department of the Army
ATTN: AHRC-PDD-FP
Freedom of Information and Privacy Act
7701 Telegraph Road
Alexandria, VA 22315-3860

Defense Intelligence Agency
DAN-1A (FOIA)
Washington, DC 20340-5100
U.S. Central Command
Attn: MSgt Pamela Andrews
CCJ6-DM (FOIA)
7115 South Boundary Boulevard
MacDill AFB, FL  33621-5510

This action closes your request.

Dave Henshall
Senior Advisor, Information and Privacy
Office of Freedom of Information and Security Review
Department of Defense (DoD)
Voice: (703) 697-1180, FAX: (703) 693-7341

# EXHIBIT 6

05-F-1499

Special Advisor – Afghanistan

31 March 2005

FREEDOM OF INFORMATION ACT OFFICES
United States Department of Defense, and
United States Department of the Army
Directorate for Freedom of Information
1155 Defense Pentagon
Washington, DC 20301-1155

**Subject:  FOIA Request**
**Reference: FOX News FOIA #2/CENTCOM Contact**

Dear Sir or Madam,

The following information is requested under the Freedom of Information Act, regarding correspondence, emails, documents, memorandum or other FOIA required information between FOX NEWS (or any employee thereof) and CENTCOM, DIA, DOD, or any branch of the Department of the Army.

We are seeking all correspondence and documents sent or received between April 2004 and December 2004 which specifically refer to or relate to Afghanistan **or** (not and, OR) Jack Idema, JK Idema, J. Keith Idema.

As per the requirement of a "willingness to pay" statement; please accept this letter as a confirmation that we are willing to pay any additional fees that may be incurred in the preparation and research of our FOIA request to your agency, including any charges to expedite said request.  Any attempt to redirect or delay this request (such as telling me to send this request to CENTCOM or Bagram, etc, etc) will be considered a denial under the FOIA laws and will be immediately followed with an appeal, and if denied, a lawsuit.

Please return the information to the address above.  Thank you for your assistance,

J. K. Idema

----------------------------
Jack Idema, POW
c/o Russel Brown, United States Consul
United States Embassy – Afghanistan
6180 Kabul Place, Dulles, VA 20189-6180
Kabul Contact: Ph 011-93-70-054200
----------------------------
*Please Copy FOIA Correspondence to my Attorney at:*
John Edward Tiffany, Attorney
PO Box 190, Bloomfield, NJ 07003

# JACK جـــك
### Special Advisor – Afghanistan

31 March 2005
Resent Certified Mail on 5 April 2005

FREEDOM OF INFORMATION ACT OFFICES
United States Department of Defense, and
United States Department of the Army
Directorate for Freedom of Information
1155 Defense Pentagon
Washington, DC 20301-1155

**Subject: FOIA Request**
**Reference: FOX News FOIA #2/CENTCOM Contact**

Dear Sir or Madam,

The following information is requested under the Freedom of Information Act, regarding correspondence, emails, documents, memorandum or other FOIA required information between FOX NEWS (or any employee thereof) and CENTCOM, DIA, DOD, or any branch of the Department of the Army.

We are seeking all correspondence and documents sent or received between April 2004 and December 2004 which specifically refer to or relate to Afghanistan **or** (not and, OR) Jack Idema, JK Idema, J. Keith Idema.

As per the requirement of a "willingness to pay" statement; please accept this letter as a confirmation that we are willing to pay any additional fees that may be incurred in the preparation and research of our FOIA request to your agency, including any charges to expedite said request. Any attempt to redirect or delay this request (such as telling me to send this request to CENTCOM or Bagram, etc, etc) will be considered a denial under the FOIA laws and will be immediately followed with an appeal, and if denied, a lawsuit.

Please return the information to the address above. Thank you for your assistance,

s/
J. K. Idema

Jack Idema, POW
c/o Russel Brown, United States Consul
United States Embassy – Afghanistan
6180 Kabul Place, Dulles, VA 20189-6180
Kabul Contact: Ph 011-93-70-054200

*Please Copy FOIA Correspondence to my Attorney at:*
John Edward Tiffany, Attorney
PO Box 190, Bloomfield, NJ 07003
US Ph: 973/566-9300 - US Fax: 973/566-0007

F26

# EXHIBIT 7

Special Advisor – Afghanistan     D5-F-150

4 April 2005

FREEDOM OF INFORMATION ACT OFFICES
United States Department of Defense
Directorate for Freedom of Information
1155 Defense Pentagon
Washington, DC 20301-1155

                          **Subject:  FOIA Request**
                          **Reference: Linda Vester FOIA #1/Award**

Dear Sir or Madam,

The following information is requested under the Freedom of Information Act, regarding
LINDA VESTER of FOX NEWS.

We are seeking all correspondence and documents related to ANY AND ALL, Department
of Defense or Department of the Army awards to LINDA VESTER, to include any medals
or Infantry Awards and/or commendations LINDA VESTER received between 2002 and
2005 for "meritorious service" or other activities or service.  This also includes the
supporting documentation and requests for LINDA VESTER to receive any and all awards
from the Department of Defense/Department of the Army, or the Infantry School.

Further, we are requesting ALL documents to or from any and all persons involved in any
awards to FOX News or to any FOX News employee, in any way, such as: arranging,
approving, or recommending this (or any award) award. This specifically includes, but is
not limited to: Colonel Robert C. Morris, Jr. and all documents, and emails, linking
COLONEL MORRIS to this award and all FOX News award commendations, or
recommendations for any DOD related commendations.

As per the requirement of a  "willingness to pay" statement; please accept this letter as a
confirmation that we are willing to pay any additional fees that may be incurred in the
preparation and research of our FOIA request to your agency, including any charges to
expedite said request.  Any attempt to redirect or delay this request, will be considered a
denial under the FOIA laws and will be immediately followed with an appeal.


