**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

J.K. IDEMA, <u>et al.</u>,                                      )
                                                               )
        Plaintiffs,                                    )     No. 05 CV 01334 (EGS)
                                                               )
        v.                                             )
                                                               )
UNITED STATES DEPARTMENT OF STATE, <u>et al.</u>,              )
                                                               )
        Defendants.                                    )

---

**EXHIBIT E**
**DECLARATION OF MARGARET A. BESTRAIN**
**(DIA)**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

J.K. IDEMA, et al.                          )
                                            )
            Plaintiffs,                     )
                                            )
                                            )   Civil Action No. 05-1334 (EGS)
        vs.                                 )
                                            )
DEPARTMENT OF STATE, et al.,                )
                                            )
            Defendants.                     )
                                            )

## DECLARATION OF MARGARET A. BESTRAIN
## CHIEF OF THE PUBLIC ACCESS BRANCH
## DEFENSE INTELLIGENCE AGENCY

I, Margaret A. Bestrain, hereby declare the following to be true to the best of my

knowledge and belief:

1.      I am the Chief of the Public Access Branch for the Directorate of Administration

(DAN-1A), which receives, processes and responds to requests for DIA records under the

FOIA and the Privacy Act, and I am the initial denial authority for this Agency. At my

direction, DIA personnel search Agency record systems under their control to identify

documents and other information that may be responsive to individual requests. They

forward any potentially responsive records located to my office, to determine whether

responsive records should be withheld under any applicable statutory FOIA or Privacy

Act exemptions. The activities of my Branch are governed by the Department of

Defense, *"DoD Freedom of Information Act Program Regulation,"* found at 32 C.F.R.

Part 286, as supplemented by the *"Defense Intelligence Agency (DIA) Freedom of*

*Information Act*" regulation found at 32 C.F.R. Part 292. I have served in this position
since October 2001.

2.    Prior to my current position, I served at DIA as a senior member of the office
responsible for records management, Chief of DIA's Document Scanning Division, and
Chief of the Reference and Research Library containing intelligence records of DIA and
other agencies. Before coming to work for DIA, I was the Chief of Library Services for
the Office of Naval Intelligence.

3.    In the course of my official duties at DIA, I have become personally familiar
with the FOIA requests discussed below. The statements made herein are based upon my
personal knowledge, upon information made available to me in my official capacity and
upon determinations made by me in accordance therewith.

4.    This declaration is made in support of the government's Motion to Dismiss and/or
for Summary Judgment in this civil action.

5.    By letter dated April 4, 2005, Mr. John Tiffany forwarded two FOIA requests to
this office. The first of these requests was dated March 15, 2005 and addressed to the
FOIA Offices of the Department of the Army and the Department of Defense c/o the
Pentagon. The second request was dated April 4, 2005 and was addressed to this office.
Both requests sought certain information regarding a Captain Brendan Donnelly, who
was alleged to have "work[ed] with various DIA activities." The March 15 request, but

neither the April 4 request nor the April 4 cover letter, indicates that Mr. Tiffany is
"attorney-of-record for Jack Idema." A true and correct copy of the April 4, 2005 letter
from Mr. Tiffany, and the FOIA requests attached thereto, is attached hereto as Exhibit 1.

6.      By letter dated April 21, 2005, I responded to Mr. Tiffany's requests and asked
that he submit "in writing a notarized or sworn authorization from Brendan J. Donnelly to
release records" to Mr. Tiffany. I also asked that Mr. Tiffany provide additional
identifying information with respect to Captain Donnelly for use in conducting a search
for responsive records. A true and correct copy of my April 21, 2005 letter to Mr.
Tiffany is attached hereto as Exhibit 2.

