# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

---

J.K. IDEMA, <u>et al.</u>,                    )
                                          )
          Plaintiffs,                    )          No. 05 CV 01334 (EGS)
                                            )
          v.                              )
                                            )
UNITED STATES DEPARTMENT OF STATE, <u>et al.</u>,    )
                                            )
          Defendants.                    )

---

## EXHIBIT F
## DECLARATION OF BARBARA GARRIS
## (ARMY)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| J.K. IDEMA, EDWARD CARABALLO, and BRENT BENNETT, | ) ) ) | |
| Plaintiffs, | ) ) | No. 05 CV 01334 (EGS) |
| v. | ) ) | |
| UNITED STATES DEPARTMENT OF STATE, et al., | ) ) ) | |
| Defendants. | ) ) ) | |

## DECLARATION OF BARBARA GARRIS

I, Barbara Garris, hereby declare as follows:

1.        I am a Program Analyst, Freedom of Information Act and Privacy Act Specialist,

for the U.S. Army and work at the U.S. Army Freedom of Information Act (FOIA) and Privacy

Act (PA) Office, Fort Belvoir, Virginia.  My responsibilities consist of receiving and tracking

requests for Army information, evaluating the appropriateness of requests and compliance with

statutory requirements, researching Army areas likely to maintain responsive information,

preparing responses to requesters and referring requests to the appropriate agency.  In addition to

processing FOIA requests, I develop policy and provide interpretation and advice to Army

activities regarding overall implementation requirements of the Army FOIA program.  The

information provided herein is based on my personal knowledge and information provided to me

in the course of my employment.

2.        The Army FOIA and PA Office is not a repository for Department of Army

records.  The Army operates a decentralized FOIA program, wherein each office or military

installation maintains its own records and operates its own FOIA office. Our mission is to

facilitate and implement provisions for access and release of information from Army information

systems (automated and manual) pursuant to the Freedom of Information Act (5 U.S.C. § 552)

and the Privacy Act (5 U.S.C. § 552a).

3.          On April 8, 2005, this office received a FOIA request dated April 4, 2005, from

Mr. John Tiffany (Exhibit 1). The request consisted of a cover letter and two attached FOIA

requests, the first dated March 15, 2005 and addressed to the Department of the Army c/o the

Pentagon and the second dated April 4, 2005 and addressed to this office. Both of the requests

sought certain records regarding a Captain Brendan Donnelly.

4.          This office determined that the National Personnel Records Center (NPRC), St.

Louis, Missouri, would be the agency likely to have records responsive to Mr. Tiffany's request.

Mr. Tiffany's request, however, neglected to provide personal identifiers (such as Social Security

number and date of birth) regarding Captain Donnelly, which would assist NPRC in locating

relevant records. Rather than refer Mr. Tiffany's request to the NPRC for processing, therefore,

this office responded to Mr. Tiffany's request by letter dated April 27, 2005 (Exhibit 2). That

response advised Mr. Tiffany that this office is not a repository for Department of Army

documents and therefore does not have records responsive to his request. The response further

informed Mr. Tiffany that such records are likely to be maintained by NPRC, provided him with

NPRC's mailing address and Website address, and advised him that he should write to NPRC

and provide the full name, Social Security number and/or date of birth of the subject of his

request. The response also advised Mr. Tiffany that the release of certain information to a third-

party requires a release authorization from the subject of the file. Mr. Tiffany did not respond to

this letter or otherwise pursue his FOIA request further with this office.

5.      In connection with the above-pending litigation and defendants' Motion to Dismiss and/or for Summary Judgment, this office conducted a search of Department of Army FOIA records for any other FOIA requests submitted to the Army by Jack a/k/a Jonathan a/ka/ J.K. Idema, Brent Bennet, Edward Caraballo or John Tiffany from July 2004 through June 2005. We conducted this search using the Army's automated case management application, the Freedom of Information Act and Privacy Act Case Tracking System (FACTS). The FACTS is a database that maintains a log of approximately 75% of Army FOIA and Privacy Act requests. The FACTS was implemented Army-wide in 2004; however, several Army FOIA Offices do not enter their FOIA request data into the FACTS database.

