**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| J.K. IDEMA, <u>et al.</u>, ) | |
| ) | |
| Plaintiffs, ) | No. 05 CV 01334 (EGS) |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES DEPARTMENT OF STATE, <u>et al.</u>, ) | |
| ) | |
| Defendants. ) | |

**EXHIBIT G**
**DECLARATION OF LIEUTENANT COLONEL PATRICK N. JOYNER**
**(CENTCOM)**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J.K. IDEMA, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) |
| UNITED STATES DEPARTMENT OF STATE, et al., | ) ) |
| Defendants. | ) ) ) |

No. 05 CV 01334 (EGS)

## DECLARATION OF LTC PATRICK JOYNER, U.S. CENTRAL COMMAND

1.  I am a U.S. Army Officer currently assigned to the Headquarters, United States Central Command (HQ, USCENTCOM), MacDill Air Force Base, Tampa, Florida.  I serve within CCJ6 Directorate as the Chief, Document Resources Branch.  In that capacity I oversee all actions relating to the Freedom of Information Act (FOIA) that are received by, or forwarded to, USCENTCOM or any of our subordinate headquarters that are under our administrative control.  The "Initial Denial Authority" under the FOIA for USCENTCOM and its subordinate commands is the Chief of Staff, HQ, USCENTCOM.   The information set forth below is based on my personal knowledge and information obtained in the course of performing my official duties.

2.  From July 2005 through its disestablishment in January 2007, Headquarters, Combined Forces Coalition – Afghanistan (CFC-A) was a subordinate command for which USCENTCOM was ultimately responsible with respect to FOIA actions.

3.  On April 4, 2005, a senior noncommissioned officer within my branch, U.S. Air Force Master Sergeant Pamela Andrews, received what was labeled as "Freedom of Information Act

Requests #1 & #2 – 3/15/05 Donnelly Bronze Star & 4/4/05 Donnelly (Rolex)" from Mr. John Tiffany. A complete copy of Mr. Tiffany's correspondence is at attachment 1.

4. We determined that that portion of Mr. Tiffany's request that related to the possible award of a Bronze Star or other awards to U.S. Army Captain Brendan Donnelly fell under the purview of the U.S. Army Human Resources Command, as that component was reasonably likely to have records responsive to that aspect of Mr. Tiffany's request, and we forwarded that portion of Mr. Tiffany's request to Human Resources Command on May 5, 2005. We also informed Mr. Tiffany of this on the same day. Our May 5, 2005 letter to Mr. Tiffany is at attachment 2.

5. While considering how to best search for documents that may be responsive to Mr. Tiffany's requests, we immediately determined that the Army's Human Resource Command was the logical place to find records pertaining to a mobilized Army Reserve Soldier (as Captain Donnelly apparently was). Human Resources Command is known to be responsible for maintaining all permanently held personnel records associated with Army Reserve Soldiers. The only other possible location for personnel records would be a Soldier's immediate level of command – in this case CFC-A – that may have created records for forwarding to the permanent files maintained by Human Resources Command. Because Captain Donnelly was never directly assigned to HQ, USCENTCOM, there was no realistic possibility that any responsive personnel record would exist within our headquarters "personnel directorate" (formally known as the CCJ1). There was a remote possibility, however, that the nature of Captain Donnelly's mission may have been included in records maintained by our headquarters' Intelligence Directorate (specifically that section known as the CCJ2, Joint Intelligence Operations Center (JIOC)) because Captain Donnelly's duties may have been associated with particular intelligence and

special operations that might be discussed in the JIOC's records. Accordingly, the JIOC searched through their electronic files, filing cabinets and safes for any references to Captain Donnelly, to include any emails that may have been sent by and to Captain Donnelly for the time period between April 10, 2004 and October 2004. The JIOC reported to my office on August 2, 2005 that there were "no records found" responsive to Mr. Tiffany's requests.

6. Mr. Tiffany's FOIA requests identified Captain Donnelly – the subject of his FOIA requests to HQ, USCENTCOM – as a member of Combined Joint Task Force 180 (CJTF 180) headquartered at Bagram Air Base, Afghanistan. CJTF 180 was an organization that was subordinate to CFC-A.

