**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| J.K. IDEMA, <u>et al.</u>, | ) |
| | ) |
| Plaintiffs, | )    No. 05 CV 01334 (EGS) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES DEPARTMENT OF STATE, <u>et al.</u>, | ) |
| | ) |
| Defendants. | ) |

**EXHIBIT H**
**DECLARATION OF KAREN FLINKSTROM**
**(ARMY HUMAN RESOURCES COMMAND)**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J.K. IDEMA, EDWARD CARABALLO, and BRENT BENNETT,     ) <br>     ) <br>     ) <br> Plaintiffs,     ) <br>     ) <br> v.     ) <br>     ) <br> UNITED STATES DEPARTMENT OF STATE,     ) <br> et al.,     ) <br>     ) <br> Defendants.     ) <br>     ) | No. 05 CV 01334 (EGS) |

## DECLARATION OF KAREN FLINKSTROM

I, Karen Flinkstrom, make the following declaration:

1.      I am a Department of the Army civilian employee working at the U.S. Army

Human Resources Command – St. Louis (HRC-S), 1 Reserve Way, St. Louis, Missouri 63132.  I

am assigned as a Human Resources Assistant (Military O/A) in the Special Inquiries Team,

Communications Hub Office,  I have 23 years of active Federal service; I have been working as

an information access specialist for 4 years.  Specifically, I serve as command point of contact

for general information relating to the Freedom of Information Act (FOIA) and Privacy Act (PA)

programs.  I prepare replies to FOIA and PA requests consistent with current information access

laws, using knowledge from both Acts.  I make initial determinations of releasability of

information from military personnel and medical records, and other organizational records.  I

maintain a historical reference file for each inquiry, including internal documents relating to

processing the request, legal reviews, interim contacts with the requester, and the DD Form

2086, Record of Freedom of Information (FOI)  Processing Cost, for each FOIA inquiry.

## DECLARATION OF KAREN FLINKSTROM

2.      HRC-S is the delegated Initial Denial Authority (IDA) for FOIA requests and

Denial Authority for PA requests for all personnel and medical records of retired, separated,

discharged, and deceased soldiers, and reserve component military personnel within the custody

and control of HRC-S.

3.      I am familiar with the FOIA requests described below.  In preparing this

declaration, I reviewed the records at issue in this action and considered the responses provided

to these FOIA requests.  All information contained herein is based upon information furnished to

me in my official capacity and upon my personal review of the FOIA requests and other records

discussed below.

4.      On or about May 4, 2006, United States Central Command (CENTCOM)

forwarded to our office two (2) written requests that it had received from Mr. John E. Tiffany

under the Freedom of Information Act and Privacy Act, dated March 15, 2005, and April 4,

2005, respectively (Attachment 1).  The requests were accompanied by a cover letter from Mr.

Tiffany dated April 4, 2005, forwarding both requests to CENTCOM.  The requests were

forwarded to our office by CENTCOM after CENTCOM determined that we were the custodian

of some of the records sought in the requests.  CENTCOM concurrently advised Mr. Tiffany of

the referral by letter dated May 5, 2006 (Attachment 2).

5.      Upon receipt of the referral in this office, the matter was assigned to me for action

and reply.  The requests were logged in under case tracking number FA-06-1286.

6.      Mr. Tiffany's March 15th request sought:

"[A]ll correspondence and documents related to ANY AND ALL Department of Defense
or Department of Army awards to BRENDAN J. DONNELLY, to include the Bronze
Star medal and accompanying commendation CAPTAIN DONNELLY received in 2004
for meritorious service for his duties in Afghanistan between (on or about) April 2004
and August 2004[, including] the supporting documentation and requests for CAPTAIN

2

**DECLARATION OF KAREN FLINKSTROM**

DONNELLY to receive any and all awards from the Department of Defense or the Department of Army.

"Additionally, we requesting all releasable files for CAPTAIN DONNELLY including, but not limited to, the phone records for 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-2641, which was a TASK FORCE 180 issued phone, and all documents, correspondence, reports, emails between CAPTAIN DONNELLY and CJTF-180 between April 10, 2004 and October 2004, including, but not limited to: all documents to or from CAPTAIN DONNELLY or written by CAPTAIN DONNELLY in which he refers to JACK, aka JACK IDEMA aka any subject name containing the words "JACK" or "IDEMA" and from or to LIEUTENANT COLONIAL [sic] MARCUS MONTERO, USAF (attached to DIA); and LIEUTENANT COLONEL ERIC HOMAN (OR HOLMAN), US ARMY, also believed to be assigned to CJTF-180 at Bagram."

