UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J.K. IDEMA, et al., ) | |
| ) | |
| Plaintiffs, ) | No. 05 CV 01334 (EGS) |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES DEPARTMENT OF STATE, et al., ) | |
| ) | |
| Respondents. ) | |

**NOTICE OF SUBSTITUTION OF APPEARANCE**

MARCIA BERMAN, Trial Attorney, Civil Division, United States Department of Justice, hereby enters her appearance on behalf of defendants, in substitution for Ori Lev.  All pleadings, correspondence, and other documents filed or served in this matter should be addressed to:

> Marcia Berman
> Trial Attorney
> United States Department of Justice
> Civil Division, Federal Programs Branch
> 20 Massachusetts Avenue N.W.  Room 7204
> Washington, D.C.  20530
> Tel.: (202) 514-3330
> Fax: (202) 616-8470
> Email:  marcia.berman@usdoj.gov

The undersigned counsel hereby certifies pursuant to Local Rule 83.2(j) that she is personally familiar with the Local Rules of this Court.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR

United States Attorney

VINCENT M. GARVEY
Deputy Branch Director

\_\_s/ Marcia Berman_____
MARCIA BERMAN
Trial Attorney
(PA Bar No. 66168)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.  Room 7204
Washington, D.C.  20530
Tel.: (202) 514-3330
Fax: (202) 616-8470
Email:  marcia.berman@usdoj.gov

Attorneys for Defendants.

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she has, this 17th day of April 2007, caused the foregoing Notice of Substitution of Appearance to be served on the following:

Ed Caraballo
60 Erie Street
Jersey City, NJ 07302

Brent Bennett
c/o Thomas Bumback
64 Hardin Reynolds Road
Critz, VA 24082

John Tiffany, counsel for plaintiff Jack Idema, will be served via the Court's ECF system.

 s/ Marcia Berman
MARCIA BERMAN