UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J. K. Idema, and Brent Bennett,<br><br>*Petitioners,*<br><br>vs.<br><br>Zalmay Khalilzad, Ambassador, *and*,<br>Robert S. Mueller, Director of the FBI,<br>*Respondents.* | **PETITIONER'S MOTION FOR EXTENSION OF TIME TO ANSWER**<br><br>**Case # 05 CV 2064 (EGS)**<br>**Case # 05 CV 1334 (EGS)**<br><br>**Assigned Judge:** Hon. Emmet G. Sullivan, US District Judge |

**NOW COMES,** Petitioner, J. K. Idema, through counsel, and Petitioner Brent Bennett joining *pro se*, and requests an extension of time to answer Defendants' Motion to Dismiss FOIA case # 05-CV-01334 and the Court's order to file a surreply by June 4, 2007 in case # 05-CV-2064.

Respondents' Response as filed by opposing counsel is disingenuous and misleading at best. In phone conversations, Jack Idema has indicated that the Affidavit of Edward Birsner is replete with false information. It should be noted in this case that Petitioners have filed dozens of sworn statements, including statements from high-ranking Afghan officials (none of which have ever been contradicted), and Respondents have only filed vague unspecified assertions (such as failing to name Afghan sources for hearsay statements). Several specific issues raised in these pleadings required documents, undercover audiotapes and affidavits to be filed for the Court. Respondents' defense remains the same, smoke and mirrors, and the only time they act in reluctant good faith, is when this Court sets a deadline to respond, which they consistently write their way out of.

At this critical juncture, counsel implores this Court not to dismiss either case. In the *habeas corpus* case, counsel asks the Court to retain this case on the docket until Jack Idema physically returns to the United States. Counsel will be filing several affidavits in

this case in the next week, all of which are being sought in Afghanistan and awaiting arrival. They include affidavits from Jack Idema, two more high-ranking Afghan government officials, a translator who was privy to an extraordinary conversation which indicates serious perjury on the part of Edward Birsner, and undercover video and audio tapes of the US Embassy which counsel believes will finally resolve this case in Jack Idema's favor.

Numerous audio and video statements by Afghan Appeals Court and High Court judges are now available online at http://www.superpatriots.us/05CV2064/ -- they are not just contradictory to the most serious assertions and statements ever made by Respondents in this case, they are evidence of severe criminal conduct by US State Department officials. I implore the Court to review this evidence. Additionally I am still waiting for the DVDs and CD disks from Afghanistan with all of the conversations referred to by Petitioners in our previous recent filings.

The mail ban makes in extremely difficult and length to get and receive affidavits from Mr. Idema and review the evidence, especially considering the makeweight volume of FOIA pleadings filed.

Therefore, I respectfully request this Court delay any decision dismissing the habeas corpus case until such time as Jack Idema is back in the United States or clearly not in custody. Further, until Idema and Bennett can file their briefs on the illegal seizure of evidence and property, which contrary to the government's position, we believe is applicable to *habeas corpus*, and in spite of opposing counsel's claims that it is a new cause of action, it was fully plead in all of our original filings.

Second, we request an extension of 60 days to answer the defendants FOIA motion to dismiss in that if Jack Idema is not released then I need time to get evidence back and forth, and, in the alternative, some miracle (absent this Court's Order) does release him (or the government releases him out of their fear of having to respond to this Court), then Jack Idema should be given the opportunity to meet with counsel, help draft the response, and appear in front of this Court. More than $200,000 has been spent by Petitioners/Plaintiffs in this case so far, and legal fees are not included as counsel is pro

bono, therefore it is clear that we are serious in our pursuit of justice, and I am sure this Honorable Court realizes it.

Finally, there is information that has come to light from reliable sources, which we are actively pursuing signed statements from, that Respondents have had, and have, a verbally stated plan to now allow the Afghans to release them, dismiss this case, and then subject Jack Idema to another rendition in another country to avoid answering in this case and obtain another two year delay of justice.

I assure this Court we will voluntarily dismiss the rendition and illegal custody case the moment Jack Idema is no longer in anyone's custody, or we will move to convert it to a Bivens type civil action not under the habeas statutes.  Unfortunately, there is no indication that Jack Idema will really be able to leave Pulacharke Prison anytime soon, and from my conversations with him, the US Embassy in Kabul is not impeding his release, but actually stopping embassies, including the Afghan government, from issuing him visas to anywhere.

Therefore, it is paramount that this Court does not dismiss this case until Jack Idema is present in the United States and not in custody, and further, Petitioners have had time to prepare a proper response to the lengthy voluminous papers file by defendants in the FOIA case.

We also respectfully request a continuance to file our surreply until June 15, 2007.

WHEREFORE, Petitioner/Plaintiff Idema, requests this Court amend the surreply order to "on or before June 15th, 2007," delay any dismissal of the entire case until a response to the evidence and property issue is also filed then, and delay dismissal of the illegal rendition and custody case until Jack Idema has notified this Court that he is physically in the United States, which he will within 72 hours of arriving.

Further, that an extension to file a response to defendants' motion to dismiss in the FOIA case is granted up to July 29, 2007, and other relief such as this Honorable Court deems just and proper.

This 31st Day of May 2007.

_____s/_____
John Edwards Tiffany,
Attorney (JT7322)
*For Petitioner Idema*
Law Offices of John E. Tiffany P.C.
The Robert Treat Center
50 Park Place, 10th Floor,
Newark, New Jersey 07102
Tel: (973) 242-3700
Fax: (973) 242-3799
www.JohnTiffanyLaw.com
Email: Jet@Jet4Law.com

### CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing Petitioners' Response has been duly served upon the below named Respondents by depositing it in the mail in the U.S. Post Office, *via* First Class mail, on the 31st day of May, 2007, addressed as follows;

MARCIA BERMAN
Trial Attorney
(PA Bar No. 66168)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W. Room 7204
Washington, D.C. 20530
Tel.: (202) 514-3330
Fax: (202) 616-8470
Email: marcia.berman@usdoj.gov

This 31st day of May 2007.

_____s/_____
John Edwards Tiffany