UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| J.K. IDEMA, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 05-1334 (EGS) |
| v. ) | |
| ) | |
| UNITED STATES DEPARTMENT ) | |
| OF STATE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER AND JUDGMENT

For the reasons stated in the accompanying Memorandum Opinion issued this same day, it is by the Court hereby

**ORDERED** that defendants' Motion to Dismiss and/or for Summary Judgment [Dkt. No. 23] is **GRANTED;** and it is

**FURTHER ORDERED** that **JUDGMENT** is entered in favor of defendants and against plaintiffs.  This is a final appealable order.  Fed. R. App. P. 4(a).

**SO ORDERED.**

**Signed:    Emmet G. Sullivan**
**United States District Judge**
**August 6, 2007**