Please return the information to the address above.  Thank you for your assistance,


J. K. Idema


--------------------------
Jack Idema, POW
c/o Russel Brown, United States Consul
United States Embassy – Afghanistan
6180 Kabul Place, Dulles, VA 20189-6180
Kabul Contact: Ph 011-93-70-054200
--------------------------
*Please Copy FOIA Correspondence to my Attorney at:*
John Edward Tiffany, Attorney
PO Box 190, Bloomfield, NJ  07003

# JACK  جـــک
## Special Advisor – Afghanistan

4 April 2005 by Registered Mail
Originally sent 31 March 2005

FREEDOM OF INFORMATION ACT OFFICES
United States Department of Defense
Directorate for Freedom of Information
1155 Defense Pentagon
Washington, DC 20301-1155

**Subject:  FOIA Request**
**Reference: Linda Vester FOIA #1/Award**

Dear Sir or Madam,

The following information is requested under the Freedom of Information Act, regarding LINDA VESTER of FOX NEWS.

We are seeking all correspondence and documents related to ANY AND ALL, Department of Defense or Department of the Army awards to LINDA VESTER, to include any medals or Infantry Awards and/or commendations LINDA VESTER received between 2002 and 2005 for "meritorious service" or other activities or service.  This also includes the supporting documentation and requests for LINDA VESTER to receive any and all awards from the Department of Defense/Department of the Army, or the Infantry School.

Further, we are requesting ALL documents to or from any and all persons involved in any awards to FOX News or to any FOX News employee, in any way, such as: arranging, approving, or recommending this (or any award) award. This specifically includes, but is not limited to: Colonel Robert C. Morris, Jr. and all documents, and emails, linking COLONEL MORRIS to this award and all FOX News award commendations, or recommendations for any DOD related commendations.

As per the requirement of a  "willingness to pay" statement; please accept this letter as a confirmation that we are willing to pay any additional fees that may be incurred in the preparation and research of our FOIA request to your agency, including any charges to expedite said request.  Any attempt to redirect or delay this request, will be considered a denial under the FOIA laws and will be immediately followed with an appeal.

Please return the information to the address above.  Thank you for your assistance,

S/
J. K. Idema

Jack Idema, POW
c/o Russel Brown, United States Consul
United States Embassy – Afghanistan
6180 Kabul Place, Dulles, VA 20189-6180
Kabul Contact: Ph 011-93-70-054200

*Please Copy FOIA Correspondence to my Attorney at:*
John Edward Tiffany, Attorney
PO Box 190, Bloomfield, NJ  07003
US Ph:  973/566-9300 - US Fax: 973/566-0007

F 28

# EXHIBIT 8



**DEPARTMENT OF DEFENSE**
OFFICE OF FREEDOM OF INFORMATION AND SECURITY REVIEW
1155 DEFENSE PENTAGON
WASHINGTON, DC 20301-1155

JUN 0 6 2005

Ref:   05-F-1499
        05-F-1501

Mr. Jack Idema
c/o Russel Brown, United States Consul
United States Embassy – Afghanistan
6180 Kabul Place
Dulles, VA 20189-6180

Dear Mr. Idema:

This is an interim response to your Freedom of Information Act (FOIA) requests dated March 31, 2005, and April 4, 2005, respectively. We received your letters on May 6, 2005.

Your cases have been assigned FOIA case numbers 05-F-1499 (March 31 letter) and 05-F-1501(April 4 letter), and are being processed as expeditiously as possible in accordance with procedural requirements promulgated in Department of Defense (DoD) Regulation 5400.7-R, and on the Internet at: http://www.defenselink.mil/pubs/foi/. The actual processing time will depend upon the complexity of your requests, including whether they involve sensitive or voluminous records, extensive searches, consultation among DoD components or other agencies, and our administrative workload, which is in excess of 1,950 cases.

Due to the size and complexity of the DoD, there is no central repository for all DoD records. This office is responsible for responding to FOIA requests for records of the components of the Office of the Secretary of Defense and the Joint Staff (OSD/JS). The several components of the DoD, including the military departments, separate defense agencies and Combatant Commands (e.g., Department of the Army, Defense Intelligence Agency, CENTCOM) operate their own Freedom of Information offices to respond to requests for records for which they are responsible. These procedures also are provided in DoD 5400.7. Since you specifically requested that your requests not be redirected to



any other entity, we are confining the processing of your requests to OSD; your request will not be redirected to any other DoD component.  Once we complete the processing of your requests within OSD/PA, we will provide you with a substantive response.  If you have any questions, please contact the action officer assigned to your case, Mr. David Martinez, (703) 696-3183.

Sincerely,

C.Y. Talbott
Chief

cc:  Mr. John Edward Tiffany
     Attorney

2

# EXHIBIT 9



**DEPARTMENT OF DEFENSE**
OFFICE OF FREEDOM OF INFORMATION
1155 DEFENSE PENTAGON
WASHINGTON, DC 20301-1155

18 JAN 2006

Ref: 05-F-1499
05-F-1501

Mr. Jack Idema
c/o Consular Section
US Embassy
Great Massoud Road
Kabul, Afghanistan

Dear Mr. Idema:

This responds to your Freedom of Information Act (FOIA) requests dated March 31 and April 4, 2005.

We processed your FOIA requests within the Office of the Secretary of Defense. With regard to those requests, a search conducted by the Office of the Assistant Secretary of Defense (Public Affairs) produced no records responsive to your requests.

As this matter is in litigation, further appeal rights are moot.

Sincerely,

*Will Kammer*

Will Kammer
Chief

cc:
John E. Tiffany