7.      By letter dated May 6, 2005, Mr. Tiffany responded to my letter. His response
stated, *inter alia*, that "we are not requesting the disclosures of personal information and
advise you again that personal information such as SSNs, DOBs etc may be redacted."
Mr. Tiffany further asserted that "[t]his clearly resolves your concerns and issues relating
to privileged personal information not obtainable through FOIA without a release from
Captain Donnelly." Mr. Tiffany also asserted that he had provided sufficient identifying
information on Captain Donnelly. Mr. Tiffany did not provide an authorization from
Captain Donnelly to release records to Mr. Tiffany. A true and correct copy of Mr.
Tiffany's May 6, 2005 letter is attached hereto as Exhibit 3.

8.      Based on the substance of Mr. Tiffany's request, my office determined that five
DIA components had potential cognizance over documents that would, if discovered, be

responsive to Mr. Tiffany's request. They are: the Directorate for Administration[1],
Directorate for Information Management[2], Directorate for Human Intelligence, the Joint
Military Intelligence College[3] and the Office of the Inspector General. Our office tasked
each of these five directorates to conduct a comprehensive search of their files for
potentially responsive documents, based on their respective roles in the intelligence
collection, analysis and dissemination mission of DIA. All responses to those taskings
were negative, and no responsive documents have been discovered.

9.    The following searches were conducted by the Directorate for Administration:

    a.  The Office for Counterintelligence searched its primary database using the
search term: "Brendan Donnelly" and variations thereof. No responsive
records were found.

    b.  The Personnel Security Division searched its databases containing records
of the adjudication and investigation of candidates for security clearance
using the search terms "Donnelly, Brendan" and "Donnelly, Brendan J."
No responsive records were found.

    c.  The Protective Services Division searched its database of information
accessible by subject name using the terms "Brendan" and "Donnelly."
No responsive records were found.

---

[1] The Directorate of Administration's Office of Human Resources managed the Agency's systems of
records on awards and commendations, a task now conducted by the DIA's Directorate for Human Capital.

[2] Included in the Directorate for Information Management's task was a search of the Analytic Support
Division, which operates DIA's repository for intelligence reports and electronic messages. The repository
contains documents and electronic message traffic dated 1987 to the present.

[3] The Joint Military Intelligence College has since been renamed the National Defense Intelligence College.

d.  The Office of Human Resources searched the DIA Joint Military Awards database for the period April 2004 to August 2004, using the parameters "Brendan J. Donnelly, CPT, USA." It also searched hard copy files for the same time period and requested award documentation information from the Iraq Survey Group under the same parameters. No responsive documents were found.

10.  The Directorate for Information Management's Analytic Support Division searched two databases. The first, the Web Intelligence Search Engine (WISE) contains message traffic from various commands, components and agencies of the national defense and intelligence communities. The second database, the Infosphere Management System (ISM), contains finished intelligence and analytic documents. Searches were conducted using the terms "Brendan J Donnelly," "Brendan Donnelly," "Donnelly Brendan" and "Donnelly Brendan J." No responsive records were found.

11.  The Directorate for Human Intelligence searched its personnel database for current and inactive files using the terms "Donnelly" and "Brendan J. Donnelly." It also searched hard copy files in its Military Awards and Evaluations Division. No responsive records were found.

12.  The Joint Military Intelligence College conducted a search of its Student Record Database and the College Information System e-mail files using the terms "Donnelly,"

"Brendan Donnelly," "Brendan J. Donnelly" and "Rolex". No responsive records were found.

13.    The Office of the Inspector General conducted a search of its Management Information System and Internal Local Area Network Drive using the term "Donnelly." No responsive records were found.

14.    DIA also conducted a separate search of the same component files described above for call records matching the telephone number 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-2641, as specified in Mr. Tiffany's March 15, 2005 request. The search revealed that the neither the phone number 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-2641 nor any terminal to which it was assigned is under the ownership or control of DIA. No responsive records concerning the phone number have been found.

15.    By letters dated December 7, 2005, and February 9, 2006, Mr. Tiffany was informed that no responsive records were found. Mr. Tiffany was also provided with information regarding how to appeal this determination. To date, Mr. Tiffany has not filed any such appeal.