6.      Our review of the FACTS database identified a FOIA request from Mr. Tiffany forwarded to the Army's Human Resources Command in St. Louis by U.S. Central Command (CENTCOM) on or about May 4, 2006, and a response provided to Mr. Tiffany by that office on June 6, 2006 (Exhibit C). The request forwarded by CENTCOM was substantively identical to Mr. Tiffany's April 4, 2005 request to this office.

7.      Our review of the FACTS database did not identify any other FOIA requests made to this office or any other Army component by Messrs. Tiffany, Idema, Bennett, or Caraballo from July 2004 through June 2005.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 26th day of March, 2007.

BARBARA GARRIS
FOIA/PA Program Analyst

1

JUN-06-1996  05:27                                                          P.07/09

LAW OFFICES
# JOHN E. TIFFANY, P.C.

55 WASHINGTON STREET
P.O. Box 190
BLOOMFIELD, N.J. 07003

MEMBERS OF NJ & NY BARS

TEL: (973) 566-9300
FAX: (973) 566-9701
jet4444@bellatlantic.net

April 4, 2005

**Certified Mail, R.R.R.**
Department of the Army
Freedom of Information
And Privacy Act
7701 Telegraph Road
Alexandria, VA 22315-3860
Attn:  AHRC-PDD-FP

**RE:  Freedom of Information Act Requests #1 & #2 –
3/15/05 Donnelly Bronze Star & 4/4/05 Donnelly (Rolex)**

Dear Sir/Madam:

Enclosed please find Freedom of Information Act
requests #1 & #2. Request #1 was originally sent to the
address listed on the letter, and is now forwarded to your
attention with request #2. Please process the requests
accordingly, and forward any and all documents to the
address above.

.   Thank you for your cooperation and assistance.

Very truly yours,

JOHN EDWARDS TIFFANY
JET/las

Cc:  Mr. Jack Idema

(# 7007 - 0460 - 0001 - 1423 -2076)

LAW OFFICES

# JOHN E. TIFFANY, P.C.

55 WASHINGTON STREET
P.O. Box 190
BLOOMFIELD, N.J. 07003

MEMBERS OF NJ & NY BARS

TEL: (973) 566-9300
FAX: (973) 566-9701
jet4444@bellatlantic.net

March 15, 2005

**Certified Mail, R.R.R.**
**& Regular Mail**
Freedom of Information Act Office
United States Department of Army
United States Department of Defense
Directorate for Freedom of Information
1155 Defense Pentagon
Washington, DC 20301-1155

## RE:   **Freedom of Information Act Request**
       **#03-15-05**

Dear Sir/Madam:

        I am the attorney-of-record for Jack Idema.   To that
point, the following information is requested under the
Freedom of Information Act regarding BRENDAN J. DONNELLY,
CAPTAIN, US ARMY.   CAPTAIN DONNELLY was assigned to the
Combined Joint Task Force 180 headquartered at BAGRAM
AIRBASE, and under the command of LTG DAVID BARNO in 2004.

        We are seeking all correspondence and documents
related to ANY AND ALL Department of Defense or Department
of Army awards to BRENDAN J. DONNELLY, to include the
Bronze Star medal and accompanying commendation CAPTAIN
DONNELLY received in 2004 for meritorious service for his
duties in Afghanistan between (on or about) April 2004 and
August 2004.   This also includes the supporting
documentation and requests for CAPTAIN DONNELLY to receive
any and all awards from the Department of Defense or the
Department of Army.