7. After we determined that no records responsive to Mr. Tiffany's requests existed within HQ, USCENTCOM, personnel within my branch forwarded a copy of Mr. Tiffany's FOIA requests to CFC-A's FOIA office. We also forwarded a copy of Mr. Tiffany's FOIA requests to another of our subordinate headquarters: Special Operations Command, Central Command (SOCCENT) because we believed they possibly could have had responsive records for the same reasons that the JIOC might have had such records.

8. Master Sergeant Andrews sent an "interim response letter" to Mr. Tiffany on July 22, 2005 (copy at attachment 3) informing him that his FOIA request was being processed and that our time for making a response depended on our consultation with other federal agencies or components of the Department of Defense located both within the United States and overseas.

9. This office received a "no records found" response from SOCCENT's Intelligence Directorate on August 2, 2005. That Directorate is the only logical portion of HQ, SOCCENT that may have had any records responsive to Mr. Tiffany's FOIA requests. In follow up to

renewed inquiries from our office, SOCCENT's Intelligence Directorate confirmed that they had no responsive records on November 9, 2005.

10.  We also followed up with additional inquiries to CFC-A [which was renamed as Combined Joint Task Force-76 (CJTF-76) in the interim] and received a memo dated March 24, 2006 (copy at attachment 4) from Captain Issaac Cutherbertson (the CJTF-76 officer at that time whose mission also included "FOIA officer duties").  The memo stated that no records were found with respect to a Rolex watch being awared to Captain Donnelly.  A Bronze Star award was found with respect to an officer – Captain "Brendon J. Dennelly" - with a name similar to the Captain "Brendan J. Donnelly" mentioned in Mr. Tiffany's FOIA requests.  The memo also stated that CJTF-76 had searched eTOPMISS, its officer personnel database, for records regarding Captain Donnelly, but found no such records.  Finally, the memo stated that Captain Donnelly's email account no longer existed on CJTF-76 servers, as it would have been deleted prior to the date of Mr. Tiffany's request pursuant to CJTF-76 policy.

11.  After receiving CPT Cutherbertson's memo, we renewed communication by telephone and e-mail with Human Resources Command concerning that portion of Mr. Tiffany's request relating to a Bronze Star.  On May 3, 2006 we received an e-mail from a Human Resources Command employee with FOIA responsibilities that Human Resources Command would "handle" and respond to Mr. Tiffany's requests regarding a Bronze Star or other military personnel records.

12.  On August 25, 2006 I sent Mr. Tiffany a letter (copy at attachment 5) informing him that there were no records within U.S. Central Command that were responsive to the FOIA requests he made to our headquarters.  I also informed Mr. Tiffany of his right to appeal if he took my "no records" response as a denial of his FOIA requests.

13.  There is no record within HQ, USCENTCOM that indicates that we have received any other FOIA requests from either Mr. Tiffany, or any plaintiff to this particular case.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on the 29th day of March, 2007.

PATRICK N. JOYNER
Lieutenant Colonel, U.S. Army
Chief, Document Resources Branch, CCJ6
    Headquarters, U.S. Central Command

**1**

LAW OFFICES
# JOHN E. TIFFANY, P.C.

55 WASHINGTON STREET
P.O. BOX 190
BLOOMFIELD, N.J. 07003

MEMBERS OF NJ & NY BARS

TEL: (973) 566-9300
FAX: (973) 566-9701
jet4444@bellatlantic.net

April 4, 2005

**Certified Mail, R.R.R.**
U.S. Central Command
CCJ6-DM (FOIA)
7115 South Boundary Boulevard
MacDill AFB, FL 33621-5510
Attn:  MSgt Pamela Andrews

**RE:  Freedom of Information Act Requests #1 & #2 –
3/15/05 Donnelly Bronze Star & 4/4/05 Donnelly (Rolex)**

Dear MSgt Andrews:

Enclosed please find Freedom of Information Act requests #1 & #2.  Request #1 was originally sent to the address listed on the letter, and is now forwarded to your attention with request #2.  Please process the requests accordingly, and forward any and all documents to the address above.