      7.     Mr. Tiffany's April 4th request sought:

"[A]ll correspondence and documents [sic] to ANY AND ALL Department of Defense or Department of the Army awards to BRENDEN [sic] J. DONNELLY, to include a Rolex watch and any accompanying commendations CAPTAIN DONNELLY received in 2004 for meritorious service for his duties in Afghanistan between (on or about) April 2004 and August 2004[, including] the supporting documentation and requests for CAPTAIN DONNELLY to receive any and all awards from the Department of Defense or Army, DIA, CENTCOM and ALL other government agencies he may have worked with or been assigned to.

"I am requesting all documents [sic] to CAPTAIN DONNELLY including, but not limited to, any and all emails sent by CAPTAIN DONNELLY between April 10, 2004 and October 2004, including, but not limited to, all documents to or from CAPTAIN DONNELLY or written by CAPTAIN DONNELLY."

      8.     On June 1, 2006, I issued an interim response to Mr. Tiffany on behalf of HRC-S acknowledging receipt of the requests, and informing him that they were being processed and that a response would be forthcoming (Attachment 3).

      9.     I am familiar with HRC-S data, filing, and personnel records storage and retrieval systems. Based on Mr. Tiffany's requests, I conducted a search of the Personnel Electronic Records Management System (PERMS) and the Soldier Management System (SMS) for responsive documents, as those systems would be the likely repositories of any responsive documents in HRC-S custody. PERMS is a secure computer storage system for Active Army,

**DECLARATION OF KAREN FLINKSTROM**

Army Reserve, and Army National Guard military personnel records. It is a paperless, Web-based, computer-automated environment searchable by key word parameters. SMS is an automated database and electronic media system used to manage an Army Reserve Soldier's career more effectively and efficiently. In addition to managing personnel information, it provides a foundation to support a wide variety of management and customer relationship reports that are useful in measuring workload and services provided. You can attach documents to SMS entries as well as document contacts with and about the Soldier. I searched both systems for any documents related to CPT Brendan Donnelly.

10.     On June 6, 2006, HRC-S provided Mr. Tiffany with five (5) pages of responsive documents located as a result of the search efforts described above (Attachment 4). As described more fully below, personal information was redacted from these documents pursuant to 5 U.S.C. 552(b)(6) as release of that information would result in a clearly unwarranted invasion of personal privacy. The cover letter to Mr. Tiffany further advised him that no documents pertaining to a Rolex watch or email messages were located (Attachment 4).

11.     The following information was redacted from the documents provided to Mr. Tiffany:

      a.     The following information was redacted from CPT Donnelly's DD Form 214, Certificate of Release or Discharge From Active Duty:

| | |
|---|---|
| Block 3 – | CPT Donnelly's Social Security number |
| Block 5 – | CPT Donnelly's date of birth |
| Block 7.b – | The address of CPT Donnelly's Home of Record at Time of Entry |
| Block 10 – | Information regarding CPT Donnelly's Servicemembers' Group Life Insurance (SGLI) coverage |
| Block 15.a – | Information regarding CPT Donnelly's Veteran's Educational Assistance Program election |
| Block 16 – | Information regarding CPT Donnelly's Days Accrued Leave Paid |
| Block 17 – | Dental Exam, Services, and Treatment information pertaining to CPT Donnnelly |

4

**DECLARATION OF KAREN FLINKSTROM**

Block 18 –     Remarks regarding the nature and time period of CPT Donnelly's military
               service overseas
Block 19.a –   CPT Donnelly's mailing address after separation
Block 19.b –   Name and address of CPT Donnelly's nearest relative
Block 20 –     CPT Donnelly's State Office of Veterans Affairs notification election
Block 21 –     CPT Donnelly's signature

Under "Special Additional Information":
Block 23 –     Information regarding the type of CPT Donnelly's separation
Block 24 –     Information regarding the character of CPT Donnelly's service
Block 25 –     Information regarding the Separation Authority applicable to CPT
               Donnelly
Block 26 –     CPT Donnelly's Separation Code
Block 27 –     CPT Donnelly's Reentry Code
Block 28 –     A narrative reason for CPT Donnelly's separation
Block 29 –     Information regarding any "Time Lost" during CPT Donnelly's period of
               service
Block 30 –     Information regarding whether CPT Donnelly requested an additional
               copy of DD-214

b.      The following information was redacted from CPT Donnelly's Officer Record
        Brief:

CPT Donnelly's Social Security number
Section II –    Security Data (Type of Background Investigation, Date Investigation
                Completed, Date Personnel Security Clearance Granted, & Level of
                Security Clearance Granted)
Section IV –    Personal/Family Data (Date of Birth, Birthplace, Country of Citizenship,
                Sex/Racial Category, Number of Dependents (Adults/Children), Religion,
                Marital Status, Date Last Physical Profile Completed and Status of Profile,
                Height/Weight, Home of Record, & Mailing Address)

c.      The following information was redacted from CPT Donnelly's Permanent Orders
        080-406:

CPT Donnelly's Social Security number.

d.      The following information was redacted from CPT Donnelly's The Army
        Achievement Medal Citation:

CPT Donnelly's Social Security number (which had been hand-written in the upper left
hand corner of the document)

e.      The following information was redacted from CPT Donnelly's The Bronze Star
        Medal Citation:

5

**DECLARATION OF KAREN FLINKSTROM**

CPT Donnelly's Social Security number (which had been hand-written in the upper left hand corner of the document)

12.     Mr. Tiffany was advised that personal information had been redacted from the documents provided to him pursuant to 5 U.S.C. 552(b)(6).  He was also advised that in light of the redactions and the no records determination regarding the Rolex watch and emails, the response to him constituted a partial denial of his request, which could be appealed through HRC-S to the Office of the Army General Counsel within 60 calendar days of June 6, 2006. (Attachment 4).  This matter was then administratively closed.

13.     To my knowledge, no appeal of the response described above was submitted to or through this office.

14.     A review of this office's records indicates that, with the exception of the requests discussed above, this office has not received any other FOIA requests from Mr. Tiffany or any of the plaintiffs in this action.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this _23_ day of March, 2007, at St Louis, Missouri.

KAREN FLINKSTROM
Human Resources Assistant
Special Inquiries Team
Communications Hub Office
U.S. Army Human Resources Command – St. Louis

6

**DECLARATION OF KAREN FLINKSTROM**

**1**



**UNITED STATES CENTRAL COMMAND**
7115 SOUTH BOUNDARY BOULEVARD
MACDILL AIR FORCE BASE, FLORIDA 33621-5101

0 5 MAY 2006

CCJ6-PBR

MEMORANDUM FOR U.S. ARMY HUMAN RESOURCES COMMAND, ATTN:  MS.
        MARSHA JACKSON SPECIAL INQUIRES TEAM
        (AHRC-CC-A), 1 RESERVE WAY, ST.LOUS, MO
        63132-5200

Reference: FOIA Request # 2005-114 dtd 4 Apr 05

SUBJECT:  Freedom of Information Act (FOIA) Request from Mr.
John E. Tiffany, P.C.

1.  While processing the subject FOIA request, we have
determined that portions of the request inquiring about copies
of awards and other military records fall under your purview.
Therefore, this request is forwarded to your office for
processing and direct response to the requester.  The requester
has been notified of this action by separate correspondence.

2.  If you have any questions, please contact my FOIA managers
MSgt Andrews and SSgt Lawhorn, at (813) 827-6413 or DSN 651-
6413; e-mail FOIA_office@centcom.mil.  Please use the reference
when referring to this request.

Encl                    TIMOTHY M. OCONNOR
as                      LtCol, USMC
                        Freedom of Information
                          Act Officer

LAW OFFICES
# JOHN E. TIFFANY, P.C.

55 WASHINGTON STREET
P.O. BOX 190
BLOOMFIELD, N.J. 07003

MEMBERS OF NJ & NY BARS

TEL: (973) 566-9300
FAX: (973) 566-9701
jet4444@bellatlantic.net

April 4, 2005

**Certified Mail, R.R.R.**
U.S. Central Command
CCJ6-DM (FOIA)
7115 South Boundary Boulevard
MacDill AFB, FL 33621-5510
Attn: MSgt Pamela Andrews

RE:   **Freedom of Information Act Requests #1 & #2 –
      3/15/05 Donnelly Bronze Star & 4/4/05 Donnelly (Rolex)**

Dear MSgt Andrews:

    Enclosed please find Freedom of Information Act
requests #1 & #2.  Request #1 was originally sent to the
address listed on the letter, and is now forwarded to your
attention with request #2.  Please process the requests
accordingly, and forward any and all documents to the
address above.

    Thank you for your cooperation and assistance.