16.    This office has conducted a search of its records of FOIA requests received and, other than the FOIA requests discussed above, has not received any other FOIA requests from Mr. Tiffany, Jack Idema, Brent Bennett or Edward Caraballo.

I certify under penalty of perjury that the foregoing is true and correct to the best of my

knowledge and belief.

Executed this 29th day of March 2007

Margaret A. Bestrain

**1**

LAW OFFICES
# JOHN E. TIFFANY, P.C.

55 WASHINGTON STREET
P.O. BOX 190
BLOOMFIELD, N.J. 07003

MEMBERS OF NJ & NY BARS

TEL: (973) 566-9300
FAX: (973) 566-9701
jet4444@bellatlantic.net

April 4, 2005

**Certified Mail, R.R.R.**
Defense Intelligence Agency
DAN-1A (FOIA)
Washington, DC 20340-5100

RE: **Freedom of Information Act Requests #1 & #2 – 3/15/05 Donnelly Bronze Star & 4/4/05 Donnelly (Rolex)**

Dear Sir/Madam:

Enclosed please find Freedom of Information Act requests #1 & #2. Request #1 was originally sent to the address listed on the letter, and is now forwarded to your attention with request #2. Please process the requests accordingly, and forward any and all documents to the address above.

Thank you for your cooperation and assistance.

Very truly yours,

JOHN EDWARDS TIFFANY
JET/las

Cc: Mr. Jack Idema

(# 7002-0460-0001-1478-2083)

LAW OFFICES

# JOHN E. TIFFANY, P.C.

55 WASHINGTON STREET
P.O. BOX 190
BLOOMFIELD, N.J. 07003

MEMBERS OF NJ & NY BARS

TEL: (973) 566-9300
FAX: (973) 566-9701
jet4444@bellatlantic.net

March 15, 2005

**Certified Mail, R.R.R.
& Regular Mail**
Freedom of Information Act Office
United States Department of Army
United States Department of Defense
Directorate for Freedom of Information
1155 Defense Pentagon
Washington, DC 20301-1155

RE:  **Freedom of Information Act Request
#03-15-05**

Dear Sir/Madam:

        I am the attorney-of-record for Jack Idema.  To that
point, the following information is requested under the
Freedom of Information Act regarding BRENDAN J. DONNELLY,
CAPTAIN, US ARMY.  CAPTAIN DONNELLY was assigned to the
Combined Joint Task Force 180 headquartered at BAGRAM
AIRBASE, and under the command of LTG DAVID BARNO in 2004.

        We are seeking all correspondence and documents
related to ANY AND ALL Department of Defense or Department
of Army awards to BRENDAN J. DONNELLY, to include the
Bronze Star medal and accompanying commendation CAPTAIN
DONNELLY received in 2004 for meritorious service for his
duties in Afghanistan between (on or about) April 2004 and
August 2004.  This also includes the supporting
documentation and requests for CAPTAIN DONNELLY to receive
any and all awards from the Department of Defense or the
Department of Army.

        Additionally, we are requesting all releasable files
for CAPTAIN DONNELLY including, but not limited to, the
phone records for 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-2641, which was a TASK FORCE
180 issued phone, and all documents, correspondence,
reports, emails between CAPTAIN DONNELLY and CJTF-180
between April 10, 2004 and October 2004, including, but not
limited to:  all documents to or from CAPTAIN DONNELLY or

written by CAPTAIN DONNELLY in which he refers to JACK, *aka* JACK IDEMA *aka* any subject name containing the words "JACK" or "IDEMA" and from or to LIEUTENANT COLONIAL MARCUS MONTERO, USAF (attached to DIA); and LIEUTENANT COLONEL ERIC HOMAN (OR HOLMAN), US ARMY, also believed to be assigned to CJTF-180 at Bagram.