        Additionally, we are requesting all releasable files
for CAPTAIN DONNELLY including, but not limited to, the
phone records for 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-2641, which was a TASK FORCE
180 issued phone, and all documents, correspondence,
reports, emails between CAPTAIN DONNELLY and CJTF-180
between April 10, 2004 and October 2004, including, but not
limited to:   all documents to or from CAPTAIN DONNELLY or

written by CAPTAIN DONNELLY in which he refers to JACK, *aka*
JACK IDEMA *aka* any subject name containing the words "JACK"
or "IDEMA" and from or to LIEUTENANT COLONIAL MARCUS
MONTERO, USAF (attached to DIA); and LIEUTENANT COLONEL
ERIC HOMAN (OR HOLMAN), US ARMY, also believed to be
assigned to CJTF-180 at Bagram.

As per requirement of a "willingness to pay"
statement, please accept this letter as a confirmation that
we are willing to pay any additional fees that may be
incurred in the preparation and research of our FOIA
request to your agency, including any charges to expedite
said request.  Please return the information to the above
address.

Thank you for your assistance.

Very truly yours,

JOHN EDWARDS TIFFANY
JET/las
(#7004-1160-0006-2844-7303)

Cc:  Mr. Jack Idema

LAW OFFICES
# JOHN E. TIFFANY, P.C.

55 WASHINGTON STREET
P.O. BOX 190
BLOOMFIELD, N.J. 07003

MEMBERS OF NJ & NY BARS

TEL: (973) 566-9300
FAX: (973) 566-9701
jet4444@bellatlantic.net

April 4, 2005

### Certified Mail, R.R.R.
Department of the Army
Freedom of Information
and Privacy Act
7701 Telegraph Road
Alexandria, VA 22315-3860
Attn: AHRC-PDD-FP

### RE:  Freedom of Information Act Request #2 - 4/4/05
### Donnelly (Rolex)

Dear Sir/Madam:

The following information is requested under the
Freedom of Information Act, regarding BRENDAN J. DONNELLY,
CAPTAIN, US ARMY.  CAPTAIN DONNELLY was assigned to the
Combined Joint Task Force 180 headquartered at BAGRAM
AIRBASE, and under the command of LTG DAVID BARNO in 2004,
and working with various DIA activities.

. I am seeking all correspondence and documents to ANY
AND ALL Department of Defense or Department of the Army
awards to BRENDEN J. DONNELLY, to include a Rolex Watch and
any accompanying commendations CAPTAIN DONNELLY received in
2004 for meritorious service for his duties in Afghanistan
between (on or about) April 2004 and August 2004.  This
also includes the supporting documentation and requests for
CAPTAIN DONNELLY to receive any and all awards from the
Department of Defense or Army, DIA, CENTCOM and ALL other
government agencies he may have worked with or been
assigned to.

I am requesting all documents to CAPTAIN DONNELLY
including, but not limited to, any and all emails sent by
CAPTAIN DONNELLY between April 10, 2004 and October 2004,
including, but not limited to, all documents to or from
CAPTAIN DONNELLY or written by CAPTAIN DONNELLY.

        As per the requirement of a "willingness to pay"
statement. Please accept this letter as a conformation that
I am willing to pay any additional fees that may be
incurred in the preparation and research of my FOIA request
to your agency, including any charges to expedite said
request.   Please return the information to the address
above.

        Thank you for your cooperation and assistance.

     Very truly yours,

     JOHN ESWARDS TIFFANY
     JET/las

     Cc:   Mr. Jack Idema

**2**

JUN-06-1996  05:26                                                                                        P.03/09



**DEPARTMENT OF THE ARMY**
FREEDOM OF INFORMATION AND PRIVACY DIVISION
7701 TELEGRAPH ROAD, SUITE 144
ALEXANDRIA, VA 22315-3905

April 27, 2005

DA Freedom of Information and Privacy Division

FOIA 05-1022

Mr. John Edwards Tiffany
Law Offices
John E. Tiffany, P.C.
55 Washington Street
P.O. Box 190
Bloomfield, NJ 07003

Dear Mr. Tiffany:

This responds to your Freedom of Information Act request dated April 4, 2005 and received in our office on April 8, 2005. You are requesting information pertaining to a Mr. Jack Idema aka Captain Brendan J. Donnelly, seeking all correspondence and documents related to any and all Department of Defense or Department of the Army awards, to include the Bronze Star medal and accompanying commendations received in 2004 for meritorious service for his duties in Afghanistan between on or about April 2004 and August 2004. Your request is being processed in accordance with Title 5 United States Code 552, The Freedom of Information Act.