Thank you for your cooperation and assistance.

Very truly yours,

JOHN EDWARDS TIFFANY
JET/las

Cc:  Mr. Jack Idema
(# 7002 - 0460- 0001 - 1423 - 2070)

LAW OFFICES

# JOHN E. TIFFANY, P.C.

55 WASHINGTON STREET
P.O. BOX 190
BLOOMFIELD, N.J. 07003

MEMBERS OF NJ & NY BARS

TEL: (973) 566-9300
FAX: (973) 566-9701
jet4444@bellatlantic.net

March 15, 2005

**Certified Mail, R.R.R.**
**& Regular Mail**
Freedom of Information Act Office
United States Department of Army
United States Department of Defense
Directorate for Freedom of Information
1155 Defense Pentagon
Washington, DC 20301-1155

### RE: Freedom of Information Act Request
#03-15-05

Dear Sir/Madam:

I am the attorney-of-record for Jack Idema.  To that
point, the following information is requested under the
Freedom of Information Act regarding BRENDAN J. DONNELLY,
CAPTAIN, US ARMY.  CAPTAIN DONNELLY was assigned to the
Combined Joint Task Force 180 headquartered at BAGRAM
AIRBASE, and under the command of LTG DAVID BARNO in 2004.

We are seeking all correspondence and documents
related to ANY AND ALL Department of Defense or Department
of Army awards to BRENDAN J. DONNELLY, to include the
Bronze Star medal and accompanying commendation CAPTAIN
DONNELLY received in 2004 for meritorious service for his
duties in Afghanistan between (on or about) April 2004 and
August 2004.  This also includes the supporting
documentation and requests for CAPTAIN DONNELLY to receive
any and all awards from the Department of Defense or the
Department of Army.

Additionally, we are requesting all releasable files
for CAPTAIN DONNELLY including, but not limited to, the
phone records for 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-2641, which was a TASK FORCE
180 issued phone, and all documents, correspondence,
reports, emails between CAPTAIN DONNELLY and CJTF-180
between April 10, 2004 and October 2004, including, but not
limited to:  all documents to or from CAPTAIN DONNELLY or

written by CAPTAIN DONNELLY in which he refers to JACK, *aka*
JACK IDEMA *aka* any subject name containing the words "JACK"
or "IDEMA" and from or to LIEUTENANT COLONIAL MARCUS
MONTERO, USAF (attached to DIA); and LIEUTENANT COLONEL
ERIC HOMAN (OR HOLMAN), US ARMY, also believed to be
assigned to CJTF-180 at Bagram.

As per requirement of a "willingness to pay"
statement, please accept this letter as a confirmation that
we are willing to pay any additional fees that may be
incurred in the preparation and research of our FOIA
request to your agency, including any charges to expedite
said request. Please return the information to the above
address.

Thank you for your assistance.

Very truly yours,

JOHN EDWARDS TIFFANY
JET/las
(#7004-1160-0006-2844-7303)

Cc:  Mr. Jack Idema

# JOHN E. TIFFANY, P.C.

55 WASHINGTON STREET
P.O. BOX 190
BLOOMFIELD, N.J. 07003

MEMBERS OF NJ & NY BARS

TEL: (973) 566-9300
FAX: (973) 566-9701
jet4444@bellatlantic.net

April 4, 2005

**Certified Mail, R.R.R.**
U.S. Central Command
CCJ6-DM (FOIA)
7115 South Boundary Boulevard
MacDill AFB, FL 33621-5510
Attn:   MSgt Pamela Andrews

## RE:   **Freedom of Information Act Request #2 – 4/4/05**
**Donnelly (Rolex)**

Dear MSgt Andrews:

The following information is requested under the
Freedom of Information Act, regarding BRENDAN J. DONNELLY,
CAPTAIN, US ARMY.  CAPTAIN DONNELLY was assigned to the
Combined Joint Task Force 180 headquartered at BAGRAM
AIRBASE, and under the command of LTG DAVID BARNO in 2004,
and working with various DIA activities.