    Very truly yours,

    JOHN EDWARDS TIFFANY
    JET/las

Cc:  Mr. Jack Idema
     ( # 7002 - 0460 - 0001 - 1423 - 2090 )



1st reres

LAW OFFICES

# JOHN E. TIFFANY, P.C.

55 WASHINGTON STREET
P.O. BOX 190
BLOOMFIELD, N.J. 07003 - *0190*

MEMBERS OF NJ & NY BARS

TEL: (973) 566-9300
FAX: (973) 566-9701
jet4444@bellatlantic.net

April 4, 2005

**Certified Mail, R.R.R.**
U.S. Central Command
CCJ6-DM (FOIA)
7115 South Boundary Boulevard
MacDill AFB, FL 33621-5510
Attn: MSgt Pamela Andrews

**RE:  Freedom of Information Act Request #2 - 4/4/05
Donnelly (Rolex)**

Dear MSgt Andrews:

The following information is requested under the
Freedom of Information Act, regarding BRENDAN J. DONNELLY,
CAPTAIN, US ARMY.  CAPTAIN DONNELLY was assigned to the
Combined Joint Task Force 180 headquartered at BAGRAM
AIRBASE, and under the command of LTG DAVID BARNO in 2004,
and working with various DIA activities.

I am seeking all correspondence and documents to ANY
AND ALL Department of Defense or Department of the Army
awards to BRENDEN J. DONNELLY, to include a Rolex Watch and
any accompanying commendations CAPTAIN DONNELLY received in
2004 for meritorious service for his duties in Afghanistan
between (on or about) April 2004 and August 2004.  This
also includes the supporting documentation and requests for
CAPTAIN DONNELLY to receive any and all awards from the
Department of Defense or Army, DIA, CENTCOM and ALL other
government agencies he may have worked with or been
assigned to.

I am requesting all documents to CAPTAIN DONNELLY
including, but not limited to, any and all emails sent by
CAPTAIN DONNELLY between April 10, 2004 and October 2004,
including, but not limited to, all documents to or from
CAPTAIN DONNELLY or written by CAPTAIN DONNELLY.

FA-06 - 1286
R  4 May 06
S  2 Jun 06

written by CAPTAIN DONNELLY in which he refers to JACK, *aka*
JACK IDEMA *aka* any subject name containing the words "JACK"
or "IDEMA" and from or to LIEUTENANT COLONIAL MARCUS
MONTERO, USAF (attached to DIA); and LIEUTENANT COLONEL
ERIC HOMAN (OR HOLMAN), US ARMY, also believed to be
assigned to CJTF-180 at Bagram.

      As per requirement of a "willingness to pay"
statement, please accept this letter as a confirmation that
we are willing to pay any additional fees that may be
incurred in the preparation and research of our FOIA
request to your agency, including any charges to expedite
said request.  Please return the information to the above
address.

      Thank you for your assistance.

      Very truly yours,

      JOHN EDWARDS TIFFANY
      JET/las
      (#7004-1160-0006-2844-7303)

Cc:  Mr. Jack Idema

LAW OFFICES
# JOHN E. TIFFANY, P.C.

55 WASHINGTON STREET
P.O. BOX 190
BLOOMFIELD, N.J. 07003

MEMBERS OF NJ & NY BARS

TEL: (973) 566-9300
FAX: (973) 566-9701
jet4444@bellatlantic.net

March 15, 2005

**Certified Mail, R.R.R.**
**& Regular Mail**
Freedom of Information Act Office
United States Department of Army
United States Department of Defense
Directorate for Freedom of Information
1155 Defense Pentagon
Washington, DC 20301-1155

RE:   **Freedom of Information Act Request**
      **#03-15-05**

Dear Sir/Madam:

        I am the attorney-of-record for Jack Idema.  To that
point, the following information is requested under the
Freedom of Information Act regarding BRENDAN J. DONNELLY,
CAPTAIN, US ARMY.  CAPTAIN DONNELLY was assigned to the
Combined Joint Task Force 180 headquartered at BAGRAM
AIRBASE, and under the command of LTG DAVID BARNO in 2004.

        We are seeking all correspondence and documents
related to ANY AND ALL Department of Defense or Department
of Army awards to BRENDAN J. DONNELLY, to include the
Bronze Star medal and accompanying commendation CAPTAIN
DONNELLY received in 2004 for meritorious service for his
duties in Afghanistan between (on or about) April 2004 and
August 2004.  This also includes the supporting
documentation and requests for CAPTAIN DONNELLY to receive
any and all awards from the Department of Defense or the
Department of Army.

        Additionally, we are requesting all releasable files
for CAPTAIN DONNELLY including, but not limited to, the
phone records for 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-2641, which was a TASK FORCE
180 issued phone, and all documents, correspondence,
reports, emails between CAPTAIN DONNELLY and CJTF-180
between April 10, 2004 and October 2004, including, but not
limited to:  all documents to or from CAPTAIN DONNELLY or

As per the requirement of a "willingness to pay" statement. Please accept this letter as a conformation that I am willing to pay any additional fees that may be incurred in the preparation and research of my FOIA request to your agency, including any charges to expedite said request.  Please return the information to the address above.