As per requirement of a "willingness to pay" statement, please accept this letter as a confirmation that we are willing to pay any additional fees that may be incurred in the preparation and research of our FOIA request to your agency, including any charges to expedite said request.  Please return the information to the above address.

Thank you for your assistance.

Very truly yours,

JOHN EDWARDS TIFFANY
JET/las
(#7004-1160-0006-2844-7303)

Cc:  Mr. Jack Idema

LAW OFFICES

# JOHN E. TIFFANY, P.C.

55 WASHINGTON STREET
P.O. BOX 190
BLOOMFIELD, N.J. 07003

MEMBERS OF NJ & NY BARS

TEL: (973) 566-9300
FAX: (973) 566-9701
jet4444@bellatlantic.net

April 4, 2005

**Certified Mail, R.R.R.**
Defense Intelligence Agency
DAN-1A (FOIA)
Washington, DC 20340-5100

**RE:** **Freedom of Information Act Request #2 - 4/4/05**
**Donnelly (Rolex)**

Dear Sir/Madam:

The following information is requested under the
Freedom of Information Act, regarding BRENDAN J. DONNELLY,
CAPTAIN, US ARMY.  CAPTAIN DONNELLY was assigned to the
Combined Joint Task Force 180 headquartered at BAGRAM
AIRBASE, and under the command of LTG DAVID BARNO in 2004,
and working with various DIA activities.

I am seeking all correspondence and documents to ANY
AND ALL Department of Defense or Department of the Army
awards to BRENDEN J. DONNELLY, to include a Rolex Watch and
any accompanying commendations CAPTAIN DONNELLY received in
2004 for meritorious service for his duties in Afghanistan
between (on or about) April 2004 and August 2004.  This
also includes the supporting documentation and requests for
CAPTAIN DONNELLY to receive any and all awards from the
Department of Defense or Army, DIA, CENTCOM and ALL other
government agencies he may have worked with or been
assigned to.

I am requesting all documents to CAPTAIN DONNELLY
including, but not limited to, any and all emails sent by
CAPTAIN DONNELLY between April 10, 2004 and October 2004,
including, but not limited to, all documents to or from
CAPTAIN DONNELLY or written by CAPTAIN DONNELLY.

As per the requirement of a "willingness to pay"
statement. Please accept this letter as a conformation that

I am willing to pay any additional fees that may be
incurred in the preparation and research of my FOIA request
to your agency, including any charges to expedite said
request. Please return the information to the address
above.

Thank you for your cooperation and assistance.

Very truly yours,

JOHN EDWARDS TIFFANY
JET/las

Cc:  Mr. Jack Idema

**2**

**DEFENSE INTELLIGENCE AGENCY**

WASHINGTON, D.C. 20340-5100

U-/DAN-1A(FOIA)                          21 April 2005

Mr. John E. Tiffany, PC
55 Washington Street
P.O. Box 190
Bloomfield, NJ 07003

Dear Mr. Tiffany :

This responds to your recent letter wherein you sought all records concerning Brendan J.
Donnelly.

Please submit in writing a notarized or sworn authorization from Brendan J. Donnelly to release
records to you. Additionally, please provide sufficient identifying information on the individual
for use in conducting a search of DIA's records system. Cite case number 0360-05 in any
correspondence with this agency

                         Sincerely,

                         Brian S. Kinsey
                         Chief, Freedom of Information Act Staff



**3**

LAW OFFICES
**JOHN E. TIFFANY, P.C.**

55 WASHINGTON STREET
P.O. BOX 180
BLOOMFIELD, N.J. 07003

MEMBERS OF NJ & NY BARS

TEL: (973) 566-9300
FAX: (973) 566-9701
jet4444@bellatlantic.net

May 6, 2005

**Certified Mail, R.R.R.**
Defense Intelligence Agency
DAN-1A (FOIA)
Washington, DC 20340-5100
Attn: Brian S. Kinsey,
      Chief, FOIA Staff

RE:  **Freedom of Information Act Requests #1 & #2 –**
     **3/15/05 Donnelly Bronze Star & 4/4/05 Donnelly (Rolex)**
     **Case Number 0360-05**

Dear Mr. Kinsey:

As you are aware, I am the attorney-of-record for Jack Idema. To that point, please accept this letter in response to your letter of April 21, 2005 relative to the above-referenced matter.