This office is not a repository for Department of the Army (DA) documents; therefore, we do not have records responsive to your request. Please be advised that the Department of the Army FOIA program is decentralized; therefore, the records you are requesting, if they exist, would be located at the office or military installation where the documents originated. The Freedom of Information Act provides the means by which the public can request specific documents from the Army. The requested documents must exist and be in the possession of DA and should be described to the extent that they may be located with a reasonable amount of effort.

Records of an individual's military service, to the extent that they exist, are maintained by NARA, at its records storage facility, the National Personnel Records Center, Military Personnel Records, 9700 Page Avenue, St. Louis, MO 63132-5100, (314) 801-0800. You may access the NPRC website for further information at the following address:
<http://www.archives.gov/facilities/mo/st_louis/military_personnel_records.html>

Printed on Recycled Paper

P.04/09

You should write to that address and provide the full name, social/serial number, and/or date of birth. **The response time may be three to six months or more.** For your convenience and use in requesting military records, I am enclosing a Standard Form 180, Request Pertaining to Military Records. Please complete the form and forward it to the appropriate address as listed on the back of the form. To facilitate electronic assistance, download Adobe Acrobat Reader at http://www.adobe.com, and note Acrobat Reader, at the bottom of the page.

Please be advised that the release of certain information to a third-party, to include the veteran's immediate family members, requires release authorization from the subject of the file, a court order, or proof of death. These provisions have been implemented by NPRC in accordance with the Privacy Act to provide safeguards for a veteran against an invasion of his/her personal privacy to prevent unauthorized release of a veteran's records. Information releasable to a third-party without authorization include, name, service number, rank, dates of service, awards, and place of entry and separation.

If this office can be of further assistance, please contact Ms. Stephanie Courtney, of my staff, at the above address or at (703) 428-6498.

Sincerely,

Bruno C. Leuyer
Chief, U.S. Army Freedom of Information
And Privacy Office

Enclosure

2

**3**



UNITED STATES CENTRAL COMMAND
7115 SOUTH BOUNDARY BOULEVARD
MACDILL A.R FORCE BASE, FLORIDA 33621-5101

0 5 MAY 2006

CCJ6-PBR

MEMORANDUM FOR U.S. ARMY HUMAN RESOURCES COMMAND, ATTN:  MS.
MARSHA JACKSON SPECIAL INQUIRES TEAM
(AHRC-CC-A), 1 RESERVE WAY, ST.LOUS, MO
63132-5200

Reference: FOIA Request # 2005-114 dtd 4 Apr 05

SUBJECT:  Freedom of Information Act (FOIA) Request from Mr.
John E. Tiffany, P.C.

1.  While processing the subject FOIA request, we have
determined that portions of the request inquiring about copies
of awards and other military records fall under your purview.
Therefore, this request is forwarded to your office for
processing and direct response to the requester.  The requester
has been notified of this action by separate correspondence.

2.  If you have any questions, please contact my FOIA managers
MSgt Andrews and SSgt Lawhorn, at (813) 827-6413 or DSN 651-
6413; e-mail FOIA_office@centcom.mil.  Please use the reference
when referring to this request.