I am seeking all correspondence and documents to ANY
AND ALL Department of Defense or Department of the Army
awards to BRENDEN J. DONNELLY, to include a Rolex Watch and
any accompanying commendations CAPTAIN DONNELLY received in
2004 for meritorious service for his duties in Afghanistan
between (on or about) April 2004 and August 2004.  This
also includes the supporting documentation and requests for
CAPTAIN DONNELLY to receive any and all awards from the
Department of Defense or Army, DIA, CENTCOM and ALL other
government agencies he may have worked with or been
assigned to.

I am requesting all documents to CAPTAIN DONNELLY
including, but not limited to, any and all emails sent by
CAPTAIN DONNELLY between April 10, 2004 and October 2004,
including, but not limited to, all documents to or from
CAPTAIN DONNELLY or written by CAPTAIN DONNELLY.

As per the requirement of a "willingness to pay" statement. Please accept this letter as a conformation that I am willing to pay any additional fees that may be incurred in the preparation and research of my FOIA request to your agency, including any charges to expedite said request.  Please return the information to the address above.

Thank you for your cooperation and assistance.

Very truly yours,

JOHN F.SWARDS TIFFANY
JET/las

Cc:  Mr. Jack Idema

**2**



**UNITED STATES CENTRAL COMMAND**
7115 SOUTH BOUNDARY BOULEVARD
MACDILL AIR FORCE BASE, FLORIDA 33621-5101

0 5 MAY 2006

CCJ6-PBR

Mr. John E. Tiffany, P.C.
55 Washington Street
P.O. Box 190
Bloomfield, N.J. 07003

Reference: FOIA Request # 2005-114 dtd 4 Apr 05

Dear Mr. Tiffany,

    While processing your Freedom of Information Act request, we
have determined that portions of your request inquiring about
copies of awards and other military records fall under the
purview of the U.S. Army Human Resources Command for further
processing.  As such, we have forwarded your request to the
following address:

              U.S. Army Human Resources Command
              ATTN: Marsha Jackson
              Special Inquiries Team (AHRC-CC-A)
              1 Reserve Way
              St. Louis, MO 63132-5200
              (314)592-0847

    The remaining portions of your request are being processed
by USCENTCOM. If you have any questions regarding your request,
please contact my FOIA Office, at (813) 827-6413; e-mail
FOIA_office@centcom.mil.  Please use the reference when
referring to this request.

              Sincerely,

              TIMOTHY M. OCONNOR
              LtCol, USMC
              Freedom of Information
               Act Officer

**3**



**UNITED STATES CENTRAL COMMAND**
7115 SOUTH BOUNDARY BOULEVARD
MACDILL AIR FORCE BASE, FLORIDA 33621-5101

CCJ6-PBR

2 2 JUL 2005

John E. Tiffany, P.C.
55 Washington Street
P.O. Box 190
Bloomfield, N.J. 07003

Ref:  FOIA Request # 2005-114 dtd 4 Apr 2005

Dear Mr. Tiffany,

    We received your Freedom of Information Act (FOIA) request on
Apr 4, 2005.  Your request is being processed in accordance with
Title 5 U.S.C. 552(a)(b), Freedom of Information Act and Privacy
Act Guide, and Executive Order 12958 amended by 13292. The actual
processing time for these documents will depend upon consultation
with other DOD components, stateside or overseas, or other
agencies.

    If you have any questions regarding this request, please
contact me or SSgt Lawhorn at (813) 827-6413; email at
FOIA_office@centcom.mil.  Please use the reference when referring
to this request.

                              Sincerely,

                              PAMELA ANDREWS
                              MSgt, USAF
                              Freedom of Information Act
                                Manager

**4**

UNCLASSIFIED//FOUO

CJTF-76-OP                                                           24 March 2006

MEMORANDUM FOR RECORD

SUBJECT: FOIA Request Concerning CPT Brendan J. Donnelly

1. CPT Donnelly was an Army officer. USCENTCOM does not approve awards for CFC-A. Our awards, if higher than a Bronze Star Medal, go from CJTF-76 to CFC-A then to HRC. However, the award that we suspect belonged to CPT Donnelly was a Bronze Star Medal (Order Number 226-104, date ready for pick up 16 AUG 04).