Thank you for your cooperation and assistance.

Very truly yours,


JOHN ESWARDS TIFFANY
JET/las

Cc:  Mr. Jack Idema

**2**



**UNITED STATES CENTRAL COMMAND**
7115 SOUTH BOUNDARY BOULEVARD
MACDILL AIR FORCE BASE, FLORIDA 33621-5101

Ọ 5 MAY 2006

CCJ6-PBR

Mr. John E. Tiffany, P.C.
55 Washington Street
P.O. Box 190
Bloomfield, N.J. 07003

Reference: FOIA Request # 2005-114 dtd 4 Apr 05

Dear Mr. Tiffany,

    While processing your Freedom of Information Act request, we
have determined that portions of your request inquiring about
copies of awards and other military records fall under the
purview of the U.S. Army Human Resources Command for further
processing.  As such, we have forwarded your request to the
following address:

                U.S. Army Human Resources Command
                ATTN: Marsha Jackson
                Special Inquiries Team (AHRC-CC-A)
                1 Reserve Way
                St. Louis, MO 63132-5200
                (314)592-0847


    The remaining portions of your request are being processed
by USCENTCOM. If you have any questions regarding your request,
please contact my FOIA Office, at (813) 827-6413; e-mail
FOIA_office@centcom.mil.  Please use the reference when
referring to this request.

                        Sincerely,

                        TIMOTHY M. OCONNOR
                        LtCol, USMC
                        Freedom of Information
                          Act Officer

**3**



**DEPARTMENT OF THE ARMY**
U.S. ARMY HUMAN RESOURCES COMMAND
1 RESERVE WAY
ST. LOUIS, MO 63132-5200

June 1, 2006

Special Inquiries Team

Mr. John E. Tiffany, P.C.
Attorney at Law
PO Box 190
Bloomfield, NJ 07003-0190

Dear Mr. Tiffany:

This is in response to your Freedom of Information Act request dated April 4, 2005, for copies of military awards and email messages pertaining to Captain Brenden J. Donnelly. Your letter was received in this office on May 4, 2006.

Our staff has not yet been able to complete the processing of your request. While it is impossible to predict accurately when a reply is forthcoming, be assured that the request will be processed as soon as possible. If you have any questions, you may contact the Special Inquiries Team at (314) 592-0847.

Sincerely,

*Karen Flinkstrom*

Karen Flinkstrom
Action Officer

**4**



**DEPARTMENT OF THE ARMY**
U.S. ARMY RESERVE PERSONNEL COMMAND
1 RESERVE WAY
ST. LOUIS MO 63132-5200

JUN 0 6 2006

Special Inquiries Team

Mr. John E. Tiffany, P.C.
Attorney at Law
PO Box 190
Bloomfield, NJ 07003-0190

Dear Mr. Tiffany:

This is in response to your request dated April 4, 2005, that was referred to our office from the Freedom of Information Act Office, MacDill Air Force Base, FL for the portion of your request inquiring about all correspondence and documents pertaining to Captain Brenden J. Donnelly's Army awards. Your request is being processed under the provisions of the Freedom of Information Act. It was received in this office on May 4, 2006.

I have enclosed five documents pertaining to Captain Donnelly's military awards. Personal information has been excised pursuant to Title 5, U.S. Code, Section 552(b)(6). Release of this information would result in a clearly unwarranted invasion of personal privacy. No information was located pertaining to a Rolex watch or email messages.

In light of the above, your request is partially denied. This partial denial is made by the undersigned under authority delegated to me by the Commanding General, U.S. Army Human Resources Command. You may appeal this partial denial. Any appeal you wish to submit must be done in writing, within 60 calendar days of the date of this letter, to this Command, ATTN: AHRC-CC-A. Your appeal should contain a copy of this letter and outline the basis on which you disagree with the partial denial. Upon receipt of any appeal you may submit, I will forward it to the Secretary of the Army, Office of the General Counsel, ATTN: Davin Blackborow, 104 Army Pentagon, Room 3C546, Washington, DC 20310-0104, for a final determination.



-2-


       Fees allowable under the Freedom of Information Act are waived.  For additional information or assistance, please contact Ms. Karen Flinkstrom at (314) 592-0847.

                                        Sincerely,


                                        Robert T. Marsh
                                        Colonel, US Army
                                        Commanding


Enclosures