First, your letter is inaccurate. The FOIA requests as identified above did not request all records. In fact, the requests were narrowly tailored and sought fact specific information pertaining to Captain Brendan J. Donnelly for the period from April 10, 2004 to October 2004 during his assignment to the Combined Joint Task Force 180 headquartered at Bagram Airbase, and under the command of LTG David Barno in 2004. As such, I request that you refer to the letter requests once again to clarify what it is we have specifically requested therein.

Second, we are not requesting the disclosures of personal information and advise you again that personal information such as SSNs, DOBs etc may be redacted. This clearly resolves your concerns and issues relating to privileged personal information not obtainable through FOIA without a release from Captain Donnelly. As an example, you may redact Captain Donnolly's SSN off his Bronze Start certificate and paperwork.

Finally, we have provided you sufficient identifying information on Captain Donnelly. As such, please process our requests as required by law.

Thank you.

Very truly yours,

JOHN EDWARDS TIFFANY
JET/las

Cc: Mr. Jack Idema



**4**



**DEFENSE INTELLIGENCE AGENCY**

**WASHINGTON, D.C. 20340-5100**



**DEC 0 7 2005**

U-4,005-06/DAN-1A(FOIA)

Mr. John E. Tiffany
55 Washington Street
P.O. Box 190
Bloomfield, NJ 07003

Dear Mr. Tiffany:

This responds to your request under the Freedom of Information Act dated 4 April 2005. Therein you requested records regarding Brendan J. Donnelly, Captain, U.S. Army for the time period 10 April 2004 to October 2004. All searches have been completed except for a search for the phone records for phone number 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-2641. DIA is currently conducting a search on that phone number, and you will be advised of the results of that search when it is completed.

As for the remainder of your request, searches were conducted by the offices responsible for the repositories for message traffic and published intelligence; personnel actions and military awards; security and background investigations; and inspector general investigations. As a result of these searches, DIA determined that this Agency has no records responsive to your request.

If you believe this Agency should have records responsive to your request, you are advised that a requester may appeal, within 60 days, DIA's attempt to locate records. You may exercise this right by referring to case number #0360-05 and addressing your appeal to:

> Defense Intelligence Agency
> ATTN: DAN-1A(FOIA)
> Washington, DC 20340-5100

Sincerely,

*Margaret A. Bestrain*

Margaret A. Bestrain
Chief, Public Access Branch

**5**



**DEFENSE INTELLIGENCE AGENCY**

WASHINGTON, D.C. 20340-5100



U-7,512-06/DAN-1A(FOIA)

**FEB 0 9 2006**

Mr. John E. Tiffany
55 Washington Street
P.O. Box 190
Bloomfield, NJ 07003

Dear Mr. Tiffany:

This is in further response to your request under the Freedom of Information Act dated 4 April 2005, and addresses your request for records regarding phone number 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-2641. Searches were conducted by offices responsible for the repositories for message traffic and published intelligence; personnel actions and military awards; security and background investigations; and inspector general investigations. As a result of these searches, DIA determined that the phone number 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-2641 does not belong to DIA, so DIA has no record of calls made from that number. It was also determined that no calls were made from DIA telephone systems to that specific number.

If you believe this Agency should have records responsive to your request, you are advised that a requester may appeal, within 60 days, DIA's attempt to locate records. You may exercise this right by referring to case number #0360-05 and addressing your appeal to:

> Defense Intelligence Agency
> ATTN: DAN-1A(FOIA)
> Washington, DC 20340-5100

Sincerely,

Margaret A. Bestrain
Chief, Public Access Branch