Encl
as

TIMOTHY M. OCONNOR
LtCol, USMC
Freedom of Information
Act Officer

LAW OFFICES
JOHN E. TIFFANY, P.C.
55 WASHINGTON STREET
P.O. BOX 190
BLOOMFIELD, N.J. 07003

MEMBERS OF NJ & NY BARS

TEL: (973) 566-9300
FAX: (973) 566-9701
jet4444@bellatlantic.net

April 4, 2005

Certified Mail, R.R.R.
U.S. Central Command
CCJ6-DM (FOIA)
7115 South Boundary Boulevard
MacDill AFB, FL 33621-5510
Attn: MSgt Pamela Andrews

RE:   Freedom of Information Act Requests #1 & #2 -
      3/15/05 Donnelly Bronze Star & 4/4/05 Donnelly (Rolex)

Dear MSgt Andrews:

        Enclosed please find Freedom of Information Act
requests #1 & #2.  Request #1 was originally sent to the
address listed on the letter, and is now forwarded to your
attention with request #2.  Please process the requests
accordingly, and forward any and all documents to the
address above.

        Thank you for your cooperation and assistance.

        Very truly yours,

        JOHN EDWARD TIFFANY
        JET/las

Cc:  Mr. Jack Idema
     (#7002 - 0460 - 0001 - 1428 - 2040)



LAW OFFICES

## JOHN E. TIFFANY, P.C.

55 WASHINGTON STREET
P.O. BOX 190
BLOOMFIELD, N.J. 07003

MEMBERS OF NJ & NY BARS

TEL: (973) 586-9300
FAX: (973) 586-9701
jet4444@bellatlantic.net

March 15, 2005

Certified Mail, R.R.R.
& Regular Mail
Freedom of Information Act Office
United States Department of Army
United States Department of Defense
Directorate for Freedom of Information
1155 Defense Pentagon
Washington, DC 20301-1155

RE:  **Freedom of Information Act Request**
    **#03-15-05**

Dear Sir/Madam:

I am the attorney-of-record for Jack Idema.  To that point, the following information is requested under the Freedom of Information Act regarding BRENDAN J. DONNELLY, CAPTAIN, US ARMY.  CAPTAIN DONNELLY was assigned to the Combined Joint Task Force 180 headquartered at BAGRAM AIRBASE, and under the command of LTG DAVID BARNO in 2004.

We are seeking all correspondence and documents related to ANY AND ALL Department of Defense or Department of Army awards to BRENDAN J. DONNELLY, to include the Bronze Star medal and accompanying commendation CAPTAIN DONNELLY received in 2004 for meritorious service for his duties in Afganistan between (on or about) April 2004 and August 2004.  This also includes the supporting documentation and requests for CAPTAIN DONNELLY to receive any and all awards from the Department of Defense or the Department of Army.

Additionally, we are requesting all releasable files for CAPTAIN DONNELLY including, but not limited to, the phone records for 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-2641, which was a TASK FORCE 180 issued phone, and all documents, correspondence, reports, emails between CAPTAIN DONNELLY and CJTF-180 between April 10, 2004 and October 2004, including, but not limited to:  all documents to or from CAPTAIN DONNELLY or

written by CAPTAIN DONNELLY in which he refers to JACK, *aka* JACK IDEMA *aka* any subject name containing the words "JACK" or "IDEMA" and from or to LIEUTENANT COLONIAL MARCUS MONTERO, USAF (attached to DIA); and LIEUTENANT COLONEL ERIC HOMAN (OR HOLMAN), US ARMY, also believed to be assigned to CJTF-180 at Bagram.

As per requirement of a "willingness to pay" statement, please accept this letter as a confirmation that we are willing to pay any additional fees that may be incurred in the preparation and research of our FOIA request to your agency, including any charges to expedite said request.  Please return the information to the above address.

Thank you for your assistance.

Very truly yours,


JOHN EDWARDS TIFFANY
JET/las
(#7004-1160-0006-2844-7303)

Cc:  Mr. Jack Idema

LAW OFFICES

**JOHN E. TIFFANY, P.C.**

55 WASHINGTON STREET
P.O. Box 190
BLOOMFIELD, N.J. 07003 - 0190

MEMBERS OF NJ & NY BARS

TEL: (973) 566-9300
FAX: (973) 566-9701
jet4444@bellatlantic.net

April 4, 2005

Certified Mail R.R.R.