2. CJTF-76 could not find an award for CPT Brendan J. Donnelly. However, we did find a Bronze Star Award for CPT Brendon J. Dennelly, who was assigned to the same unit, at the same time, doing the same job as CPT Donnelly. The file that I have on Brendon J. Dennelly's award is a paper copy of a printout from CJ1. We do not have a digital copy of the file. Here is a list of the information provided:
     a. Brendon J. Dennelly, II
     b. SSN: ████████
     c. CPT, ARMY
     d. Task Force: CJTF-76, DUIC: WAUKAB
     e. Bagram, Afghanistan  09354
     f. BSM
     g. Includes dates from 27 DEC 03 to 1 SEP 04.
     h. Status: Approved
     i. Duty Title: Ring Road Project Liaison Officer
     j. Order Number: 226-104

3. We searched for CPT Donnelly's name in eTOPMISS, a DA officer personnel database. We could not find his file.

4. CPT Brendan J. Donnelly was initially assigned to 3-62 ADA BN. 3-62 ADA was inactivated approximately on 16 September 2004 due to 10th Mountain Division's transformation into a modular division. A Battery, 3-62 ADA operated from Kandahar Airfield with one platoon, 3/A/3-62, attached to 1-87 IN BN. CPT Donnelly was never assigned to A Battery, 3-62 ADA. He was employed as the Ring Road Liaison Officer. He spent most of his time in Bagram, Afghanistan.

5. There is no documentation that a Rolex watch was given to, or bought by, CPT Donnelly.

6. CPT Donnelly's e-mail account no longer exists on the CJTF-76 servers. Per CJTF-76 local policy, users will have their e-mail account locked after 45 days of inactivity. After 90 days the account is deleted. This is done in order to conserve

UNCLASSIFIED//FOUO

UNCLASSIFIED//FOUO

space on the e-mail servers in Afghanistan.  CPT Donnelly departed CJTF-76 in October 2004.

7.  The POC for this memorandum is CPT Isaac V. Cuthbertson, CJTF-76 RFI Manager, 231-2923, isaac.cuthbertson@cjtf76.centcom.smil.mil.


ISAAC V. CUTHBERTSON
CPT, GS
CJTF-76 RFI Manager

UNCLASSIFIED//FOUO

**5**



**UNITED STATES CENTRAL COMMAND**
7115 SOUTH BOUNDARY BOULEVARD
MACDILL AIR FORCE BASE, FLORIDA 33621-5101

AUG 2 5 2006

CCJ6-RDF

Mr. John E. Tiffany
55 Washington Street
P.O. Box 190
Bloomfield, N.J. 07003

Dear Mr. Tiffany:

This letter is in reply to your Freedom of Information Act
(FOIA) requests for all correspondence and documents written to
or from Captain Brendan J. Donnelly, US Army. Additionally your
request is for any supporting documentation on the award of a
rolex watch and any accompanying commendations, to include the
bronze star, received by Captain Donnelly in 2004 for
meritorious service for his duties in Afghanistan between (on or
about) April 2004 and August 2004.

Pursuant to procedures established in 5 U.S.C. 552, Freedom
of Information Act and Privacy Act Guide and DOD 5400.7R,
Department of Defense FOIA Program, our search encompassed only
those records in existence in USCENTCOM. However, despite our
search, we were unable to locate responsive documents.

Should you deem this no record response to be a denial, you
may appeal this finding by offering justification to support an
additional search effort. Any such appeal must be sent to Mr.
James Hogan; Chief of Policy, Appeals, and Litigation Branch;
DOD Office of Freedom of Information, 1155 Defense Pentagon,
Washington, D.C. 20301-1155. There are no charges for
processing this request.

If you have any questions regarding your request, please
contact USCENTCOM FOIA Office at (813) 827-6413/2832 or you can
email this office at FOIA office@centcom.mil. Please use the
USCENTCOM FOIA 2005-114, when referring to this request.

Sincerely,

PATRICK N. JOYNER
LTC, USA
Freedom of Information
Act Officer