U.S. Central Command
CCJ6-DM [FOIA]
7115 South Boundary Boulevard
MacDill AFB, FL 33621-5510
Attn: MSgt Pamela Andrews

RE:    **Freedom of Information Act Request #2 - 4/4/05**
       **Donnelly (Rolex)**

Dear MSgt Andrews:

The following information is requested under the Freedom of Information Act, regarding BRENDAN J. DONNELLY, CAPTAIN, US ARMY. CAPTAIN DONNELLY was assigned to the Combined Joint Task Force 180 headquartered at BAGRAM AIRBASE, and under the command of LTG DAVID BARNO in 2004, and working with various DIA activities.

I am seeking all correspondence and documents to ANY AND ALL Department of Defense or Department of the Army awards to BRENDEN J. DONNELLY, to include a Rolex Watch and any accompanying commendations CAPTAIN DONNELLY received in 2004 for meritorious service for his duties in Afghanistan between (on or about) April 2004 and August 2004. This also includes the supporting documentation and requests for CAPTAIN DONNELLY to receive any and all awards from the Department of Defense or Army, DIA, CENTCOM and ALL other government agencies he may have worked with or been assigned to.

I am requesting all documents to CAPTAIN DONNELLY including, but not limited to, any and all emails sent by CAPTAIN DONNELLY between April 10, 2004 and October 2004, including, but not limited to, all documents to or from CAPTAIN DONNELLY or written by CAPTAIN DONNELLY.

FA-06 - 1286
R  4 May 04
S  2 June 04

As per the requirement of a "willingness to pay" statement. Please accept this letter as a conformation that I am willing to pay any additional fees that may be incurred in the preparation and research of my FOIA request to your agency, including any charges to expedite said request.  Please return the information to the address above.

Thank you for your cooperation and assistance.

Very truly yours,

JOHN EDWARDS TIFFANY
JET/las

Cc:  Mr. Jack Idema



**DEPARTMENT OF THE ARMY**
U.S. ARMY RESERVE PERSONNEL COMMAND
1 RESERVE WAY
ST. LOUIS MO 63132-5200

JUN 0 6 2006

Special Inquiries Team

Mr. John E. Tiffany, P.C.
Attorney at Law
PO Box 190
Bloomfield, NJ 07003-0190

Dear Mr. Tiffany:

This is in response to your request dated April 4, 2005, that was referred to our office from the Freedom of Information Act Office, MacDill Air Force Base, FL for the portion of your request inquiring about all correspondence and documents pertaining to Captain Brenden J. Donnelly's Army awards. Your request is being processed under the provisions of the Freedom of Information Act. It was received in this office on May 4, 2006.

I have enclosed five documents pertaining to Captain Donnelly's military awards. Personal information has been excised pursuant to Title 5, U.S. Code, Section 552(b)(6). Release of this information would result in a clearly unwarranted invasion of personal privacy. No information was located pertaining to a Rolex watch or email messages.

In light of the above, your request is partially denied. This partial denial is made by the undersigned under authority delegated to me by the Commanding General, U.S. Army Human Resources Command. You may appeal this partial denial. Any appeal you wish to submit must be done in writing, within 60 calendar days of the date of this letter, to this Command, ATTN: AHRC-CC-A. Your appeal should contain a copy of this letter and outline the basis on which you disagree with the partial denial. Upon receipt of any appeal you may submit, I will forward it to the Secretary of the Army, Office of the General Counsel, ATTN: Davin Blackborow, 104 Army Pentagon, Room 3C546, Washington, DC 20310-0104, for a final determination.

-2-

Fees allowable under the Freedom of Information Act are waived. For additional information or assistance, please contact Ms. Karen Flinkstrom at (314) 592-0847.

Sincerely,

Robert T. Marsh
Colonel, US Army
Commanding

Enclosures